

# Cavalry Medical LLC
## 4811 E. Julep St. Suite 122
## Mesa, AZ 85205
## (480) 686-8844

February 25th, 2016

KE Arms
4343 E Magnolia St
Phoenix AZ 85034
Attn.: Mike

Mike,

As per the agreement we reached at your facility. I have delivered 2 boxes of assorted "Blue prints" and one thumb drive of assorted CAD/CAM files. KE Arms has agreed to compensate me for them with $1000.00 cash and $9000.00 in credit on KE Arms products (at dealer price). I will do my best to answer any future questions related to those files as well as any advice on plastics related projects.

Thank You,

Shawn M. Nealon

**EXHIBIT 3**