

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| GWACS ARMORY, LLC, an Oklahoma limited liability company<br>*Plaintiff*<br>v.<br>Sinistral Shooting Technologies, LLC, an Arizona limited liability company<br>*Defendant* | Civil Action No. 4:20-cv-00341-CVE-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sinistral Shooting Technologies, LLC
1248 S. Tacoma
Mesa, AZ 85209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Weger
JONES, GOTCHER & BOGAN, P.C.
15 E, 5th St., Ste 3800
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
*CLERK OF COURT*

Date: 07/16/2020

*Signature of Clerk or Deputy Clerk*

*Mailed to Counsel*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| GWACS ARMORY, LLC, an Oklahoma limited liability company | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 4:20-cv-00341-CVE-FHM |
| Brownells, Inc., an Iowa corporation | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brownells, Inc.
505 5th Ave., Ste 729
Des Moines, IA 50309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James E. Weger
JONES, GOTCHER & BOGAN, P.C.
15 E, 5th St., Ste 3800
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
*CLERK OF COURT*

Date: _____07/16/2020_____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| GWACS ARMORY, LLC, an Oklahoma limited liability company <br> *Plaintiff* <br> v. <br> Shawn Nealon, an individual <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 4:20-cv-00341-CVE-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shawn Nealon
2217 E. FairBield St.
Mesa, AZ 85213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Weger
JONES, GOTCHER & BOGAN, P.C.
15 E, 5th St., Ste 3800
Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt
*CLERK OF COURT*

Date:  07/16/2020                                                        *Q. Deon*
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| GWACS ARMORY, LLC, an Oklahoma limited liability company | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:20-cv-00341-CVE-FHM |
| Russell Phagan, an individual | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Russell Phagan
    3319 E. Fairbrook St.
    Mesa, AZ 85213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    James E. Weger
    JONES, GOTCHER & BOGAN, P.C.
    15 E, 5th St., Ste 3800
    Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                      Mark C. McCartt
                                      *CLERK OF COURT*

Date:   07/16/2020                                     *[signature]*
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| GWACS ARMORY, LLC, an Oklahoma limited liability company<br>*Plaintiff*<br>v.<br>KE ARMS, LLC, an Oklahoma limited liability company<br>*Defendant* | ))))))) | Civil Action No. 4:20-cv-00341-CVE-FHM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    KE ARMS, LLC
    Michael Kenney, RA
    3849 E. Oasis Cir
    Mesa, AZ 85215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James E. Weger
    JONES, GOTCHER & BOGAN, P.C.
    15 E, 5th St., Ste 3800
    Tulsa, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                Mark C. McCartt
                                                *CLERK OF COURT*

Date: _____07/16/2020_____                  _____
                                                          *Signature of Clerk or Deputy Clerk*