Details

Filing Number:
3512306179
Entity Name:
GWACS ARMORY, LLC
Status:
In Existence
Entity Type:
Domestic Limited Liability Company
Jurisdiction:
Oklahoma
Original Filing Date:
Mar 9 2011
Duration:
Perpetual
Entity Address:
12808 S MEMORIAL DR, SUITE 126 BIXBY, OK, 74008, USA

Registered Agent Information

Name:
CLAYTON E. WOODRUM
Effective:
Jan 7 2016
Address:
321 S BOSTON
STE 200
City,State,ZipCode:
TULSA   OK   74103

FILING HISTORY :

| Document Number | Filing Type | Filing Date |
|---|---|---|
| 16417130002 | Articles of Organization | March 9, 2011 |
| 18304810002 | Annual Certificates | January 4, 2012 |
| 20888700002 | Annual Certificates (BAT) | January 9, 2013 |
| 24438170086 | Terminated | May 9, 2014 |
| 29238660002 | Reinstatement | January 6, 2016 |
| 29260400002 | Change of Registered Agent and/or Office and/or Principal Office | January 7, 2016 |
| 32980740002 | Annual Certificates | March 9, 2017 |
| 35655850002 | Annual Certificates | December 29, 2017 |
| 40857330150 | Terminated | May 9, 2019 |
| 44900120002 | Reinstatement | May 19, 2020 |

NAMES INFORMATION

| Name | Name Type | Name Status | Creation Date |
|---|---|---|---|
| GWACS ARMORY, LLC | Legal | In use | May 9, 2019 |

PRINCIPALS
No entries found.

TRADENAMES

No entries found.

STOCKS INFORMATION
No entries found.

POC:
    $0
TAC:
    $0
Total Investment in OK:
    $0
Qualified:
    NO