**Alexander K. Calaway**

| | |
|---|---|
| **From:** | russell@kearms.com |
| **Sent:** | Thursday, April 16, 2020 2:13 PM |
| **To:** | bhardy@maclaw.com |
| **Subject:** | [External] FW: Cease and Desist |
| **Attachments:** | KEA GAL NDA.pdf |

See below

From: Rus Anderson [mailto:randerson@gwacsdefense.com]
Sent: Tuesday, April 07, 2020 2:22 PM
To: russell@kearms.com <mailto:russell@kearms.com>
Cc: Jud Gudgel <jgudgel@gwacs.us <mailto:jgudgel@gwacs.us> >
Subject: Cease and Desist

Russell,

I am sending this email on behalf of Jud Gudgel and GWACS Armory, LLC. Today it has come to our attention that you (more specifically, your employer, KE Arms) are attempting to develop a GWACS CAV-15 M III in direct conflict with our intellectual property rights. Please consider this email as a demand to Cease and Desist this activity immediately.

As you are aware, GWACS purchased all the equipment, molds, designs, and related IP from Calvary Arms in 2011, and own exclusive rights to such. In 2015, we attempted to form a broader relationship with KE Arms in order to allow the manufacture of an aluminum version of the CAV15 MK II and MK III lower receiver for GWACS to market. Under this premise, we shared our latest designs with you and jointly executed a Nondisclosure Agreement (NDA) of the designs (copy attached). It appears that the MK III is the design you are currently attempting to market.

As mentioned above, by this email GWACS Armory is providing you official notice to Cease and Desist the use, manufacture and marketing of any designs, IP and other likeness to the GWACS Armory CAV 15 MKII and MKIII immediately.

1

**EXHIBIT 5**

We would be willing to discuss a licensing arrangement between GWACS and KE Arms, both as a manufacturer for GWACS Armory and as a manufacturer of a KE Arms Variant under license from GWACS.  If this is something you and your employer would be interested in pursuing, I look forward to hearing from you soon.

We have enjoyed a long and great relationship over the years and I would like to continue that relationship, if at all possible.  However, if we can't quickly come to a mutual agreement and licensing agreement, we will be forced to take legal action to protect our intellectual property.

Rus

Russell L. Anderson

Colonel USMC (Ret)

Director of Programs and Compliance

GWACS Defense, Inc.

GWACS Armory, LLC

7130 S. Lewis Ave, Ste 300

Tulsa, OK 74136

Office: 918-794-5670 Ext. 200

Fax:     918-794-5675

Cell:    918-232-0118