# Exhibit 5

# Alexander K. Calaway

| | |
|---|---|
| **From:** | Alexander K. Calaway |
| **Sent:** | Wednesday, March 2, 2022 10:28 AM |
| **To:** | 'Tadd Bogan' |
| **Cc:** | Cally Hatfield; Michelle Monkarsh; Brian R. Hardy |
| **Subject:** | RE:  [External] Depos next week [IWOV-iManage.FID1110691] |

Tadd,

We have reviewed the documents you produced yesterday, thank you for sending those. That being said, we fail to see how the supplemental responses provided yesterday were responsive to the financial issues we have discussed.

As you know, KEA's original requests for production Nos. 66-97 simply asked for bank statements for the relevant period. Armory used the same form same objection that the requests were "overly broad, unduly burdensome, and seeks documents which are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, and improperly seeks to conduct a pre-judgment asset hearing." At our meet and confer meeting on 2/7/22, you represented that asking for all bank statements is too broad, but that the objection would be resolved if we narrowed the request to only financial documents showing the money spent/invested by Armory for developing, maintaining, or protecting its alleged trade secrets.

But Armory's supplemental response provided yesterday provided no financial documents at all. As such we will proceed with Mr. Woodrum's deposition. Based upon the representations of counsel that Mr. Oppenheimer is unavailable and will not be appearing for his properly noticed deposition, we reserve all rights to compel him to appear in the future. In lieu of a taking non-appearance on the record, we will not go through the cost and expenses of procuring a court reporter for Mr. Oppenheimer's deposition.

Thanks,



**Alexander K. Calaway, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6069
f | 702.382.5816
acalaway@maclaw.com
maclaw.com

 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** Tadd Bogan <tbogan@jonesgotcher.com>
**Sent:** Tuesday, March 1, 2022 1:25 PM
**To:** Alexander K. Calaway <acalaway@maclaw.com>
**Cc:** Cally Hatfield <chatfield@maclaw.com>; Michelle Monkarsh <mmonkarsh@maclaw.com>; Brian R. Hardy

<bhardy@maclaw.com>
**Subject:** RE: [External] Depos next week [IWOV-iManage.FID1110691]

Per my conversation with Brian, we are going to look to see if there is a better way for us to get the information you're wanting from Reed and/or Clayton (how much was spent developing, maintaining and protecting our trade secrets). Neither Reed nor Clayton will know off hand how much was spent on these things, so I think the depositions are going to be a waste of time.  If we aren't able to provide something that satisfies what you're seeking, Clayton Woodrum can be available for his deposition on Thursday morning.  I have not been able to get in touch with Mr. Oppenheimer, so we'll need to come up with a new date for him if you decide you still want to take his deposition after our other attempts described above.

As for the deposition of Mr. Beltran, you informed me that you and Brian were unavailable tomorrow for evidentiary hearings, and that tomorrow did not work for Mr. Beltran. Therefore, we did not plan on moving forward with his deposition tomorrow. That is one of the reasons we requested the court amend our scheduling order.

Finally, just so you know, we should have our responses to your amended discovery requests to you today.

Tadd



Tadd J.P. Bogan | Shareholder
**JONES, GOTCHER & BOGAN, P.C.**
**3800 First Place Tower**
**15 East 5th Street**
**Tulsa, Oklahoma 74103-4309**
☎ (918) 581-8200 | 📠 (918) 583-1189
www.jonesgotcher.com

🌏 Please consider the environment before printing this e-mail.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Alexander K. Calaway <acalaway@maclaw.com>
**Sent:** Tuesday, March 1, 2022 1:13 PM
**To:** Tadd Bogan <tbogan@jonesgotcher.com>
**Cc:** Cally Hatfield <chatfield@maclaw.com>; Michelle Monkarsh <mmonkarsh@maclaw.com>; Brian R. Hardy <bhardy@maclaw.com>
**Subject:** RE: Depos next week [IWOV-iManage.FID1110691]

Tadd,
Following up again on my email below re: your clients depositions on Thursday. Please ensure your clients are prepared to conduct the deposition via Zoom. Also what is the status for your depositions of Jovan Beltran? Is this still moving forward tomorrow? Please advise.



**Alexander K. Calaway, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6069
f | 702.382.5816
acalaway@maclaw.com
maclaw.com

 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** Alexander K. Calaway
**Sent:** Wednesday, February 23, 2022 11:06 AM
**To:** 'Tadd Bogan' <tbogan@jonesgotcher.com>
**Cc:** Cally Hatfield <chatfield@maclaw.com>
**Subject:** Depos next week [IWOV-iManage.FID1110691]

Tadd,
Just a heads up, we plan to do the depos of Oppenheimer and Woodrum via Zoom. We'll send a link as soon as we receive it from the court reporter.
Thanks,



**Alexander K. Calaway, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6069
f | 702.382.5816
acalaway@maclaw.com
maclaw.com

  Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.