# Exhibit 7

Case 4:20-cv-00341-CVE-SH   Document 105-7 Filed in USDC ND/OK on 04/19/22   Page 2 of 7

GWACS ARMORY, LLC v. KE ARMS, LLC,et. al.
JUDSON GUDGEL   12/17/2021

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

GWACS ARMORY, LLC,                      )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )  Case Number
                                        )  20-cv-0341-CVE-SH
KE ARMS, LLC, RUSSELL PHAGAN,           )  BASE FILE
SINISTRAL SHOOTING,                     )
TECHNOLOGIES, LLC, BROWNELLS,           )  Consolidated with:
INC., and SHAWN NEALON,                 )  Case No.
                                        )  21-CV-0107-CVE-JFJ
            Defendants.                 )
                                        )
and                                     )
                                        )
KE ARMS, LLC,                           )
                                        )
            Counterplaintiff,           )
                                        )
vs.                                     )
                                        )
GWACS ARMORY, LLC, GWACS                )
DEFENSE INCORPORATED, JUD               )
GUDGEL, RUSSELL ANDERSON, DOES          )
I through X, and ROE                    )
CORPORATIONS I through X,               )
                                        )
            Counterdefendants.          )
_____

    THE DEPOSITION OF JUDSON GUDGEL,
taken on the 17th day of December, 2021, at 9:00 a.m., on
behalf of the Plaintiff, GWACS, pursuant to Federal Rules
of Civil Procedure, at the law offices of Jones, Gotcher &
Bogan, 15 East Fifth Street, Suite 3800, Tulsa, Oklahoma,
before Linda Fisher, CSR-RPR, and Notary Public in and for
the State of Oklahoma.

Case 4:20-cv-00341-CVE-SH   Document 105-7 Filed in USDC ND/OK on 04/19/22   Page 3 of 7

GWACS ARMORY, LLC v. KE ARMS, LLC,et. al.
JUDSON GUDGEL    12/17/2021

Page 2

A p p e a r a n c e s

For the Plaintiff:     MR. TADD J.P. BOGAN
                       Jones, Gotcher & Bogan, P.C.
                       3800 First Place Tower
                       15 East Fifth Street
                       Tulsa, Oklahoma   74103
                       (918) 581-8200
                       tbogan@jonesgotcher.com

For the Defendants:    MR. BRIAN R. HARDY
                       Marquis, Aurbach, Coffing
                       10001 Park Run Drive
                       Las Vegas, Nevada   89145
                       (702) 382-0711
                       bhardy@maclaw.com

Also present:          MR. MIKE KENNEY

* * * * * * * * * * * *
I-N-D-E-X

                                                        Page

Direct Examination by Mr. Hardy..................    4


DEPOSITION EXHIBITS
                        Page
Exhibit Number    1.................................    107
Exhibit Number    3.................................    225
Exhibit Number    5.................................    101
Exhibit Number    6.................................    101
Exhibit Number   10.................................    240
Exhibit Number   20......................... 37,56,57,120
Exhibit Number   21.................................     50
Exhibit Number   23............................ 62,63,248
Exhibit Number   24............................... 62,63
Index continues...

Case 4:20-cv-00341-CVE-SH   Document 105-7 Filed in USDC ND/OK on 04/19/22   Page 4 of 7

GWACS ARMORY, LLC v. KE ARMS, LLC, et. al.
JUDSON GUDGEL   12/17/2021

Page 9

1   Q.   But "key employees" is the vernacular.  So
2   we're talking about that.  Okay?
3   A.   Okay.
4   Q.   So we -- it may be the four of you.  Now are
5   the four of you all owners in GWACS Armory?
6   A.   Russ is not.
7   Q.   So there are three owners:  Jud, Shel, and
8   Reed?
9   A.   Correct.
10  Q.   And what are the percentages of ownership?
11  A.   I think it's 45 is Jud, 45 is Reed, and 10 is
12  Shel.
13  Q.   Is Clayton Woodrum employed by GWACS Armory?
14  A.   He's the -- he does all of our accounting,
15  handles all of our books and all of that.  He's a
16  financial guy.
17       I think we call him the chief financial officer.
18  But there's no technical term other than that.
19  Q.   Is he exclusively employed by GWACS Armory or
20  does he have other employment as well?
21  A.   No, he has his own firm, Woodrum, Tate, and
22  Associates, or something like that.  He does -- he's an
23  outside CFO for a lot of people but they do accounting and
24  stuff like that.
25  Q.   Normal contract employee?

Case 4:20-cv-00341-CVE-SH  Document 105-7 Filed in USDC ND/OK on 04/19/22  Page 5 of 7

GWACS ARMORY, LLC v. KE ARMS, LLC,et. al.
JUDSON GUDGEL   12/17/2021

Page 30

1  correct.
2      Q.   (By Mr. Hardy)  That Armory would acquire and
3  they would send them over to Defense?
4      A.   They never sent anything over to Defense.
5  You--
6      Q.   Okay. Let me be clear.  I appreciate that.
7  But somehow, okay, you've now got an expense, right?
8  Generally, when a company has an expense, they try to at
9  least cover the cost of that expense through contract or
10 whatever.  Most companies try not to operate at a loss.
11 Can we agree with that?
12     A.   Sure.
13     Q.   And so, you know, you've now incurred thousands
14 of dollars of expenses because you've got firearms and
15 you've got work that's done on those firearms.  What
16 revenues did you have to cover those costs?
17     A.   Those revenues, I believe, -- and it's been
18 years -- were covered by leasing but we actually paid rent
19 on those from the contract to the Marine Corps.
20     Q.   Okay.
21     A.   So those were -- those were -- those were
22 leased.  They were -- it was cash that did go into it from
23 the contract.
24     Q.   So and that's my question.  So let's go -- you
25 make the initial investment.  It would say the contract

Case 4:20-cv-00341-CVE-SH   Document 105-7 Filed in USDC ND/OK on 04/19/22   Page 6 of 7

GWACS ARMORY, LLC v. KE ARMS, LLC, et. al.
JUDSON GUDGEL    12/17/2021

Page 31

```
 1   required three AR-15s so you would go in, make the
 2   conversion to full auto and then whatever that cost was,
 3   you know, if it was $5,000, there would be a lease that
 4   would -- a lease, or some type of agreement, that would
 5   cover that from Defense so that it wasn't a loss?
 6        A.   I didn't -- I don't handle the accounting.
 7   That was Clayton.  So I don't know exactly how that
 8   happened, but, yeah.
 9        Q.   All right.  But at the end of the day, you
10   believe in 2010, you believe it was a break even zero?
11        A.   Oh, yeah.  I'm -- that's my -- I believe so.
12        Q.   In 2011, you believe the same thing?
13        A.   I believe so, yeah.  It wasn't until we could
14   go through them until we were doing revenue on the CAV-15.
15   They were probably the same thing.
16        Q.   Why don't you give me the date.  Give me the
17   year when you started to see revenues.
18              MR. BOGAN:  Object to form.
19        A.   I'm -- I don't know positively because it was
20   probably in '13.  It was late '12 or '13 when we got the
21   manufacturing up, I believe.
22        Q.   (By Mr. Hardy)  All right.  So sometime in
23   either late 2012 or early 2013, Armory began to see its
24   first positive revenues, is that a fair statement?
25        A.   Uh-huh.
```

Case 4:20-cv-00341-CVE-SH   Document 105-7 Filed in USDC ND/OK on 04/19/22   Page 7 of 7

GWACS ARMORY, LLC v. KE ARMS, LLC, et. al.
JUDSON GUDGEL   12/17/2021

Page 253

1                   CERTIFICATE
2    STATE OF OKLAHOMA        )
3    COUNTY OF TULSA          )  ss.
4         I, Linda Fisher, a Certified Shorthand
5    Reporter, Registered Professional Reporter, and Notary
6    Public in the State of Oklahoma, do hereby certify that on
7    the 17th day of December, 2021, at the law offices of
8    Jones, Gotcher & Bogan, P.C., 15 East Fifth Street, Suite
9    3800, Tulsa, Oklahoma, pursuant to Federal Rules of Civil
10   Procedure, appeared the above witness, JUDSON GUDGEL, who
11   was by me first duly sworn to testify the truth, the whole
12   truth, and nothing but the truth in the case aforesaid,
13   and that the deposition by him was reduced to writing by
14   me in stenograph, and thereafter transcribed by me, and is
15   fully and accurately set forth in the preceding pages.
16        I do further certify that I am not related to
17   nor attorney for any of the said parties, nor otherwise
18   interested in the event of said action.
19        WITNESS my hand and official seal this 30th day
20   of December, 2021.
21
22
23
                                _____
24                              Linda Fisher, CSR-RPR #866
25