Exhibit 32
Text Messages between Jones and Phagan

Thursday, February 22, 2018 · 2:20 PM
R
Need to get some more black lowers coming

Friday, February 23, 2018 · 12:27 PM
R

Thursday, March 8, 2018 · 6:25 PM
R
I have another customer having the same issue with a receiver and our selector
Yep I think the mold may be done. I look around and send some earlier ones
R
I'm going to have these guys send it back to you otherwise it will have to go back through a dealer for the replacements
You can't replace them?

Wednesday, March 14, 2018 · 11:27 AM
R
Please send one extra buttplate. Or I can take one off the lower I'm returning if that's allright
Ok

Monday, March 26, 2018 · 2:34 PM
R
Increase that order to 10 units please. I had more orders come in over the weekend

Monday, March 26, 2018 · 5:46 PM
Ok

Friday, March 30, 2018 · 2:20 PM
R
I'm sending you three selectors that I tested in both our Cav-15 receivers. Neither had trouble. And worked fine. I will send seven extras. I cannot replicate the problem with a full tension spring and both arms installed
Great

Friday, March 30, 2018 · 8:57 PM
Not too late I leave to Dallas early tomorrow
Lol wrong person Russell on that last one
R

No worries


Tuesday, April 3, 2018 · 2:27 PM
R
Are those receivers on the way?
No the anodized is ate up. Hopefully Thurs
R
You should just have us make these for you and trade us receivers lol

Wednesday, April 11, 2018 · 10:17 AM
Saw the pics. Looks functional but I think you'll be fighting an up hill battle aesthetics wise. Particularly when it comes to the grip unless you have pannels that are supposed to be added
R
Need to get Karl under NDA so you can get his input too
Yes please send his email address
R

**Armory-0196**

info@inrange.tv

*Thursday, April 12, 2018 · 10:29 AM*
Did I miss your call yesterday.... You can call again I'm open

*Tuesday, April 17, 2018 · 2:32 PM*
See

R

Yeah looks like the timing is just off

*Wednesday, April 25, 2018 · 12:44 PM*
Sorry I missed your call I'm at Fort Benning working an exercise I will call when I can or text me.

*Monday, April 30, 2018 · 1:43 PM*
R

Any update on the other 5 units to send us?
Yes I'm back and will get them boxed and shipped tomorrow

R

Cool thanks

*Friday, May 18, 2018 · 10:21 AM*
R

Did the new selectors still have issues? Haven't had any problems with the lowers I assembled here
No issues except his lower. I think his safety hole was over reemed

R

Gotcha

*Monday, June 11, 2018 · 12:30 PM*
Proceed... When you etch the logo we will want that as big as fits

*Wednesday, June 13, 2018 · 12:29 PM*
R

You guys are getting a lot of messages to the GWACS Facebook page asking about order status and availability
Thanks

*Wednesday, June 20, 2018 · 4:41 PM*
R

Your lowers are at anodizing currently
Cool

*Friday, June 22, 2018 · 11:00 AM*
R

More messages on Facebook about lower availability Are you close to running out?
Yep will be out by tomorrow.

*Friday, June 29, 2018 · 7:20 PM*
R

Your lowers are back from anodizing. We'll start engraving them next week.
Ok
Thanks.

R

More questions piling up on Facebook too
6/29/18
Yes I'm about to do an announcement

R

**Armory-0197**

Do you have another run of MKIIs scheduled?
Not at this time the current plan is shut down move to next gen and roll out big with several distributors. Which I will include you.
They the customers are not going to be happy... They are already got pitch forks out
But they will be happy when it finally comes together
              R

I've noticed...I've told the Inrange patrons they should buy now if they want a MKII, change will be coming
              R
Those units you sent me are all already sold
I think we have 29 black blems. 14 zombie green. 24 more coyote tan that require some milling in the trigger well. 12 more pink. And 24 more mixed colors.... Between color shots
              R
Give me a deal on the ones requiring work and I'll deal with it here
Ok ill put something together this weekend
              R
How many units total did you guys produce since you got it?
I think 6000 plus
I would have to go to the books to know for sure
Just curious
              R
How many do you think you sold since the WWSD thing on Inrange?
3000 plus
And I have potential orders lined up go 9000 asap
I'm working a 500k investment that refurbs and buys new machines Two new molds and full on marketing campaign it will pay back the investor 850,000 plus 8percent equity
              R
That's pretty awesome. Let me know what I can do to help you roll it out.
Our new models will reduce secondary ops by 50 percent
I am also working on a retail box that is like Magpul for better retail reponse

              R

Regarding your public statement I would include something along the lines of "We are thankful for InRange TV's WWSD project reinvigorating interest in the product and allowing us to sell all out our MKII product line. This year the CAV-15 MKII turns 15 years old and the mold is due for some serious maintenance and the product like has been in need of a feature update for some time The MKIV will incorporate a number of features we've wanted to add incorporate since acquiring the CAV-15 in 2012. Some of these were recommended by Russell Phagan aka SinistralRifleman.com who has been involved with the CAV-15 product line since 2001, others our engineers have included to improve manufacturing and meet the needs of the modern firearms market."
              R
What are you anticipating the new weight to be?
Variance and distribute MKIII will be the same the MKIV will be a couple of ounces lighter

Armory-0198

R
What are you calling the MKIII?
I like what you just suggested and will use that
                            Tuesday, July 3, 2018 · 5:31 PM
                                R
Back in another meeting
                        Wednesday, July 25, 2018 · 2:48 PM
                                R
Laser engraving today 1-4 will be marked GWACS ARMORY SPECIAL EDITION JENKS, OK 5-8 RESTRICTED FOR GOVERNMENT AND LAW ENFORCEMENT USE ONLY
Ok great!
                        Wednesday, July 25, 2018 · 6:26 PM
                                R
Test before commencing
Test lower
Looks good what do you think
I think it's good
                                R
I'll have start lasering the lowers if you're good with it
                        Wednesday, July 25, 2018 · 8:17 PM
I think we need to move the power series down some
                                R
Independent of the logo?
Move the logo down with the power series to iliminater the gap and that will work
                                R
I'd suggest just droppi
Yes
                                R
Good to go?
                          Thursday, July 26, 2018 · 5:51 PM
                                R
I lost one of my butt plate and screw sets, can you send me another please?
Sure
                                R
Thanks
                        Tuesday, July 31, 2018 · 6:18 PM
                                R
Lowers are shipping
Great your butt plate will ship in the morning
                                R
Thanks
                   Wednesday, September 5, 2018 · 8:34 PM
                                R
Did you get a chance to talk to Judd?
I did he wanted to see how his meeting tomorrow goes with an investor... I'll follow up with him and let you know
Ok

**Armory-0199**

R
Even if you get the new investor going 6 months off the market waiting for new mold would be pretty rough

*Wednesday, September 5, 2018 · 9:36 PM*

Yep I know

*Friday, September 7, 2018 · 8:53 AM*

R
I'd like to set up a call with Jud. To talk about the InRange project. 918-812-2444 is his phone

R
Thanks

*Monday, September 10, 2018 · 1:49 PM*

R
Another point to mention to Jud is Mike is interested in investing in the MKiii.

*Wednesday, September 12, 2018 · 8:17 PM*

Good copy

*Friday, September 14, 2018 · 12:55 PM*

R
Any progress on setting up a conference call?

*Friday, September 14, 2018 · 3:55 PM*

Not yet he is working on our end

*Monday, September 24, 2018 · 3:48 PM*

R
Hey man I need 2 buttplate and screws if you can send them out

*Friday, November 16, 2018 · 6:49 PM*

R
What email address did you want me to send that shipping label to?
Michelgjones@gmail.com

R
What's your address?
3134 E 146th Place S Bixby OK. 74008

*Monday, November 19, 2018 · 2:08 PM*

R
Mailed you an envelope with a label in it

*Monday, November 19, 2018 · 8:20 PM*

Ok ill watch for it and let you know when I send
Thanks

R
http://www.kearms.com/CAV-15MKIIHammerPin.aspx
Nice lol

*Wednesday, December 5, 2018 · 7:24 PM*

R
Did the envelope arrive?
Yes I will get it sent in the morning!

R
Thanks I appreciate it!

*Thursday, December 20, 2018 · 11:49 AM*

R

**Armory-0200**

Hey man did you ever get a chance to mail that buttplate?
        Thursday, December 20, 2018 · 9:40 PM
Damn I'm sorry I am putting it in a box tonight
           R

Thanks
        Friday, December 21, 2018 · 6:58 PM
           R
Heard anything else from Jud about moving forward with new molds? He never responded to me.
I have not I have not spoke with him much lately
           R
Some people have gotten messages that new receivers will be available first quarter 2019....but I'm not holding my breath
12/21/18

Armory-0201