UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

GWACS Armory, LLC,

     Plaintiff(s),

vs.

KE Arms, LLC et al,

     Defendant(s).

Case No.:20-cv-00341-CVE-SH

**SETTLEMENT CONFERENCE REPORT**

On August 31, 2022, a Settlement Conference was held in the captioned matter.

☐   The litigation was settled; within ____ days of the date hereof, the Plaintiff and Defendant shall file:

  --   a Stipulation of Dismissal
     OR
  --   Agreed Judgment and
    Motion to Enter Agreed Judgment

☒   The litigation was not settled.

☐   Settlement negotiations are pending. The parties are to phone the undersigned by ____ on ____ .

DATED: 8/31/2022

_____
Christine D. Little, U.S. Magistrate Judge