

# r/InRangeTV

## Posts

Posted by u/KEArmsSales 6 days ago 

### GWACS Litigation Update

KE Arms legal battle with GWACS Armory over the KP-15 continues and it appears we will be going to trial. Last week in Tulsa we attempted to negotiate a settlement with GWACS, but no resolution was reached.

While GWACS suit against us is funded by multi-millionaire Reed Oppenheimer, our suit is funded solely by the sales of KE Arms products. We are being bled white by legal bills with tens of thousands of dollars going out monthly to our counsel. To date we have spent over $400,000.00 related to this case defending not only the claims against KE Arms, but also those against Brownells, Sinistral Shooting Technologies, Russell Phagan, and Shawn Nealon (the inventor of the CAV-15).

We maintain that GWACS' claims are frivolous, and that as a matter of law we should prevail in this case. We cannot do so without the funds to go all the way through trial. This is a highly technical case requiring both IP and financial damage experts. Trial is estimated to cost over $100,000.00 itself, along with tens of thousands more in fees for expert witnesses and travel and lodging for all of our witnesses in this case.

GWACS' suit against us and their choice to involve our large customers and vendors through the subpoena process has had a chilling effect on purchases from these customers and made it more difficult to produce KP-15s and KP-9s with our subcontractors. If we run out of funds before the trial, there is a very good chance that there will never be anymore KP-15s and KP-9s produced.

We're asking for help, not a hand out. If you want to help, please purchase anything on KEArms.com. Also share our story. The more people know what's happening, it's harder to bury us into silence.

KP-15 Mil-Spec 5 Pack here: https://kearms.americommerce.com/5pacl-black-kp-15-complete-mil-spec.aspx

KP-15/KP-9 Variety 5 Pack here: https://kearms.americommerce.com/polymerlowervarietypack.aspx

All KP-15 Products here: https://kearms.americommerce.com/products-for-kp15

All KP-9 Products here: https://kearms.americommerce.com/kp-9-ar

Defend 2A Patches here https://kearms.americommerce.com/defend-2A-Patch.aspx

Defend 2A Bottle Openers here https://kearms.americommerce.com/defend2a-aluminum-goblin.aspx

73 Comments    Share    ...    99% Upvoted