

**GWACS Litigation Update**

There's not a single thing about the CAV-15 and CAV-15 MKII that

1. wasn't already in public domain
2. I didn't already know (working at Cav Arms from 2001-2010)
3. wasn't available from third parties Or all of the above.

But their president has said under deposition that they own every idea in my head through present day, and that any company Russell Phagan doesn't work at could do this.



KE Arms KP-9 at InRangeTV's Woodland Brutality 2022

It's a Taccom 13" barrel with permanent brake they sell