(830) 563-7131



1:37 PM

I'm glad to see that your situated in Oklahoma. I'm not too far from there. I may have to swing by and see what you pieces of s*** are up to and have a tour of your factory. And anyway be very interesting ya'll ought to quit being s*** heads and that actor stupid s***. Pretty embarrassing this morning.