LOGIN    0 ITEM(S) ( $0.00 )    VIEW CART   BECOME A DEALER     

**ORDERS MAY TAKE 1-3 WEEKS TO SHIP.**
**ORDER CONTAINING COMPLETE UPPERS MAY TAKE 2-4 WEEKS TO SHIP.**
**THIS NOTICE TAKES PRECEDENCE OVER ALL INDIVIDUAL ITEM STATUSES.**



EXCELLENCE IN MANUFACTURING

Search: 

HOME   |   SHOP   |   TECH/FAQ   |   CONTACT   |   OEM MFG

## DEFEND 2A KP-15 PATCH



Brand: KE Arms

Item #: 4-50-02-015

Availability: **AVAILABLE**

Price: **$25.00**

Quantity: 1

### DESCRIPTION

This patch is for the people who want to help support us in our ongoing litigation related to the KP-15.

Patches will ship approximately 4-6 weeks after 8-1-2022.  Our patch vendor has them in the queue.

Made in the USA with hook backing, these 3" patches are ready to attach to you combat shirt, plate carrier, or range bag.

Price includes first class mail shipping

| | | | | |
|---|---|---|---|---|
| Home | KE-15 | Tech Guide / FAQ | Privacy Policy | (c) 2013 |
| My Account | KE.308 | Contact Us | Return Policy | 480-256-9745 |
| My Cart | Swag | Warranty | Terms & Conditions | info@kearms.com |
| | | | Shipping Policy | 4343 E Magnolia St |
| | | | | Phoenix AZ 85034 |