

# KE Arms Sued: What GWACS Armory Doesn't Want You To Know -- A Lawyer Explains

49,471 views   Sep 12, 2022   InRangeTV:   GWACS sucks video:
https://www.youtube.com/watch?v=p_sDd... …more

[👍 3.4K]   Dislike   Share   Save   …

**Runkle Of The Bailey**
207K subscribers            JOIN     SUBSCRIBE

Comments   392   Activist investors are relatively common in publicly traded companies (think eco activists vs energy companies). Much more rare in private companies because most owners don't want to…



50% Off
Ad  buyheadlight.com/official      BUY NOW

Jamaica, Antigua & Barbuda May Cut Ties to British Monarch; Renew Call for