UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GWACS ARMORY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CV-0341-CVE-SH |
| | ) | **BASE** **FILE** |
| KE ARMS, LLC, RUSSELL | ) | Consolidated with: |
| PHAGAN, SINISTRAL SHOOTING | ) | Case No. 21-CV-0107-CVE-SH |
| TECHNOLOGIES, INC., | ) | |
| BROWNELLS, INC., and | ) | |
| SHAWN NEALON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KE ARMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GWACS ARMORY, LLC, GWACS | ) | |
| DEFENSE INCORPORATED, | ) | |
| JUD GUDGEL, RUSSELL ANDERSON, | ) | |
| DOES I through X, and ROE | ) | |
| CORPORATIONS I through X, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes on for consideration of Defendant's Opposed Motion to Continue Trial and Amend Scheduling Order (Dkt. # 165). Lead counsel for defendants, Brian Hardy, states that he has a scheduling conflict that will prevent him from preparing for the jury trial currently set for November 21, 2022, and defendants request a 14 day continuance of the jury trial. The parties are

advised that the continuance of a jury trial must be requested for the next available jury trial docket, which would be the week beginning on December 19, 2022, and the Court will treat defendant's motion as a request for a continuance to the December 19, 2022 jury trial docket.  Plaintiff opposes any delay of the jury trial, and plaintiff claims that defendants are requesting a continuance for an improper purpose.  The Court has reviewed the parties' filings and does not find that defendants have requested a continuance for an improper purpose.  The Court also notes that the parties have filed voluminous motions for summary judgment that will need to be adjudicated before the parties can begin preparing for trial.  The Court finds that defendants' motion to continue the jury trial and other deadlines in the scheduling order should be granted, and the case will be set for the next available jury trial docket.

    **IT IS THEREFORE ORDERED** that  Defendant's Opposed Motion to Continue Trial and Amend Scheduling Order (Dkt. # 165) is **granted**.  The pretrial conference set for November 9, 2022 and the jury trial set for November 21, 2022 are **stricken**, and the Court will enter an amended scheduling order based on a jury trial of December 19, 2022.

    **DATED** this 22nd day of September, 2022.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE