IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

GWACS ARMORY, LLC, et al.

                  Plaintiff(s),

vs.

KE ARMS LLC, et al.

                  Defendant(s).

Case No.: 20-CV-0341-CVE-SH
<u>BASE FILE</u>
Consolidated with:
Case No. 21-CV-0107-CVE-SH

**AMENDED SCHEDULING ORDER**

Resetting unexpired deadlines as follows:

| | | |
|---|---|---|
| 11c. | 2/21/2023 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 11d. | 2/27/2023 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Resolve Objections Required Before Pleading Without Transcript Filed) * |
| 11e. | 2/27/2023 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) * |
| 12. | 2/21/2023 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 13. | 2/27/2023 | AGREED PROPOSED PRETRIAL ORDER - Include Agreed Joint Statement of the Case and Final Witness and Exhibit Lists in the Agreed PTO (Submit Through CM/ECF Proposed Order Intake Box) |
| 14. | 2/27/2023 | FINAL WITNESS AND EXHIBIT LIST (Filed of Record) |
| **15.** | **3/1/2023** | **PRETRIAL CONFERENCE at 9:30 a.m.** |
| 16. | 3/3/2023 | REQUESTED JURY INSTRUCTIONS and VOIR DIRE (Filed of Record) |
| 17. | N/A | PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW (Filed of Record) |
| 18. | Any Time | TRIAL BRIEFS (Filed of Record) |
| 19. | 3/3/2023 | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **20.** | **3/20/2023** | **TRIAL DATE: [x] JURY at 9:15 a.m.** |
| 21. | 5 Days | ESTIMATED TRIAL TIME |
| 22a. | | STIPULATIONS/ADDITIONALLY ORDERED: |
| 22b. | | **IF PARTIES DESIRE TO CONTINUE THE SETTLEMENT CONFERENCE, A SEPERATE MOTION MUST BE FILED.** |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

This Order is entered this 18th day of November, 2022.

*signature: Claire V. Eagan*

Claire V. Eagan, U.S. District Judge

\* See www.oknd.uscourts.gov under Judge Eagan for clarification regarding 11a, b, d, and e.    Scheduling Order CV-08 CVE 10.2018)