# Exhibit 7

**From:** Alexander K. Calaway <acalaway@maclaw.com>
**Sent:** Tuesday, October 18, 2022 11:35 AM
**To:** Tadd Bogan <tbogan@jonesgotcher.com>; Cally Hatfield <chatfield@maclaw.com>; Jim Weger <jweger@jonesgotcher.com>; Brittany Goodman <bgoodman@jonesgotcher.com>
**Cc:** Brian R. Hardy <bhardy@maclaw.com>; Robert Fitz-Patrick <rfitzpatrick@hallestill.com>
**Subject:** RE: GWACS Armory v. KE Arms et al. - Defendants/Counter-Plaintiff's Thirteenth Supplemental Disclosures [IWOV-iManage.FID1110691]
**Importance:** High

Tadd,

Just to clarify, are you referring to KEA3160? If so, Armory already has access to the original emails and information (note that they are Armory's emails to customers). Also, please note that the person in KEA3160 specifically requested that their phone info be kept private (see KEA3159).

Relatedly, we have still not received a response to our July 20, 2022 letter (attached). In addition to the documents referenced in our letter (Exhibits 2 and 3), please advise why (1) Armory failed to disclose the emails in KEA003098-3160, and (2) whether there are additional emails like these pertaining to the CAV-15 that have been withheld by Armory.

**Please provide your earliest availability to meet and confer regarding this evidence that has been withheld by Armory.**



**Alexander K. Calaway, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6069
f | 702.382.5816
c | 509.840.9110
acalaway@maclaw.com
maclaw.com

 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** Tadd Bogan <tbogan@jonesgotcher.com>
**Sent:** Tuesday, October 18, 2022 8:57 AM
**To:** Cally Hatfield <chatfield@maclaw.com>; Jim Weger <jweger@jonesgotcher.com>; Brittany Goodman <bgoodman@jonesgotcher.com>
**Cc:** Brian R. Hardy <bhardy@maclaw.com>; Alexander K. Calaway <acalaway@maclaw.com>; Robert Fitz-Patrick <rfitzpatrick@hallestill.com>
**Subject:** RE: GWACS Armory v. KE Arms et al. - Defendants/Counter-Plaintiff's Thirteenth Supplemental Disclosures [IWOV-iManage.FID1110691]

Alex & Brian,

Please resend these documents without redacting the content thereof, including the contact information for these potential witnesses.

Thank you,

Tadd



Tadd J.P. Bogan | Shareholder
**JONES, GOTCHER & BOGAN, P.C.**
**3800 First Place Tower**
**15 East 5th Street**
**Tulsa, Oklahoma 74103-4309**
☎ (918) 581-8200 | 📠 (918) 583-1189
www.jonesgotcher.com

 Please consider the environment before printing this e-mail.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Cally Hatfield <chatfield@maclaw.com>
**Sent:** Monday, October 17, 2022 7:28 PM
**To:** Tadd Bogan <tbogan@jonesgotcher.com>; Jim Weger <jweger@jonesgotcher.com>; Brittany Goodman <bgoodman@jonesgotcher.com>
**Cc:** Brian R. Hardy <bhardy@maclaw.com>; Alexander K. Calaway <acalaway@maclaw.com>; Robert Fitz-Patrick <rfitzpatrick@hallestill.com>
**Subject:** GWACS Armory v. KE Arms et al. - Defendants/Counter-Plaintiff's Thirteenth Supplemental Disclosures [IWOV-iManage.FID1110691]

Good afternoon,

Please see the attached Defendants'/Counter- Plaintiff's Thirteenth Supplemental Disclosures. For the supplemental documents, a Dropbox transfer link has been provided below. Please note that this link expires in 7 days.

https://www.dropbox.com/t/1tfBJz8nDdPIqRUh

Thank you,



**Cally Hatfield |** Legal Assistant
to Alexander K. Calaway, Esq. and
Harry L. Arnold, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.202.1171
f | 702.382.5816

Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.