IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWACS ARMORY, LLC<br><br>     Plaintiff,<br><br>v.<br><br>KE ARMS, LLC, RUSSELL PHAGAN, SINISTRAL SHOOTING TECHNOLOGIES, LLC, BROWNELLS, INC., and SHAWN NEALON,<br><br>     Defendants.<br>and<br><br>KE ARMS, LLC,<br>     Plaintiff,<br>v.<br>GWACS ARMORY, LLC, GWACS DEFENSE INCORPORATED, JUD GUDGEL, RUSSEL ANDERSON, DOES I through X, and ROE CORPORATIONS I through X,<br><br>     Defendants. | Case No.:20-cv-0341-CVE-SH<br>BASE FILE<br><br>Consolidated with:<br>Case No. 21-CV-0107-CVE-JFJ |

**SUPPLEMENTAL DECLARATION OF RUSSELL PHAGAN IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT BRIEFING (DKT. 117, 118, 119, 120, 159, 160, 161, 162)**

Russell Phagan. declares as follows:

1. I am over the age of 18 years and have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

1

2. I make this declaration in support of defendants' motion for summary judgment motion briefing, and specifically, Dkts. 117, 118, 119, 120, 159, 160, 161, and 162.

3. As further detailed below, these supplementary exhibits, which are attached hereto as **Exhibits 1-9**, were made available to defendants through third-parties prior to the dispositive motion briefing filed in this case.

4. **Exhibit 1** is a true and correct copy of emails I received from Kenneth King ("King") on July 18, 2022 (KEA003042-3046).

5. **Exhibit 2** is a true and correct copy of emails I received from Timothy McBride ("McBride") on or about October 8, 2022 (KEA003098-3118).

6. **Exhibit 3** is a true and correct copy of emails I received from Angus Anderson on or about October 2, 2022 (KEA003118-3126 and 3136-3139).

7. **Exhibit 4** is a true and correct copy of emails I received from MKO Firearms on October 2, 2022 (KEA003127-3129) and October 3, 2022 (KEA003159-3160).

8. **Exhibit 5** is a true and correct copy of emails I received from Mark Blankenau on October 2, 2022 (KEA003130-3131).

9. **Exhibit 6** is a true and correct copy of emails I received from Greg Bowling on October 2, 2022 (KEA003132-3133).

10. **Exhibit 7** is a true and correct copy of emails I received from Mike F. Di on October 2, 2022 (KEA003134-3135).

11. **Exhibit 8** is a true and correct copy of emails I received from Nathaniel Hall on October 2, 2022 (KEA003140-3144).

12. **Exhibit 9** is a true and correct copy of emails I received from Nate Henry on October 2, 2022 (KEA003145-3147).

I declare under penalty of perjury that the foregoing is true and correct.

*Russell Phagan*
Russell Phagan