# Exhibit 1



Kenneth King <acerbichumor@gmail.com>

### RE: 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page
1 message

**GWACS Armory** <sales@gwacsarmory.com>                                    Mon, May 14, 2018 at 5:05 PM
To: acerbichumor@gmail.com

Does this help

**From:** Contact Form <contactform@bigcommerce.com>
**Sent:** Monday, May 14, 2018 1:41 PM
**To:** sales@gwacsarmory.com
**Subject:** 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page

## 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | acerbichumor@gmail.com |
| **Company Name:** | |
| **Phone Number:** | 907-250-3093 |

Greetings. I recently bought one of your lower receivers and so far I'm liking it but I need to modify it for some sling points. Is there any way I could be sent a picture of one of the receiver halves' insides before they're welded together? I understand any modification like this wouldn't be covered under your warranty but I'm not planning on doing anything crazy and this is for personal use only. I tried finding pictures online of a receiver that split or something but lo and behold there don't seem to be pictures everywhere of your receivers failing regardless of what the rumor mill says about polymer. Thanks! - Kenneth King

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

**2 attachments**


IMG_20180514_155904618.jpg
2040K


IMG_20180514_155852954.jpg
2076K

KEA003043

| | |
|---|---|
| **From:** | Colt - Kenneth King <acerbichumor@gmail.com> |
| **Sent:** | Tuesday, July 19, 2022 4:22 PM |
| **To:** | russell@kearms.com |
| **Subject:** | Fwd: 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page |

---------- Forwarded message ---------
From: **GWACS Armory** <sales@gwacsarmory.com>
Date: Tue, May 15, 2018 at 2:22 PM
Subject: RE: 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page
To: Colt - Kenneth King <acerbichumor@gmail.com>


We are and I have passed this on to our engineer for consideration!




**From:** Colt - Kenneth King <acerbichumor@gmail.com>
**Sent:** Monday, May 14, 2018 4:13 PM
**To:** GWACS Armory <sales@gwacsarmory.com>
**Subject:** Re: 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page


That is absolutely what I was looking for. Thank you very much!  Have you guys thought about making a second generation lower? I know InRange's What Would Stoner Do project has really pushed the popularity of your receivers.. While they're pretty good as is there are definitely some small things I would change. The biggest one being the grip reach to the safety and magazine release. I know it was made like that to give more support to the stock meeting area at the back of the FCG cavity but you could push the grip forward a bit if you made that whole area just wider/thicker out to the sides.  You could even incorporate this modification into having QD socket or other sling mounting points. Thanks again! - Kenneth


On Mon, May 14, 2018 at 5:05 PM, GWACS Armory <sales@gwacsarmory.com> wrote:

> Does this help

KEA003044

**From:** Contact Form <contactform@bigcommerce.com>
**Sent:** Monday, May 14, 2018 1:41 PM
**To:** sales@gwacsarmory.com
**Subject:** 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page

# 'acerbichumor@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | acerbichumor@gmail.com |
| **Company Name:** | |
| **Phone Number:** | 907-250-3093 |

Greetings. I recently bought one of your lower receivers and so far I'm liking it but I need to modify it for some sling points. Is there any way I could be sent a picture of one of the receiver halves' insides before they're welded together? I understand any modification like this wouldn't be covered under your warranty but I'm not planning on doing anything crazy and this is for personal use only. I tried finding pictures online of a receiver that split or something but lo and behold there don't seem to be pictures everywhere of your receivers failing regardless of what the rumor mill says about polymer. Thanks! - Kenneth King

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

--

-----------------------------------------------------------------
*Memory is a burden that wears at the soul as weather wears at stone*
-----------------------------------------------------------------

--

KEA003045

---
*Memory is a burden that wears at the soul as weather wears at stone*
---

3

KEA003046