# Exhibit 3

# GWACS Armory LLC





GWACS Armory Carbine Buffer and Buffer Spring.  Standard Carbine 3.0oz Buffer for AR/M16 type Rifles. Features a quality military grade CNC construction with red anodized finish.  Includes GWACS Armory Logo.  Uses 3.0oz of Conventional steel weights and includes a Mil-Spec Carbine length buffer spring.  Manufactured and designed by GWACS Armory LLC.  Life time guarantee!

INCLUDES BUFFER AND SPRING.

| Dealer Level | Price |
|---|---|
| MSRP | $23.95 |
| Dealer I | $19.16 |
| Dealer II | $17.96 |
| Dealer III | $16.77 |
| Dealer IV | $15.57 |

**From:** Gussie [mailto:gussie88bunny@gmail.com]
**Sent:** Sunday, October 02, 2022 4:17 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page


---------- Forwarded message ---------
From: **GWACS Armory** <sales@gwacsarmory.com>
Date: Mon, 19 Jun 2017, 23:55
Subject: RE: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page
To: <gussie88bunny@gmail.com>


I have a couple we have cut almost an inch off so they would be 12 " LOP.   I can take some pictures Monday and let you know what we would sell them for.


Shel


**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Saturday, June 17, 2017 8:50 PM
**To:** sales@gwacsarmory.com
**Subject:** 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page


# 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| **Email Address:** | gussie88bunny@gmail.com |

1

KEA003119

**Company Name:**

**Phone Number:**             431510498

My sister is very short, only an 11 inch LOP. Please advise, can the polymer stock be cut shorter without interfering with the built-in buffer? We understand this would involve a fair degree of craftsmanship, with hacksaw, file, drill, glue and screws. Just wanted to know if it's possible. Cheers, Gus

---

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

KEA003120

**From:** Gussie [mailto:gussie88bunny@gmail.com]
**Sent:** Sunday, October 02, 2022 4:18 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page


---------- Forwarded message ---------
From: **Gussie** <gussie88bunny@gmail.com>
Date: Wed, 21 Jun 2017, 11:32
Subject: RE: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page
To: GWACS Armory <sales@gwacsarmory.com>


Hi Shel.
Thanks very much for all the suggestions. Glad to hear the lowers can, with some craftiness be shortened.

I've just shown sis, we had a chat, and we'd probably do the work ourselves, to get the maximum reduction in LoP.

So she's gonna just buy off your website when ready.

Thanks for getting back to us with all that info.
Regards,

Gus

On 21 Jun. 2017 1:26 am, "GWACS Armory" <sales@gwacsarmory.com> wrote:

> Another suggestion if you are into doing the shortening yourself.   You can cut 1.5" measured from rear (take the butt plate off) Top rear toward the front  There is enough material to support operations with a 5.56 or smaller.   We have 2.5" material at the end of the buffer tube to support 45 ACP blow back.
>
>
> Hope that helps.

KEA003121

Shel

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Saturday, June 17, 2017 8:50 PM
**To:** sales@gwacsarmory.com
**Subject:** 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

# 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | gussie88bunny@gmail.com |
| **Company Name:** | |
| **Phone Number:** | 431510498 |

My sister is very short, only an 11 inch LOP. Please advise, can the polymer stock be cut shorter without interfering with the built-in buffer? We understand this would involve a fair degree of craftsmanship, with hacksaw, file, drill, glue and screws. Just wanted to know if it's possible. Cheers, Gus

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

**From:** Gussie [mailto:gussie88bunny@gmail.com]
**Sent:** Sunday, October 02, 2022 4:18 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page


---------- Forwarded message ---------
From: **GWACS Armory** <sales@gwacsarmory.com>
Date: Wed, 21 Jun 2017, 01:26
Subject: RE: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page
To: <gussie88bunny@gmail.com>


Another suggestion if you are into doing the shortening yourself.   You can cut 1.5" measured from rear (take the butt plate off) Top rear toward the front  There is enough material to support operations with a 5.56 or smaller.   We have 2.5" material at the end of the buffer tube to support 45 ACP blow back.


Hope that helps.


Shel


**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Saturday, June 17, 2017 8:50 PM
**To:** sales@gwacsarmory.com
**Subject:** 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page


# **'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page**

1

KEA003123

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | gussie88bunny@gmail.com |
| **Company Name:** | |
| **Phone Number:** | 431510498 |

My sister is very short, only an 11 inch LOP. Please advise, can the polymer stock be cut shorter without interfering with the built-in buffer? We understand this would involve a fair degree of craftsmanship, with hacksaw, file, drill, glue and screws. Just wanted to know if it's possible. Cheers, Gus

---

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

**From:** Gussie [mailto:gussie88bunny@gmail.com]
**Sent:** Sunday, October 02, 2022 4:18 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page


---------- Forwarded message ---------
From: **GWACS Armory** <sales@gwacsarmory.com>
Date: Wed, 21 Jun 2017, 01:14
Subject: RE: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page
To: <gussie88bunny@gmail.com>


Hello


Echo 93 has a stock cutting service for the CAV15 http://www.echo93.com/_p/prd1/4273423475/product/cav-15-receiver-modification

Its 170 dollars.   I have a couple here done if you want to buy I would sell for 199 dollars which includes a stripped lower shortened by an inch (12" LOP) fitted recoil pad pivot and takedown pins and buffer detent retention roll pin.


If you want that you can call me and we can do a custom order over the phone.


Shel

918-794-5670

KEA003125

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Saturday, June 17, 2017 8:50 PM
**To:** sales@gwacsarmory.com
**Subject:** 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

# 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

## Here are their details:

| | |
|---|---|
| **Email Address:** | gussie88bunny@gmail.com |
| **Company Name:** | |
| **Phone Number:** | 431510498 |

My sister is very short, only an 11 inch LOP. Please advise, can the polymer stock be cut shorter without interfering with the built-in buffer? We understand this would involve a fair degree of craftsmanship, with hacksaw, file, drill, glue and screws. Just wanted to know if it's possible. Cheers, Gus

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

KEA003126

**From:** Gussie [mailto:gussie88bunny@gmail.com]
**Sent:** Sunday, October 02, 2022 4:10 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

Hello KE Arms,

Attached is an email chain between me and GWACS in mid-2017, regarding how to shorted one of their AR15 integral-receiver butt-stocks for use by a short person. They were extremely helpful, explaining in detail and with an internal photo how the work would be done. They also advocated another business that routinely did stock shortening on their receivers.

Suffice to say, our interaction provided me with sufficient knowledge to safely modify one of their AR15 lowers, due to my gained understanding of how the receivers were constructed. I know, for example, that the receiver only needs 1.5 inches of material after the buffer tube to support 5.56mm ammunition, and that there's an internal 'firewall' at that exact measurement.

Please advise if you need anything else.
Regards,

Angus Anderson
Cell Phone: +61 439 034 925


---------- Forwarded message ---------
From: **GWACS Armory** <sales@gwacsarmory.com>
Date: Thu, 22 Jun 2017, 04:36
Subject: RE: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page
To: Gussie <gussie88bunny@gmail.com>


Cool attached is a picture of the inside with a ruler.  Please don't post this on any public site.  I am providing you this so you can succeed with the chop. There is 3 inches of buffer stop you only need half of that for 5.56.

Shel

**From:** Gussie [mailto:gussie88bunny@gmail.com]
**Sent:** Tuesday, June 20, 2017 8:33 PM
**To:** GWACS Armory <sales@gwacsarmory.com>
**Subject:** RE: 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

Hi Shel.

Thanks very much for all the suggestions. Glad to hear the lowers can, with some craftiness be shortened.

I've just shown sis, we had a chat, and we'd probably do the work ourselves, to get the maximum reduction in LoP.

So she's gonna just buy off your website when ready.

Thanks for getting back to us with all that info.

Regards,

Gus

On 21 Jun. 2017 1:26 am, "GWACS Armory" <sales@gwacsarmory.com> wrote:

> Another suggestion if you are into doing the shortening yourself.   You can cut 1.5" measured from rear (take the butt plate off) Top rear toward the front  There is enough material to support operations with a 5.56 or smaller.   We have 2.5" material at the end of the buffer tube to support 45 ACP blow back.
>
> Hope that helps.

Shel

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Saturday, June 17, 2017 8:50 PM
**To:** sales@gwacsarmory.com
**Subject:** 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

# 'gussie88bunny@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | gussie88bunny@gmail.com |
| **Company Name:** | |
| **Phone Number:** | 431510498 |

My sister is very short, only an 11 inch LOP. Please advise, can the polymer stock be cut shorter without interfering with the built-in buffer? We understand this would involve a fair degree of craftsmanship, with hacksaw, file, drill, glue and screws. Just wanted to know if it's possible. Cheers, Gus

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

KEA003138



KEA003139