# Exhibit 4

**From:** MKO Firearms [mailto:mkofirearms@hotmail.com]
**Sent:** Sunday, October 02, 2022 8:02 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page

-------- Forwarded Message --------
**Subject:** RE: 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page
   **Date:** Thu, 15 Feb 2018 11:12:54 -0600
   **From:** GWACS Armory <sales@gwacsarmory.com>
      **To:** mkofirearms@hotmail.com

0.135 inch thickness on the pistol grip and most other areas.  Here is a picture of whats inside.

Shel

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Friday, February 9, 2018 12:30 PM
**To:** sales@gwacsarmory.com
**Subject:** 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page

# 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | mkofirearms@hotmail.com |
| **Company Name:** | MKO Firearms LLC |

1

KEA003127

**Phone Number:**

Hello there. One of my customers requested to reshape/stipple pistol grip on your GWACS polymer lower into something more ergonomic and comfortable for her small-ish hands. hence why i need to know how much material i'm working with. I would really appreciate if you guys could tell me the thickens of the 'skin' on the grip or better yet if you have a CAD drawing of the cavity inside - that would be most awesome to take a look at. Thanks! -Mike

---

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.



KEA003129

**From:** MKO Firearms [mailto:mkofirearms@hotmail.com]
**Sent:** Monday, October 03, 2022 1:58 PM
**To:** truth@kearms.com
**Subject:** Re: 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page

if at all possible keep my info private. especially phone. this is my personal phone number not associated with the business.

On 10/3/2022 4:10 PM, truth@kearms.com wrote:

> Excellent, thank you for contacting us with this!
>
> **From:** MKO Firearms [mailto:mkofirearms@hotmail.com]
> **Sent:** Sunday, October 02, 2022 8:02 AM
> **To:** truth@kearms.com
> **Subject:** Fwd: 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page
>
> -------- Forwarded Message --------
>
> **Subject:** RE: 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page
> **Date:** Thu, 15 Feb 2018 11:12:54 -0600
> **From:** GWACS Armory <sales@gwacsarmory.com>
> **To:** mkofirearms@hotmail.com
>
> 0.135 inch thickness on the pistol grip and most other areas.  Here is a picture of whats inside.
>
> Shel
>
> **From:** Contact Form [mailto:contactform@bigcommerce.com]
> **Sent:** Friday, February 9, 2018 12:30 PM
> **To:** sales@gwacsarmory.com
> **Subject:** 'mkofirearms@hotmail.com' submitted the form from your 'Contact Us' page

# **mkofirearms@hotmail.com** submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

### Here are their details:

| | |
|---|---|
| **Email Address:** | mkofirearms@hotmail.com |
| **Company Name:** | MKO Firearms LLC |
| **Phone Number:** | ▮▮▮▮▮▮▮▮ |

Hello there. One of my customers requested to reshape/stipple pistol grip on your GWACS polymer lower into something more ergonomic and comfortable for her small-ish hands. hence why i need to know how much material i'm working with. I would really appreciate if you guys could tell me the thickens of the 'skin' on the grip or better yet if you have a CAD drawing of the cavity inside - that would be most awesome to take a look at. Thanks! -Mike

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

2

KEA003160