Exhibit 5

**From:** Mark Blankenau [mailto:mark.blankenau@gmail.com]
**Sent:** Sunday, October 02, 2022 6:27 AM
**To:** truth@kearms.com
**Subject:** Technical communications with GWACS

Begin forwarded message:

**From:** GWACS Armory <sales@gwacsarmory.com>
**Date:** May 15, 2018 at 1:27:11 PM CDT
**To:** mark.blankenau@gmail.com
**Subject: RE: 'mark.blankenau@gmail.com' submitted the form from your 'Contact Us' page**

Nylon 6 with 20% glass fill.

**From:** Contact Form <contactform@bigcommerce.com>
**Sent:** Sunday, May 13, 2018 7:08 PM
**To:** sales@gwacsarmory.com
**Subject:** 'mark.blankenau@gmail.com' submitted the form from your 'Contact Us' page

# 'mark.blankenau@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | mark.blankenau@gmail.com |
| **Company Name:** | NA |
| **Phone Number:** | 3132656972 |

I recently purchased a lower receiver from you. There is a significant gap between the lower and upper (all other parts move well, I'm waiting on a gas block so I can't do a full function test). I would like to reduce the gap, and I will do that better if I know what the lower is made of. Can you tell me what polymer is used?

1

KEA003130

Mark

---

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

2

KEA003131