Exhibit 6

From: ghbowling@feinsteingewehrwerke.com [mailto:ghbowling@feinsteingewehrwerke.com]
Sent: Sunday, October 02, 2022 1:36 PM
To: truth@kearms.com
Subject: Fwd: RE: http://www.gwacsarmory.com/limited-lifetime-warranty/

Russell,

All the best.

Gig 'em,

Greg Bowling aka backbencher
Managing Member
Feinstein Gewehr Werke, LLC
Fort Worth, TX
214 809 5249


-------- Original Message --------
Subject: RE: http://www.gwacsarmory.com/limited-lifetime-warranty/
Date: 2022-02-14 10:39
From: "GWACS Armory" <sales@gwacsarmory.com>
To: "'Gregory Bowling'" <ghbowling@feinsteingewehrwerke.com>

Hello sorry for the late response. At this time I don't have the inventory to support an exchange. I am hoping to have an upgraded model which we will look at the exchange rate in the future for you. Please check back in 8 months and lets see where I am at.

Shel Jones


-----Original Message-----
From: Gregory Bowling <ghbowling@feinsteingewehrwerke.com>
Sent: Tuesday, March 23, 2021 8:20 PM
To: sales@gwacsarmory.com
Subject: http://www.gwacsarmory.com/limited-lifetime-warranty/

Gentlemen:

I'm quite pleased w/ the ultra-lightweight takedown pins you sent me recently. They're working great.

I have two Sabre lowers, both made by Cavalry Arms, that I'm not so pleased w/. SDI 2311 has a split down the top of the buffer tube/stock, and SDI 2440 has the FCS pocket welded together so tightly I can't get a trigger in there. Are you still offering your $35 exchange warranty service? I was very pleased w/ the last GWACS lower I got from you several years ago.

Gig 'em,

Greg Bowling
Fort Worth, TX
214 809 5249

KEA003133