Exhibit 7

**From:** Mike F Di [mailto:80spodcastchannel@gmail.com]
**Sent:** Sunday, October 02, 2022 6:49 PM
**To:** truth@kearms.com
**Subject:** KE ARMS VS GWACS

I hope this finds you all and finds you well... please do all you can to continue the production of your awesome lowers. I have two of your KE-15's, I am also an owner of 2 original CAV ARMS lowers...and all of these are just great products.
Gwacs is playing anti-gun politics where none is needed, and I hope you win and win big. best of luck to all involved.

I  did a 35 Minute Video/Telephone interview with Shel Jones of gwacs,

the video is still public on youtube, and Shel Joes does elaborate on plans and history of the gwacs company and the premise of the how did he get the dies and other tooling.


VIDEO INFORMATION
Title
GWACS CAV-15 MKII IT'S BACK!!!

Video link

https://youtu.be/5_Um1oSS4Yc


Again, I hope you all beat this rich liberal playing games.

Sincerely

Dude

80spodcastchannel

AKA

Mike Dillemuth

--

1

KEA003134



2

KEA003135