Exhibit 8

**From:** Nathaniel Hall [mailto:nathanieljacobhall@gmail.com]
**Sent:** Sunday, October 02, 2022 3:59 AM
**To:** truth@kearms.com
**Subject:** Fwd: 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page

Interesting exchange I had with GWACs 5 years ago. They mention a next gen lower with adjustable LOP and QD points.

GWACs never had the lowers back in stock. I checked practically every day for months. It seems by the time InRange published the first of the WWSD build series GWACs had already been sold out for a while. I completed my WWSD 2017 rifle with an aluminum reviewer instead. Love the new KE lower.

Thank you,

Nathaniel Hall
205 2851189

---------- Forwarded message ---------
From: **Nathaniel Hall** <nhall2@samford.edu>
Date: Sun, Oct 2, 2022, 5:52 AM
Subject: Fwd: 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page
To: nathanieljacobhall@gmail.com <nathanieljacobhall@gmail.com>



---------- Forwarded message ---------
From: **GWACS Armory** <sales@gwacsarmory.com>
Date: Wed, Sep 27, 2017, 1:38 PM
Subject: RE: 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page
To: <Nhall2@samford.edu>


I am hoping to have some FDE next month, please check back.   We are also hoping to launch a next generation lower that will have adjustability in length and multiple QD sockets.  Thanks!


Shel

1

KEA003140

GWACS ARMORY

1000 RIVERWALK TERRACE 1ST FLOOR

JENKS OK  74037

918-794-5670

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Wednesday, September 6, 2017 10:38 AM
**To:** sales@gwacsarmory.com
**Subject:** 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page

# 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| | |
|---|---|
| **Email Address:** | Nhall2@samford.edu |
| **Company Name:** | |
| **Phone Number:** | 2052851189 |

When do you expect the Flat Dark Earth and OD Green lowers to be back in stock?

Any future plans for upgrades? Like an adjustable length of pull or built in QD sockets?

Thanks.

N. HALL

KEA003141

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

3

KEA003142



# RE: 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page
1 message

**GWACS Armory** <sales@gwacsarmory.com>  Wed, Sep 27, 2017 at 1:38 PM
To: Nhall2@samford.edu

I am hoping to have some FDE next month, please check back.   We are also hoping to launch a next generation lower that will have adjustability in length and multiple QD sockets.  Thanks!


Shel



Shel Jones

GWACS ARMORY LLC

1000 RIVERWALK TERRACE 1ST FLOOR

JENKS OK  74037

918-794-5670


---

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Wednesday, September 6, 2017 10:38 AM
**To:** sales@gwacsarmory.com
**Subject:** 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page


## 'Nhall2@samford.edu' submitted the form from your 'Contact Us' page
---

A user has submitted the contact form on your store.

**Here are their details:**


| **Email Address:** | Nhall2@samford.edu |
|---|---|
| **Company Name:** | |

KEA003143

**Phone Number:**             2052851189

When do you expect the Flat Dark Earth and OD Green lowers to be back in stock?

Any future plans for upgrades? Like an adjustable length of pull or built in QD sockets?

Thanks.

N. HALL

---

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

GWACS Armory, LLC

http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

KEA003144