Exhibit 9

**From:** Nate Henry [mailto:nateth@gmail.com]
**Sent:** Sunday, October 02, 2022 1:55 PM
**To:** truth@kearms.com
**Subject:** Correspondence with GWACS regarding temp limits.

I'm not sure if this is of any use, but I did ask GWACS about thermals.
I asked them if I could cure MolyResin on the lower at 300 degrees without compromising the receiver.

--
Nate Henry
864-414-1219

---------- Forwarded message ---------
From: **Nate Henry** <nateth@gmail.com>
Date: Mon, Apr 2, 2018 at 2:06 PM
Subject: Re: 'nateth@gmail.com' submitted the form from your 'Contact Us' page
To: GWACS Armory <sales@gwacsarmory.com>

Wow great! Thanks for looking into that for me! I'll be sure to purchase one from GWACS in the next week or two.

--
Nate Henry
864-414-1219

**From:** GWACS Armory <sales@gwacsarmory.com>
**Sent:** Monday, April 2, 2018 2:05:24 PM
**To:** 'Nate Henry'
**Subject:** RE: 'nateth@gmail.com' submitted the form from your 'Contact Us' page

425 degrees is the high temp and starts to impact the lower.   At 300 it should be ok.  If it does not work I will replace yours.

Shel

1

KEA003145

**From:** Nate Henry <nateth@gmail.com>
**Sent:** Thursday, March 29, 2018 2:41 PM
**To:** GWACS Armory <sales@gwacsarmory.com>
**Subject:** Re: 'nateth@gmail.com' submitted the form from your 'Contact Us' page

Thanks! I haven't purchased one yet. I'm looking at the zombie green one if that makes any difference.

—

Nate Henry

864-414-1219

---

**From:** GWACS Armory <sales@gwacsarmory.com>
**Sent:** Thursday, March 29, 2018 3:05:58 PM
**To:** nateth@gmail.com
**Subject:** RE: 'nateth@gmail.com' submitted the form from your 'Contact Us' page

I will check with engineering.   What is the serial number on your unit?

Shel

---

**From:** Contact Form [mailto:contactform@bigcommerce.com]
**Sent:** Thursday, March 29, 2018 8:25 AM
**To:** sales@gwacsarmory.com
**Subject:** 'nateth@gmail.com' submitted the form from your 'Contact Us' page

# 'nateth@gmail.com' submitted the form from your 'Contact Us' page

A user has submitted the contact form on your store.

**Here are their details:**

| Email Address: | nateth@gmail.com |
|---|---|

2

**Company Name:**

**Phone Number:**             8644141219

What's the upper temperature limit for the CAV-15? I tend to go for Moly Resin for painting, but that requires curing for an hour at 300 degrees. I know that can be too much for certain polymers. Thanks! - Nate H

---

**PLEASE NOTE:** If you purchased a firearm, such as a lower receiver, rifle or handgun, it's your responsibility to have your local Federal Firearms Licensed dealer forward to us a copy of their FFL.

Please contact your dealer and have them fax or email a copy of their FFL. We cannot ship a firearm until we have a copy of their FFL on file. The FFL should be sent by FAX to **866-941-8792** or by EMAIL to sales@gwacsarmory.com.

---

**GWACS Armory, LLC**
http://www.gwacsarmory.com/

---

GWACS Armory, LLC is powered by BigCommerce. Launch your own store for free with Big Commerce.

KEA003147