IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWACS ARMORY, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KE ARMS, LLC, RUSSELL PHAGAN, ) <br> SINISTRAL SHOOTING ) <br> TECHNOLOGIES, LLC, BROWNELLS, ) <br> INC., and SHAWN NEALON, ) <br> ) <br> Defendants. ) <br> and ) <br> ) <br> KE ARMS, LLC, ) <br> Plaintiff, ) <br> v. ) <br> GWACS ARMORY, LLC, GWACS ) <br> DEFENSE INCORPORATED, JUD ) <br> GUDGEL, RUSSEL ANDERSON, DOES I ) <br> through X, and ROE CORPORATIONS I ) <br> through X, ) <br> Defendants. ) | Case No.:20-cv-0341-CVE-SH <br> BASE FILE <br><br> Consolidated with: <br> Case No. 21-CV-0107-CVE-JFJ |

**DEFENDANTS'/COUNTER-PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES**

Defendants, KE Arms, LLC ("KEA"), Russell Phagan ("Phagan"), an individual; Sinistral Shooting Technologies, LLC ("SST"), an Arizona limited liability company; Brownells, Inc., ("Brownell's") an Iowa corporation; and Shawn Nealon ("Nealon"), an individual (hereinafter collectively "Defendants") and Counter-Plaintiff KEA ("Counter-Plaintiff"), by and through their undersigned attorneys of record, hereby serve the following Sixth Supplemental Disclosures (**Supplements appear in bold**):

//



EXHIBIT 4

i. **Persons Likely to Have Discoverable Information that Defendants May Present in Support of their Claims or Defendants (Rule 26(a)(1)(A)(i)):**

|   | Name and Address | Subject of Discoverable Information |
|---|---|---|
| 1. | KE Arms, LLC, Rule 30(b)(6) Designee<br>c/o Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | KE Arms, LLC is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 2. | Brownells, Inc., Rule 30(b)(6) Designee<br>c/o Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | Brownells is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 3. | Russell Phagan<br>c/o Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | Mr. Phagan is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 4. | Shawn Nealon<br>2217 W FAIRFIELD ST,<br>MESA, AZ 85213, USA | Mr. Nealon is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 5. | Cavalry Arms Corporation, Rule 30(b)(6) Designee<br>2217 W FAIRFIELD ST, MESA, AZ 85213, USA | Cavalry is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action |

| | | |
|---|---|---|
| | | which may be elicited by counsel at deposition, arbitration or trial. |
| 6. | GWACS Armory, LLC, Rule 30(b)(6) Designee<br>c/o JONES, GOTCHER & BOGAN, P.C.<br>15 East Fifth St.<br>Tulsa, OK 74103 | GWACS is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 7. | GWACS Defense Incorporated, Rule 30(b)(6) Designee<br>c/o JONES, GOTCHER & BOGAN, P.C.<br>15 East Fifth St.<br>Tulsa, OK 74103 | GWACS Defense is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 8. | Jud Gudgel<br>c/o JONES, GOTCHER & BOGAN, P.C.<br>15 East Fifth St.<br>Tulsa, OK 74103 | Mr. Gudgel is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 9. | Russell Anderson<br>c/o JONES, GOTCHER & BOGAN, P.C.<br>15 East Fifth St.<br>Tulsa, OK 74103 | Mr. Anderson is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 10. | 30(b)(6) Designee of INRANGE PRODUCTIONS, LLC<br>29327 E. Kittle Place, MARANA, AZ 85658, USA | The 30(b)(6) Designee is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which |

| | | |
|---|---|---|
| | | may be elicited by counsel at deposition, arbitration or trial. |
| 11. | Alisha Swindle<br>6840 S 8th Drive<br>Phoenix, AZ 85041 | Ms. Swindle is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 12. | Tim McBride<br>550 W Kaniksu St<br>Apache Junction, AZ 85120 | Mr. McBride is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 13. | Brad Pace<br>2527 E Diamond Ave<br>Mesa, AZ 85204 | Mr. Pace is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 14. | Karl Kasarda<br>29327 East Kittle Place<br>Marana, AZ 85658 | Mr. Kasarda is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
| 15. | Ian McCollum<br>510 W Spring Valley Drive<br>Tucson, AZ 85704 | Mr. Collum is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims |

|   |   | were sustained; and as to any other matter relevant to this action which may be elicited by counsel at deposition, arbitration or trial. |
|---|---|---|

The Defendants/Counter-Plaintiff reserve the right to supplement the witnesses listed herein as additional witnesses are identified and obtained through discovery. Further, the Defendants/Counter-Plaintiff reserve the right to use any and all witnesses listed by any other party.

    ii.    **Description of Documents that Defendants May Use to Support their Claims or Defenses (Rule 26(a)(1)(A)(ii)):**

|    | Document Description | Bates Nos. |
|----|----------------------|------------|
| 1. | 3-22-13- Cavalry-SST Asset Purchase Agreement | KEA000001-29 |
| 2. | 11-22-11 - SST-GWACS Asset Purchase Agreement | KEA000030-40 |
| 3. | 6-15-2015 - KEA-GWACS Mutual Nondisclosure Agreement | KEA000041-43 |
| 4. | 5-31-13 - GWACS-Brownells Mutual Nondisclosure Agreement | KEA000044-46 |
| 5. | 1-24-2016 - GWACS-Brownells Mutual Nondisclosure Agreement | KEA000047-49 |
| 6. | KE Invoices [Unredacted] | KEA000050-54 |
| 7. | GWACS Corp Commission | KEA000055-56 |
| 8. | Invoices and FFA Information | KEA000057-66 |

| | | |
|---|---|---|
| 9. | Demand Letter to KEA | KEA000067-68 |
| 10. | Reddit Thread 3 | KEA000069-71 |
| 11. | Reddit Thread 2 | KEA000072-79 |
| 12. | Reddit Thread 1 | KEA000080-84 |
| 13. | GWACS Website Screenshot | KEA000085-86 |
| 14. | Phagan Emails 2011 | KEA000087-136 |
| 15. | Phagan Emails 2012 | KEA000136-213 |
| 16. | Phagan Emails 2013 | KEA0000213-214 |
| 17. | Phagan Emails 2015 | KEA000215-216 |
| 18. | Phagan Emails 2016 | KEA000217-223 |
| 19. | Phagan Emails 2019 | KEA000224-225 |
| 20. | 3D Printed Lower | KEA000226 |
| 21. | Oklahoma Secretary of State Filings for GWACS Armory, LLC and Certified Copy Certificate | KEA000227-239 |
| 22. | 2021-07-02 CR to Bogan Re: Indemnity | KEA000240-257 |
| 23. | Statement from Don Langworthy, Purchasing Manager at SAC | KEA000258 |

| | | |
|---|---|---|
| 24 | Emails Brownells | KEA000259-368 |
| 25. | Emails GWACS | KEA000369-KEA467 |
| 26. | Emails InRange | KEA000468-563 |
| 27. | Emails KE Arms | KEA000564-686 |
| 28. | Emails KE Arms 2 | KEA000687-893 |
| 29. | Requested Documents | KEA000894-966 |
| 30. | Current Pricing | KEA000967 |
| 30. | MK3 Submission | KEA000968 (excel spreadsheet in native form) |
| 31. | OEM (Strategic Armory), unable to carry KP15 | KEA000969 |
| 32. | KE Arms 2019 (Brownells Purchase Orders) | KEA000970-982 |
| 33. | KE Arms 2020 #1 (Brownells Purchase Orders) | KEA000983-1008 |
| 34. | KE Arms 2020 #2 (Brownells Purchase Orders) | KEA001009-1040 |
| 35. | KE Arms 2021 #1 (Brownells Purchase Orders) | KEA001041-1068 |
| 36. | KE Arms 2021 #2 (Brownells Purchase Orders) | KEA001069-1086 |
| 37. | 2A Wholesale –Total Sales –Accrual | KEA001087 (excel spreadsheet in native format) |
| 38. | 2A Wholesale –Total Sales –Cash | KEA001088 (excel spreadsheet in native format) |

| | | |
|---|---|---|
| 39. | Brownells Total Sales | KEA001089 (excel spreadsheet in native format) |
| 40. | Graph –Brownells –Sales by month | KEA001090 |
| 41. | Graph –Month by month | KEA001091 |
| 42. | KP-15 Products –Total Sales –Accrual | KEA001092 (excel spreadsheet in native format) |
| 43. | KP-15 Products –Total Sales –Cash | KEA001093 (excel spreadsheet in native format) |
| 44. | RSR –Total Sales –Accrual | KEA001094 (excel spreadsheet in native format) |
| 45. | RSR –Total Sales –Cash | KEA001095 (excel spreadsheet in native format) |
| 46. | Wraithworks –Total Sales –Accrual | KEA001096 (excel spreadsheet in native format) |
| 47. | Wraithworth –Total Sales –Cash | KEA001097 (excel spreadsheet in native form) |
| 48. | KP 15 –Cost (unit costs) | KEA001098 (excel spreadsheet in native format) |
| 49. | Selected and redacted portions of tax returns for KE Arms –2018, 2019 and 2020 | KEA001099-1107 |
| 50. | KE Arms KP-15 Monolithic Polymer Receiver Overview | KEA001108-1133 |
| 51. | Annual Firearms Manufacturing and Expert Report (BATFE) | KEA001134 |
| 52. | Firearms Commerce in the United States, BATFE Annual Statistical Update | KEA001135-1156 |
| 53. | NCIS Firearm Checks: Month/Year | KEA001157 |

| 54. | Photos of molds | KEA001158-1165 |
| --- | --- | --- |
| 55. | Social Media Posts | KEA001166 |
| 56. | Recoil Ads | KEA001167-1168 |
| 57. | Variance | KEA001169-1172 |
| 58. | **CAV15 MKI Prints** | **KEA001173-1254** |
| 59. | **CAV15 MKI – Native Files** | **KEA001255** |
| 60. | **KP-15 Native Files** | **KEA001256** |
| 61. | **KP-15 - Prints** | **KEA001257-1303** |
| 62. | **Nealon- Native Files** | **KEA001304** |
| 61. | **Nealon – Prints** | **KEA001305-1749** |

The Defendants/Counter-Plaintiff reserve the right to supplement to amend or supplement its disclosure of documents as discovery progresses. Further, the Defendants/Counter-Plaintiff reserve the right to use any and all documents listed by any other party.

   iii.   **Damages Computation (Rule 26(a)(1)(A)(iii)):**

Defendants/Counter-Plaintiff seek declaratory relief as set forth in its Complaint. Defendants/Counter-Plaintiff also seeks damages on its breach of contract claims and lost

profits. Defendants/Counter-Plaintiff cannot ascertain the amount of its damages prior to conducting discovery.

    iv.    **Insurance Agreement (Rule 26(a)(1)(A)(iv)):**

Not applicable.

    Dated this 9th day of November, 2021.

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

  /s/ Robert P. Fitz-Patrick
Robert P. Fitz-Patrick, OBA #14713
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email:  rfitzpatrick@hallestill.com

**ATTORNEYS FOR DEFENDANTS**

-AND-

**MARQUIS AURBACH COFFING**

/s/Alexander K. Calaway
Brian R. Hardy, Esq.
Nevada Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Drive
Las Vegas, Nevada 89145
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing document via electronic mail and via U.S. Mail on the 9th day of November, 2021 to the following individuals:

James E. Weger, Esq. &Todd J.P. Bogan, Esq.
JONES, GOTCHER & BOGAN, P.C.
3800 First Place Tower
15 East Fifth St.
Tulsa, OK 74103
ATTORNEYS FOR THE PLAINTIFF,
GWACS ARMORY, LLC AND COUNTERCLAIM DEFENDANTS GWACS ARMOY, LLC; GWACS DEFENSE, INC. JUD GUDGEL AND RUSSELL ANDERSON

/s/ Cally Hatfield