# r/InRangeTV

Posted by u/KEArmsSales 3 months ago

## Seeking Evidence from the Public

KE Arms would like to thank the 2A Community for their ongoing support as we battle GWACS' frivolous lawsuit.

Media coverage of this case has resulted in individuals reaching out to us with documents and communications they have had with GWACS that should have been disclosed to us in discovery, but unfortunately were not.

GWACS' primary claims in this case are centered on its alleged trade secrets and proprietary information. KE Arms' position is that all of this information was either in the public space or readily known in the industry, and thus neither secret nor proprietary.

For example, a former GWACS customer recently came forward notifying us that GWACS openly shared all of the internal structures of the CAV-15 MKII with dimensional references. The customer also shared with GWACS his plans to install a QD socket into the stock, yet GWACS has alleged the installation of the QD socket into the stock to be a trade secret and/or proprietary information in this case.

Tellingly, GWACS never disclosed these communications to us in discovery. In fact, only after seeing press coverage of the case did the individual come forward with this information. We believe one of the reasons that GWACS has requested a gag order in this case is to suppress this sort of unfavorable information being voluntarily provided by former customers and affiliates.

We believe that the truth dies in darkness. As such if you have any communications with GWACS related to product suggestions, product improvements, internal design features, and manufacturing information please forward them to us at truth@kearms.com.

33 Comments    Share    99% Upvoted