## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GWACS ARMORY, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 4:20-cv-0341-CVE-SH** |
| **KE ARMS, LLC, RUSSELL PHAGAN,** | ) | **BASE FILE** |
| **SINISTRAL SHOOTING** | ) | |
| **TECHNOLOGIES, LLC, BROWNELLS,** | ) | Consolidated with: |
| **INC., and SHAWN NEALON,** | ) | Case No. 21-CV-0107-CVE-JFJ |
| | ) | |
| **Defendants.** | ) | |
| **and** | ) | |
| | ) | |
| **KE ARMS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **GWACS ARMORY, LLC, GWACS** | ) | |
| **DEFENSE INCORPORATED, JUD** | ) | |
| **GUDGEL, RUSSEL ANDERSON, DOES I** | ) | |
| **through X, and ROE CORPORATIONS I** | ) | |
| **through X,** | ) | |
| **Defendants.** | ) | |

## DEFENDANTS'/COUNTER-PLAINTIFF'S PRE-TRIAL DISCLOSURE

In compliance with FRCP 26(a)(3) Defendants, KE Arms, LLC ("KEA"), Russell Phagan ("Phagan"), an individual; Sinistral Shooting Technologies, LLC ("SST"), an Arizona limited liability company; Brownells, Inc., ("Brownell's") an Iowa corporation; and Shawn Nealon ("Nealon"), an individual (hereinafter collectively "Defendants") and Counter-Plaintiff KEA ("Counter-Plaintiff"), by and through their undersigned attorneys of record, Marquis Aurbach, hereby submit their pre-trial disclosure of witnesses and documents.

**I.      LIST OF WITNESSES DEFENDANTS/COUNTER-PLAINTIFF EXPECTS TO PRESENT AT TRIAL:**

|  | Name and Address | Subject of Discoverable Information |
|---|---|---|
| 1. | KE Arms, LLC, Rule 30(b)(6) Designee c/o Marquis Aurbach 10001 Park Run Drive Las Vegas, Nevada 89145 | KE Arms, LLC is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 2. | Brownells, Inc., Rule 30(b)(6) Designee c/o Marquis Aurbach 10001 Park Run Drive Las Vegas, Nevada 89145 | Brownells is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 3. | Russell Phagan c/o Marquis Aurbach 10001 Park Run Drive Las Vegas, Nevada 89145 | Mr. Phagan is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 4. | Shawn Nealon 2217 W FAIRFIELD ST, MESA, AZ 85213, USA | Mr. Nealon is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

| 5. | Cavalry Arms Corporation, Rule 30(b)(6) Designee 2217 W FAIRFIELD ST, MESA, AZ 85213, USA | Cavalry is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| --- | --- | --- |
| 6. | GWACS Armory, LLC, Rule 30(b)(6) Designee c/o JONES, GOTCHER & BOGAN, P.C. 15 East Fifth St. Tulsa, OK 74103 | GWACS is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 7. | GWACS Defense Incorporated, Rule 30(b)(6) Designee c/o JONES, GOTCHER & BOGAN, P.C. 15 East Fifth St. Tulsa, OK 74103 | GWACS Defense is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 8. | Jud Gudgel c/o JONES, GOTCHER & BOGAN, P.C. 15 East Fifth St. Tulsa, OK 74103 | Mr. Gudgel is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 9. | Russell Anderson c/o JONES, GOTCHER & BOGAN, P.C. 15 East Fifth St. Tulsa, OK 74103 | Mr. Anderson is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

| | | |
|---|---|---|
| 10. | 30(b)(6) Designee of INRANGE PRODUCTIONS, LLC 29327 E. Kittle Place, MARANA, AZ 85658, USA | The 30(b)(6) Designee is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 11. | Alisha Swindle 6840 S 8th Drive Phoenix, AZ 85041 | Ms. Swindle is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 12. | Tim McBride 550 W Kaniksu St Apache Junction, AZ 85120 | Mr. McBride is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 13. | Brad Pace 2527 E Diamond Ave Mesa, AZ 85204 | Mr. Pace is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 14. | Karl Kasarda 29327 East Kittle Place Marana, AZ 85658 | Mr. Kasarda is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

| 15. | Ian McCollum<br>510 W Spring Valley Drive<br>Tucson, AZ 85704 | Mr. Collum is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
|---|---|---|
| 16. | Oleg Volk<br>2289 Callis Road<br>Lebanon, TN 37090 | Mr. Voleg is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 17. | Joe Elledge<br>816-651-5544 | Mr. Elledge is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 18. | Kenneth King<br>acerbichumor@gmail.com<br>907-250-3093 | Mr. King is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 19. | Jeff Petty<br>Dallas Permian LLC<br>jeff.petty@dallaspermian.com | Mr. Petty is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

| 20. | EJ Oppenheimer<br>1500 S Frisco Ave Apt. 8B,<br>Tulsa, OK 74119 | Mr. Oppenheimer is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| --- | --- | --- |
| 21. | Reed Oppenheimer<br>1500 S Frisco Ave Apt. 8B,<br>Tulsa, OK 74119 | Mr. Oppenheimer is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 22. | Clayton Woodrum<br>321 S Boston Ave Ste. 200,<br>Tulsa, OK 74103 | Mr. Woodrum is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 23. | Michael L. Rosten, CPA, CFF, CFE, CVA, MAFF<br>6100 Elton Avenue, #1000<br>Las Vegas, NV 89107 | Mr. Rosten will serve as the Defendants'/Counter-Plaintiff's expert witness, and is expected to testify regarding his review of the records, his findings and opinions, within a reasonable degree of certainty, regarding the damages, if any, sustained by Plaintiff, the damages sustained by Counter-Plaintiff, and related issues in his report produced herein; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

| 24. | Richard H. Newman, Esq.<br>Newman Law, LLC<br>7435   S. Eastern Avenue, Suite 105-431<br>Las Vegas, NV 89123 | Mr. Newman will serve as the Defendants'/Counter-Plaintiff's expert witness, and is expected to testify regarding his review of the records, his findings and opinions, within a reasonable degree of certainty, regarding intellectual property, including, but not limited to trade dress, unfair competition law, and copyright, and related issues in his report produced herein; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
|-----|---------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 25. | Michel ("Shel") Jones<br>c/o JONES, GOTCHER & BOGAN, P.C.<br>15 East Fifth St.<br>Tulsa, OK 74103 | Mr. Jones is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

The Defendants/Counter-Plaintiff also reserve the right to call those witnesses listed by any other party.

## II.   LIST WITNESSES TO BE SUBPOENAED

1. GWACS Armory, LLC, Rule 30(b)(6) Designee

2. GWACS Defense Incorporated, Rule 30(b)(6) Designee

3. Jud Gudgel

4. Russell Anderson

5. Alisha Swindle

6. Tim McBride

7. Brad Pace

8. Karl Kasarda

9.    Ian McCollum

10.   Oleg Volk

11.   Joe Elledge

12.   EJ Oppenheimer

13.   Reed Oppenheimer

14.   Clayton Woodrum

15.   Michel "Shel" Jones

Defendants/Counter-Plaintiff reserve the right to call witnesses listed by any other party.

## III.   **WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY MEANS OF A DEPOSITION**

Defendants/Counter-Plaintiff do not anticipate presenting any testimony for this case by deposition, but reserves the right to present such testimony, if the need arises or if a witness becomes unavailable, and to rebut any testimony that may be presented by other parties to this case.

## IV.   **WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY DEPOSITION AS DEEMED NECESSARY FOR IMPEACHMENT AND/OR REBUTTAL PURPOSES**

1.    GWACS Armory, LLC, Rule 30(b)(6) Designee

2.    GWACS Defense Incorporated, Rule 30(b)(6) Designee

3.    Jud Gudgel

4.    Russell Anderson

5.    Reed Oppenheimer

6.    Clayton Woodrum

7.      Michel "Shel" Jones

Defendants/Counter-Plaintiff reserve the right to impeach and/or rebut other witnesses and testimony presented at the time of trial.

**V.      LIST OF DOCUMENTS THAT DEFENDANTS/COUNTER-PLAINTIFF EXPECT TO USE AT TRIAL**

| | Document Description | Bates Nos. |
|---|---|---|
| 1. | Asset Purchase Agreement between Sinistral Shooting Technologies, LLC and Calvary Arms Corporation and Shawn M. Nealon, dated March 22, 2013 | KEA000001-29 |
| 2. | Asset Purchase and Sales Agreement between Sinistral Shooting Technologies, LLC and GWACS Armory, LLC, dated November 22, 2011. | KEA000030-40 |
| 3. | Mutual Nondisclosure Agreement between GWACs and Kearms, dated June 2, 2015 | KEA000041-43 |
| 4. | Mutual Nondisclosure Agreement between GWACS Armory, LLC and Brownells, Inc., dated May 31, 2013 | KEA000044-46 |
| 5. | Mutual Nondisclosure Agreement between GWACs Defense, GWACs Armory and Brownells, dated January 24, 2016 | KEA000047-49 |
| 6. | KE Arms Invoices | KEA000050-54 |
| 7. | Invoices and FFA Information | KEA000057-66 |
| 8. | Demand Letter to KEA | KEA000067-68 |

| 9.  | Phagan Emails 2011 | KEA000087-KEA000136 |
|-----|-----|-----|
| 10. | Phagan Emails 2015 | KEA000215-KEA000216 |
| 11. | Phagan Emails 2016 | KEA000217-KEA000223 |
| 12. | Oklahoma Secretary of State Filings for GWACS Armory, LLC and Certified Copy Certificate, dated March, 9, 2011 | KEA000227-KEA000239 |
| 13. | Email from Paul Levy to Russell Phagan re Product Photography, dated March 3, 2021 | KEA000349 |
| 14. | Emails GWACS | KEA000369-KEA000467 |
| 15. | Emails InRange | KEA000468-KEA000563 |
| 16. | Email from Russell Phagan to Paul Levy re Drop box Link for Photos for Recoil, dated January 20, 2020 | KEA000566 |
| 17. | Email from Russell Phagan to Paul Levy re GI Parts kit, dated June 3, 2020 | KEA000573-KEA000574 |
| 18. | Email from Russell Phagan to Paul Levy, Roy Hill and InRange Tv re MP3/WWSD Release Date, dated February 12, 2020 | KEA000591 |
| 19. | Email from Russell Phagan to Paul Levy re PDQ levers/WWSD/KP-15, dated April 30, 2020) | KEA000595 |
| 20. | Email from Russell Phagan to Paul Levy re Polyner Receiver Model Update, dated April 16, 2020 () | KEA000596 |
| 21. | Email from Russell Phagan to Paul Levy re Photo-01, dated January 16, 2020 ( | KEA000598) |
| 22. | Email from Russell Phagan to Paul Levy re Cease and Desist, dated April 21, 2020 | KEA000620-KEA000621 |

| 23. | Email from Russell Phagan to Paul Levy re KE Arms Lower Compatible Parts, dated August 3, 2020 | KEA000626 |
|---|---|---|
| 24 | Email from Russell Phagan to Paul Levy re KP-15/WWSD Update, dated October 21, 2020 | KEA000630-KEA000631 |
| 25. | Email from Russell Phagan to Jaqueline Grier and Paul Levy re MK3/WWSD Orders, dated January 3, 2020 | KEA000633-KEA000635 |
| 26. | Email from Russell Phagan to Paul Levy re Pre-Orders on WWSD2020, dated January 27, 2020 | KEA000640 |
| 27. | Email from Russell Phagan to Adam Galbrath, Paul Levy; Ian M, Grp Brownells Retail Mgmt re Shot Show Transfers of WWSD Rifle, dated January 20, 2020 | KEA000645-KEA000649 |
| 28. | Email from Russell Phagan to Paul Levy re WWSD at NRAAM, dated February 12, 2020 | KEA000661 |
| 29. | Email from Russell Phagan to Paul Levy re WWSD First Batch, dated March 2, 2020 | KEA000662 |
| 30. | Email from Russell Phagan to Paul Levy re WWSD for IWA, dated January 11, 2020 | KEA000664-KEA000665 |
| 31. | Email from Russell Phagan to Paul Levy re WWSD Page Update, dated December 14, 2020 | KEA000668-KEA000669 |
| 32. | Email from Russell Phagan to Paul Levy re WWSD Show Rifle Invoice Tracking, dated January 17, 2020 | KEA000685 |
| 33. | Email from Russell Phagan to Paul Levy re MC3 Wireframe, dated November 17, 2019 | KEA000693-KEA000698 |
| 34. | Email from Russell Phagan to Paul Levy re GWACS listing/Polymer Receivers, dated August 15, 2019 | KEA000699 |
| 35. | Email from Russell Phagan to Paul Levy re MK3/WWSd Media Press, dated October 8, 2019 | KEA000701 |

| 36. | Email from Russell Phagan to Paul Levy, Roy Hill re Not For Distribution-MK3 Design in Process, dated October 9, 2019 | KEA000702-KEA000703 |
|---|---|---|
| 37. | Email from Russell Phagan to Jaquelyn Grier, Paul Levy re PO 09585734, dated September 30, 2019 | KEA000704 |
| 38. | Email from Russell Phagan to Paul Levy re Polymer Reciever Submission, dated September 10, 2019 | KEA000705 |
| 39. | Email from Russell Phagan to Paul Levy, Roy Hill re Recoil Ad due 12-2-2019, dated November 22, 2019 | KEA000710 |
| 40. | Email from Russell Phagan to Paul Levy, Jen McCollum, Karl Kasarda re Brownell's Lower Update, dated September 11, 2018 | KEA000721-KEA000723 |
| 41. | Email from Russell Phagan to Paul Levy re Brownell's WWSD, dated September 18, 2019 | KEA000724-KEA000725 |
| 42. | Email from Russell Phagan to Paul Levy re Brownell's, dated November 27, 2019 | KEA000729-KEA000731 |
| 43. | Email from Russell Phagan to Paul Levy, Karl Kasarda re Shot WWSD Release, dated November 15, 2019 | KEA000748-KEA000750 |
| 44. | KE Arms Manual | KEA000927-KEA000950 |
| 45. | Application for Alternate Means Identification | Highly Confidential - KEA001169-KEA001172 |
| 46. | KP-15 – Prints | KEA001257-KEA001303 |
| 47. | Cavalry Arms Article re Guns and Weapons for Law Enforcement, DATED February 12, 2004 | KEA001750-KEA001756 |
| 48. | SWAT Magazine, dated October 1, 2004 ( | KEA001757.001-KEA001757.100 |

| 49. | AR15.com Forum re My Ultra Lite Build, dated September 13, 2010 | KEA001758-KEA001786 |
|-----|-----|-----|
| 50. | Jerking the Trigger Article re News from GWACS Armory, dated January 31, 2013 | KEA001787-KEA001793 |
| 51. | Jerking the Trigger Article re Assembling a CAV-15 MKII Lower Receiver, dated February 19, 2013 | KEA001794-KEA001797 |
| 52. | Jerking the Trigger Article re Review: Echo Nine Three CAV-15 MKII Modification Package, dated March 25, 2013 | KEA001798-KEA001803 |
| 53. | TheTruthAboutGuns Article re Coming Soon: 3D Printable AR-15 Lower with P-90 Style Stock, dated May 21, 2013 | KEA001804-KEA001805 |
| 54. | Guns.com Article re Meet the Charon Family of 3D-Printable AR Lowers, dated June 3, 2013 | KEA001806-KEA001813 |
| 55. | TheFirearmsBlog Article re American Tactical's $50 OMNI Hybrid AR-15 Lower, dated November 4, 2013 | KEA001821-KEA001832 |
| 56. | TheFirearmsBlog Article re Gun Review: ATI Omni Gen2 Hybrid Polymer AR15 Lower, dated December 19, 2013 | KEA001833-KEA001848 |
| 57. | WeaponsMan Article re The Latest in 3D Printed Gun Developments, dated October 13, 2014 | KEA001849-KEA001866 |
| 58. | Jerking the Trigger Article re KE Arms and GWACS Armory Lightweight Collaboration Rifle, dated May 15, 2015 | KEA001867-KEA001869 |
| 59. | Jerking the Trigger Article re GWACS Armory and KE Arms – Flying Too Close to the Sun, dated July 7, 2015 | KEA001870-KEA001873 |
| 60. | SinistralRifleman Article re Training and Manufacturing Resources Coming Together, dated July 22, 2015 | KEA001874-KEA001879 |
| 61. | Jerking the Trigger Article re Echno Nine Three GWACS Armory CAV-15 MKII Sling Mount Modification, dated April 11, 2016 | KEA001880-KEA001882 |

| 62. | Echo Nine Three Facebook Article Link to Guns & Ammo Article re AR-15 Bantamweight, dated May 20, 2016 | KEA001883-KEA001889 |
|---|---|---|
| 63. | GunStreamer Article re CAV-15 MKII Lower Parts Kit Installation, dated May 29, 2018 | KEA001890-KEA001906 |
| 64. | AR15.com Forum re 3D Printed AR15 made from Nylon, dated August 30, 2018 | KEA001907-KEA001926 |
| 65. | Jerking the Trigger Article re KE Arms Trigger/Hammer Pins for CAV-15 MKII Receivers, dated November 19, 2018 | KEA001927-KEA001930 |
| 66. | SinistralRifleman Article re Colt Monolithic Polymer Lower from the Vietnam Era, dated December 12, 2019 | KEA001931-KEA001935 |
| 67. | Jeff's Toy Box Article re We're not the Avengers, but we can still Assemble, dated December 31, 2019 | KEA001936-KEA001966 |
| 68. | GWACS Armory Webpage re Law Enforcement / Military Contact Form, dated October 29, 2021 | KEA001994-KEA001995 |
| 69. | American Tactical Article re Omni Hybrid Overview, dated November 15, 2021 | KEA002000-KEA002003 |
| 70. | CTRL+Pew Webpage re File Drop: U-Bolt Vanguard 3D Printable AR15 Lower Receiver, dated November 15, 2021 | KEA002004-KEA002013 |
| 71. | PK Firearms Webpage re Mag Tactical Systems Gen 4 Stripped Lower Receiver, dated November 15, 2021 | KEA002017-KEA002021 |
| 72. | Agreement of Sale between Calvary Arms Corp and Cavalry Manufacturing, LLC, dated June 18, 2010 | KEA002022-KEA002043 |
| 73. | Letter from Nealon to GWACS re Equipment for the CAV-15, dated February 14, 2012 | KEA002044 |
| 74. | Email from Russell Phagan to S. Jones re Inquire about Calvary Arms for Sale, dated September 27, 2011 | KEA002072-KEA002073 with attachments KEA002050-KEA002071 |

| 75. | Email from Russell Phagan to Shel G. Jones re Take Down Pics, dated January 13, 2012 | KEA002078 |
| 76. | Email from Russell Phagan to Shel G. Jones re Cav-15 MKI Cores and Cavaties, dated September 21, 2012 | KEA002079 |
| 77. | Email from Russell Phagan to Shel G. Jones re Doomsday plan, dated December 18, 2012 | KEA002080 |
| 78. | Email from Russell Phagan to Engineering, Shel G. Jones re CAV-15 enhancements, dated January 27, 2013 | KEA002081 |
| 79. | Email from Russell Phagan to Shel G. Jones re Brownells, dated February 27, 2013 | KEA002082 |
| 80. | Email from Russell Phagan to Shel G. Jones re Extreme Duty Pins | KEA008083) |
| 81. | Email From Shel G. Jones to Russell Phagan, Scott Merrill re Falcon F93 Stock, dated March 27, 2013 | KEA002084 |
| 82. | Email from Russell Phagan to Shel G. Jones re Magpul, dated March 27, 2013 | KEA002085 |
| 83. | Email from Russell Phagan to Shel G. Jones re GWACS Armory Dealer Agreement/Pricing, dated march 27, 2013 | KEA002088-KEA002090 |
| 84. | Email from Russell Phagan to Shel G. Jones re CAV-15 Owner's Manual/MKI Cores and Cavaties, dated April 2, 2013 | KEA002091-KEA002098 |
| 85. | Email from Shel G. Jones to Russell Phagan re Flier for Dealers/Owner's Manual/MKI Cases, dated April 11, 2013 | KEA002099-KEA002100 |
| 86. | Email from Russell Phagan to Shel G. Jones re Latest Drawings, dated May 3, 2013 | KEA002101-KEA002106 |
| 87. | Email from Russell Phagan to Shel G. Jones re SLIC Pin Price Quote/Misc, dated June 20, 2013 | KEA002108 |

| 88. | Email from Russell Phagan to Shel G. Jones re They're Learning, dated November 5, 2013 | KEA002110 |
|---|---|---|
| 89. | Email from Shel Jones to Russell Phagan re New Polymer receivers, dated February 18, 2015 | KEA002111 |
| 90. | Moldworx Development Invoices dated between January 7, 2020 through September 30, 2020 | KEA002154-KEA002159 |
| 91. | Sperry Design Services Development Invoice, dated May 14, 2021 | KEA002162 |
| 92. | Photo | KEA002383 |
| 93. | Cav-15 Receivers | KEA002402 |
| 94. | Photos | KEA002409-KEA002415 |
| 95. | Photos | KEA002416-KEA002441 |
| 96. | ArmaLite.Inc | KEA002585-KEA002589 |
| 97. | Photos | KEA002695-KEA002697 |
| 98. | GWACS Armory Facebook Posts dated between May 4, 2012 through January 17, 2019 | KEA002852-KEA002891 |
| 99. | Cavalry Arms AR-15.com Forum Threads | KEA002988-KEA003012 |
| 100. | Brownell's New Submission Form | KEA000389-KEA000395 |
| 101. | Email from Russell Phagan to Shel G. Jones re Sales Agreement, dated February 25, 2013 | Armory-0002 |
| 102. | Email from Paul Levy to Shel Jones, dated September 10, 2018 | Armory-0004-Armory-0005 |

| 103. | Brownell's Projected Orders | Armory-0110 |
|---|---|---|
| 104. | Brownell's Inc. Instagram Post | Armory-0117 |
| 105. | Letter from Shawn Nealon to KE Arms, dated February 25, 2016 | Armory-0118 |
| 106. | CAV-15 Polymer Lower Receivers Post, dated April 6, 2012 | Armory-0120 |
| 107. | Cavalry Arms CAV-15 Polymer AR-15 mold and IP for Sale- The Fire arm Blog, dated September 21, 2011 | Armory-0130-Armory-0139 |
| 108. | Social Media Post | Armory-0141 |
| 109. | Email from Paul Levy to Shel G. Jones, dated September 10, 2018 | Armory-142-Armory-143 |
| 110. | GWACS Armory website | Armory-0161-Armory-0162 |
| 111. | Jerking the Trigger Article, it Lives! KE Arms to Produce MK3 Polymer Receiver, dated November 22, 2019 | Armory-0163-Armory-0168 |
| 112. | Email from Russell Phagan to Shel Jones re Dropbox link, dated June 29, 2016 | Armory-0169 |
| 113. | Recoil website | Armory-0172-Armory-0177 |
| 114. | KE Arms LLC – AR-15 Stripped Lower Receivers Polymer | Armory-0179-Armory-0181 |
| 115. | KE Arms KP-15 Polymer Stripped AR15 Lower Receiver – Black Integral Buttstock & Pistol Grip | Armory-0191-Armory-0193 |
| 116. | GWACS Armory, LLC – Non-Exclusive Independent Contractor Sales Representative Agreement, dated February 20, 2013 | Armory-0194-Armory-0195 |

| 117. | Messages from 2018 | Armory-0196-Armory-0201 |
|---|---|---|
| 118. | Email from Shel G. Jones to Judson M. Gudgel re Sale Rep Proposal, dated February 8, 2013 | Armory-202-Armory-204 |
| 119. | Mutual Disclosure Agreement, dated October 6, 2011 | Armory-0207-Armory-0209 |
| 120. | Invoice #108305, Dated November 3, 2016 | Armory-0210 |
| 121. | Email from Shel G. Jones to Russell Phagan, Jud Grungel, Scott Merrill re Various request, dated May 23, 2018 | Armory-0211-Armory-0212 |
| 122. | Postcard to GWACS Armory LLC | Armory-0216 |
| 123. | Email from Shel G. Jones to Russell Phagan, Jud Gudgel, Scott Merrill, dated May 23, 2018 | Armory-0233-Armory-0249 |
| 124. | Email from Paul Levy to Shel G. Jones re Brownell's Lower Update, dated September 27, 2018 | Armory-0250-Armory-0262 |
| 125. | KE Arms website re KP-15 Polymer Receiver | Armory-0307-Armory-0309 |
| 126. | TheKTOG.org – Light weight AR…KP-15 | Armory-0361-Armory-0392 |
| 127. | KP-15 vs CAV-15 Investigation, dated December 224, 2021 | BOWLES000012-BOWLES000032 |
| 128. | Branson Invoice, dated December 27, 2013 | BRANSON000034-BRANSON000035 |
| 129. | Branson Invoice, dated January 22, 2021 | BRANSON000036-BRANSON000041 |
| 130. | Emerson Invoice, dated October 22, 2020 | BRANSON000042 |
| 131. | Startup Support and Basic Operation Training | BRANSON000018-BRANSON000022 |

18

| | | |
|---|---|---|
| 132. | Product datasheet | MDI0000159-MDI0000160 |
| 133. | Email from Russell Phagan to Jeffrey Mow, Jovan Beltran re Follow up, dated May 14, 2021 | MDI0000163 |
| 134. | Email From Jeremy Deadman to Ray Scherer, Tom Star re MK3 Assembly for Moldflow, dated November 27, 2019 | MDI0000171 |
| 135. | Email From Eric Tech to Ray Scherer, Jack Cheng re Quotation of PNM115037 – Hifill PA6 LGF30 2000 12MM, dated March 12, 2020 | MDI0000191 |
| 136. | Email From Russell Phagan to Ray Scherer re Meeting Links, dated December 4, 2019 | MDI0000204 |
| 137. | Email from Ashton Jantz to Ray Scherer re MK# Program, dated February 4, 2020 | MDI0000214-MDI0000221 |
| 138. | Email From Jovan Beltran to Randy Sperry, Russell Phagan, Hayden Mciver, Ray Scherer, Jeff Mow re MK3 Serial Insert, dated March 18, 2020 () | MDI0000228-MDI0000231 |
| 139 | Drawings and Emails | SPERRY0001-SPERRY0067 |
| 140. | MK5 Patent (Ex 21 - Gudgel) | |
| 141. | Wayback Machine (Ex 25 – Jones) | |
| 142. | Brownell's Summer Catalog 2019-AR-15 CAV-15 Polymer Lower Receiver (Ex 28 – Jones) | |
| 143. | September 2011 Post (Ex 40 – Nealon) | |
| 144. | November 2019 Sinistral Rifleman (Ex 70 – Phagan) | |
| 145. | MKII Bisection Photos (Ex 150) | |

| | | |
|---|---|---|
| 146. | Buttplates Photos (Ex 151) | |
| 147. | CAV-15 Buttstock Rib Dimensions (Ex 181 – Sperry) | |
| 148. | KP-15 Buttstock Rib Dimensions (Ex 182 – Sperry) | |
| 149. | Email String (Ex 190 – Sperry) | |
| 150. | CAV-15 and KP-15 Dimensions (Ex 191 – Sperry) | |
| 151. | Parts list (Ex 192 – Sperry) | |
| 152. | Email with Screenshot (Ex 201 – Beltran) | |
| 153. | Declaration of Jud Gudgel in Support of Plaintiff's Response to Defendants' Motion for Summary Judgment, dated August 8, 2022 | |
| 154. | Facebook Messages | KEA003040-KEA003046 |
| 155. | KE Arms Sales by Item Summary | Highly Confidential – KEA003047-KEA003094 |
| 156. | Joe Elledge Facebook Post | KEA003095-KEA003097 |
| 157. | Various Emails dated from January 15, 2013 through October 3, 2022 | KEA003098-KEA003160 |
| 158. | GWACS Statement Regarding Litigation with KE Arms LLC | KEA003161 |
| 159. | Asset Purchase Agreement between Cavalry Manufacturing LLC and KE Arms, LLC | KEA003162-KEA003164 |
| 160. | 2012 ATF Report | KEA003165-KEA003233 |

| | | |
|---|---|---|
| 161. | 2013 ATF Report | KEA003234-KEA003315 |
| 162. | 2014 ATF Report | KEA0003316-KEA003407 |
| 163. | 2015 ATF Report | KEA003408-KEA003506 |
| 164. | 2016 ATF Report | KEA003507-KEA003610 |
| 165. | 2017 ATF Report | KEA003611-KEA003721 |
| 166. | 2018 ATF Report | KEA003722-KEA003850 |
| 167. | 2019 ATF Report | KEA003851-KEA003986 |
| 168. | 2020 ATF Report | KEA003987 |
| 169. | 2020 Report | KEA003988-KEA004013 |
| 170. | YouTube Video re GWACS CAV-15 MKII It's Back | Native File – KEA004014) |
| 171. | GWACS Armory website (Ex 54 to Russell Phagan Declaration) | |
| 172. | Various Photos (Ex 66 to Russell Phagan Declaration) | |
| 173. | Supplemental Declaration of Russell Phagan in Support of Defendants' Motions for Summary Judgment Briefing (DKT 117-120, 159-162) – Docket No. 179 | |
| 174. | Plaintiff's Response and Objections to Defendants' Motion for Spoilation Sanctions – Docket No. 182 | |
| 175. | Declaration of Alexander Calaway in Support of Defendants' Motions for (A) Leave to Supplement their Dispositive | |

| | Motion Briefing (DKT 117-120, 159-162) with Evidence Withheld by Plaintiff in Discovery; and (B) Spoilation Sanctions – Docket No. 178 | |

Defendants/Counter-Plaintiff reserve the right to amend, supplement, or add to this list of documents, any documents, other exhibits or demonstrative evidence which may be relevant to the issues of this case. Defendants/Counter-Plaintiff reserve the right to use those documents identified by any other party.

Dated this 21st day of February, 2023.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

_/s/ Robert P. Fitz-Patrick_
Robert P. Fitz-Patrick, OBA #14713
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email:  rfitzpatrick@hallestill.com

**ATTORNEYS FOR DEFENDANTS**

**-AND-**

22

**MARQUIS AURBACH**

/s/ *Brian R. Hardy, Esq.*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Drive
Las Vegas, Nevada 89145
702-382-0711
bhardy@maclaw.com
acalaway@maclaw.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 21st  day of February, 2023. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

James E. Weger, Esq.
Tadd J.P. Bogan, Esq.
JONES, GOTCHER & BOGAN, P.C.
15 East Fifth St, Suite 3800
Tulsa, OK 74103
ATTORNEYS FOR THE PLAINTIFF AND
THIRD- PARTY DEFENDANTS

*/s/ M. Monkarsh*