IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GWACS ARMORY, LLC**, an Oklahoma limited liability company, | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) | Case No. 20-CV-0341-CVE-SH
| | ) | <u>**BASE FILE**</u>
| **KE ARMS, LLC** | ) | **Consolidated with:**
| **RUSSEL PHAGAN, SINISTRAL SHOOTING** | ) | **Case No. 21-CV-0107-CVE-SH**
| **TECHNOLOGIES, LLC** | ) |
| **BROWNELLS, INC.** and | ) |
| **SHAWN NEALON,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| and | ) |
| | ) |
| **KE ARMS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **GWACS ARMORY, LLC, GWACS** | ) |
| **DEFENSE INCORPORATED,** | ) |
| **JUD GUDGEL, RUSSEL ANDERSON,** | ) |
| **DOES I through X, and ROE** | ) |
| **CORPORATIONS I through X,** | ) |
| | ) |
| **Defendants.** | ) |

<u>**PLAINTIFF'S AND COUNTERCLAIM DEFENDANT'S PRETRIAL DISCLOSUES**</u>

**COMES NOW**, Plaintiff and Counterclaim Defendant, GWACS Armory, LLC ("Armory"), by and through its attorneys of record, and pursuant to FRCP 26(a)(3), submits its pre-trial disclosure of witnesses and exhibits.

I. **LIST OF WITNESSES ARMORY EXPECTS TO PRESENT AT TRIAL:**

|   | Name and Address | Subject of Discoverable Information |
|---|---|---|
| 1. | Jud Gudgel<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Gudgel is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 2. | Shel Jones<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Jones is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 3. | Scott Merrill<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Merrill is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 4. | Russell Anderson<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Anderson is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 6. | Brian Haygood, P.E.<br>System Engineering and Laboratories<br>12785 State Highway 64 East<br>Tyler, TX 75707 | Mr. Haygood will serve as the Plaintiff's expert witness, and is expected to testify regarding his review of the records, his findings and opinions, within a reasonable degree of certainty, regarding the damages, if any, sustained by Defendants, and related issues in his report produced herein; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

| | | |
|---|---|---|
| 7. | KE Arms, LLC, Rule 30(b)(6) Designee<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | KE Arms, LLC is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages it claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 8. | Brownells, Inc., Rule 30(b)(6) Designee<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Brownells, Inc. is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages it claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 9. | Russell Phagan<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Phagan is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 10. | Shawn Nealon<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Nealon is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 11. | Karl Kasarda<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Kasarda is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 14. | Iain Harrison<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Harrison is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this |

| | | |
|---|---|---|
| | | action which may be elicited by counsel at trial. |
| 15. | Jovan Beltran<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Beltran is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 16. | Mike Kenny<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Kenny is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 17. | Paul Levy<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Levy is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 18. | Randy Sperry<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Sperry is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

Armory reserves the right to call witnesses listed by any other party.

**II.    LIST OF WITNESSES TO BE SUBPOENAED:**

1. Michael Kenney

2. Paul Levy

3. KE Arms, LLC 30(b)(6) Designee

4. Brownells, Inc. 30(b)(6) Designee

**5.** Karl Kasarda

6. Iain Harrison

7. Jovan Beltran

8. Paul Levy

9. Randy Sperry

**III.   WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY DEPOSITION:**

1. Karl Kasarda

2. Randy Sperry

3. Jovan Beltran

4. Iian Harrison

5. Michael Kenney

**IV.   WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY DEPOSITION AS DEEMED NECESSARY FOR IMPEACHMENT AND/OR REBUTTAL:**

1. Karl Kasarda

2. Randy Sperry

3. Jovan Beltran

4. Iian Harrison

5. Michael Kenney

6. Russell Phagan

7. Shawn Nealon

**V.   LIST OF DOCUMENTS ARMORY EXPECTS TO USE AT TRIAL:**

| No. | Document Description | Bates No. |
|---|---|---|
| **40.** | Online Post 9/16/11 CAV-15 for Sale | Depo Ex. 40 |
| **210.** | Cavalry Arms CAV-15 Mold & IP for Sale 9/21/11 | Armory 130-139 |
| **7. & 133.** | Email Jones/Phagan & Sales Packet 9/27/11 | KEA 2050-2073 |
| **211.** | Email Jones/Phagan 9/28/11 | Armory 6-11 |

5

| 5. | Asset Purchase Agreement between Sinistral Shooting Technologies & Calvary Arms Corp, dated 5/3/2010 | KEA 90-92 |
|---|---|---|
| 46. | LOI to SST & Emails 10/4/11 | KEA 96-100 |
| 44. | SST NDA dated 10/6/11 | Armory 207-209 |
| 52. | Emails Phagan/Jones 10/18/11-10/24/11 | KEA 120-122 |
| 42. | Emails Phagan/Jones 10/31/11-11/19/11 | KEA 155-157 |
| 6. | Asset Purchase and Sales Agreement dated 11/22/11 | KEA 178-186 & 39-40 |
| 50. | Email Phagan to Jones Customer List 1/9/12 | KEA 204-205 |
| 53. | Email Phagan to Jones FedEx Packages 1/11/12 | KEA 206-208 |
| 134. | Email Phagan to Jones Take Down Pins 1/13/12 | KEA 2078 |
| 135. | Letter from Nealon to Armory 2/14/12 | KEA 2044 |
| 45. | SST Post Re: sale of CAV-15 4/6/12 | Armory 120-129 |
| 248. | Truth About Guns Article CAV-15 Returns dated 4/8/12 | Armory 296-297 (No depo ex. #) |
| 137. | Email Phagan to Jones 12/18/12 | KEA 2080 |
| 138. | Email Phagan to Armory 1/27/13 | KEA 2081 |
| 139. | Email Phagan to Jones 2/27/13 | KEA 2082 |
| 47. | Email Phagan to Jones 2/8/13 | Armory 202-204 |
| 48. | Phagan Resume 2013 | Armory 205-206 |
| 49. | Email Phagan to Jones 2/25/13 Sales Rep & NDA | Armory 2 |
| 26. | Phagan Sales Rep Agreement 2/25/13 | Depo Ex. 26 |
| 27. | SST NDA 5/9/13 | Depo Ex. 27 |
| 142. | Email Phagan to Jones 3/27/13 | KEA 2085 |
| 146. | Emails Phagan/Jones 5/9/13 | KEA 2101-2106 |
| 8. | Brownells NDA 5/31/13 | KEA 44-46 |
| 29. | Cavalry Manufacturing, LLC Website Post 2013 | Armory 119 |
| 30. | Cavalry Manufacturing, LLC Website Post 2014 | Armory 140 |
| 56. | Email Phagan to Jones 6/2/15 Re: KEA NDA | Armory 243 |
| 212. | KEA NDA 6/2/15 | KEA 41-43 |
| 23. | Armory June 2021 Investment Executive Summary | Armory 234-242 |
| 233. | Email Jones to Phagan 6/2/15 Re: Invest. Opp. | Armory 432-436 (no depo ex) |
| 10. | Email Phagan to Jones 6/1/16 Re: Proposal | KEA 220-222 |
| 234. | Email Phagan/Jones 6/2/15 Re: Suarez Group | Armory 411 (no depo ex) |
| 33. | Emails Phagan/Jones 6/17/15 Re: Mold cad | KEA 215 |
| 235. | Emails Phagan/Jones 6/23-6/24/15 Re: Lower Trade | Armory 441-442 (no depo ex. #) |
| 55. | Email Phagan to Jones 6/29/16 CAV-15 zip | Armory 169 |
| 11. | Brownells NDA 1/24/16 | KEA 47-49 |
| 12. | Email Jones to Levy Re: NDA 2/2/17 | KEA 461-464 |
| 236. | Emails Jones/Levy Re: Armory Next Gen. 11/13/17- 4/9/18 | Armory 488-497 (no depo ex.) |
| 153. | Emails Levy/InRangeTV 4/9/18 -4/10/18 | KEA 492-493 |
| 237. | Emails Jones/InRange 4/12/-4/13/18 Re: NDA | Armory 429-430 (no depo ex. #) |

| | | |
|---|---|---|
| 155. | Emails Levy/InRangeTV 4/13/18 | KEA 532 |
| 156. | Emails Jones/Levy 4/18/18 – 4/19/18 | Armory 261-262 |
| 238. | Email Jones to Levy RE: Investment Opp. 4/19/18 | Armory 310 (no depo Ex.) |
| 24. | Armory April 2018 Financing Executive Summary | Armory 144-160 |
| 158. | Email Brownells WWSD Variance 4/20/18 | KEA 411 |
| 88. | Email Levy/InRangeTV 4/20/18 Brownells Variance | KEA 488 |
| 159. | Emails Levy/Jones GWACS Armory CAV 15 4/20/18 | Armory 258-260 |
| 160. | Emails Jones/Levy/Faxon 4/20/18-4/23/18 | Armory 255-257 |
| 239. | Email ones to Karl K./InRange dated 5/2/18 Re: NDA | Armory 424 |
| 240. | Email Levy to Jones New Prod. Sub. 5/17/18 | Armory 543 (no depo ex.) |
| 161. | Brownells Projected CAV-15 Orders 5/17/18 | Armory 110/413 |
| 46. & 90. | Emails Levy/InRangeTV/Gudgel 6/5/18 | KEA 378 |
| 63. | Text Messages b/w Phagan and Jones | Depo Ex. 63 Armory 311-333 |
| 241. | Email Jones to Levy Re: Update 6/28/18 – 9/11/18 | Armory 546-552 |
| 58. | Emails Levy/InRangeTV 9/6/18-9/10/18 | KEA 560-561 |
| 59. | Email Levy to Jones Receiver Update 9/10/18 | Armory 4-5 |
| 60. | Emails Gudgel/Levy & Levy/Phagan 9/11/18 | KEA 440-441 |
| 61. | Emails Levy/Jones & Levy/KEA&InRange 9/11/18 | KEA 482-483 |
| 62. | Emails Levy/Phagan & InRange 9/11/18 | KEA 721-723 |
| 163. | Emails Levy/Gudgel 9/27/18 | KEA 448-451 & 456-460 |
| 14. | Emails Levy/Gudgel 10/5/18-10/29/18 | KEA 402-403 |
| 164. | Emails Levy/Gudgel 10/29/18-11/5/18 Timeline & Ins. | Armory 252 |
| 15. | Emails Levy/Jones/Gudgel 9/10/18-10/1/18 | KEA 396-397 |
| 242. | Brownells P.O. #09509744 11/16/18 | Armory 556-558 (no depo ex. #) |
| 64. | Armory Product Submission to Brownells | KEA 389-395 |
| 28. | Brownells Catalog CAV-15 MKII & MKIII | Depo Ex. 28 |
| 65. | Email Phagan to Levy Re: GWAC Listing 8/15/19 | KEA 699-700 |
| 66. | Email Phagan to Levy WWSD 2020 8/27/19 | KEA 885 |
| 67. | Email Phagan to Levy Re: MK Submission 9/10/19 | KEA 705-709 |
| 68. | Email Phagan to Levy Re: Brownells WWSD 9/18/19 | KEA 724-725 |
| 165. | Email Phagan to Levy Re: PO 09585734 9/30/19 | KEA 704 |
| 166. & 91 | Email Phagan to Levy/InRangeWWSDMedia/Press 10/8/19 | KEA 701 |
| 69. | Email Phagan to Levy Re: Dist. Mk3 Design 10/9/19 | KEA 702-703 |
| 167. | Emails Phagan/Levy Re: Shot Show 10/28/19-11/15/19 | KEA 748-750 |
| 70. | SST Post The KE Arms Poly. Rec. 11/22/19 | Depo Ex. 70 |
| 71. | Jerking the Trigger Article, It Lives… 11/22/19 | Armory 163-168 |
| 72. | Email Phagan to Levy RECOIL ad 11/22/19 | KEA 710-718 |
| 35. | RECOIL article KE Arms Ann. Mk3 11/22/19 | Armory 172-177 |
| 73. | Email Phagan to Levy MK3 Wireframe 11/27/19 | KEA 693-698 |

| | | |
|---|---|---|
| **74.** | Emails Phagan/Levy 11/27/19 | KEA 729-730 |
| **207.** | Email Phagan to Ray Scherer Re: Meeting Links 12/4/19 | MDI 204 |
| **76. & 187.** | Branson Invoices 12/27/19 | KEA 53-54 |
| **77.** | Email Phagan to Levy/Brownells 1/3/20710 | KEA 633-635 |
| **169.** | Emails Levy/Phagan Re: WWSD for IWA 1/11/20 | KEA 664 |
| **168.** | Email Phagan to Levy Re: PROTO-01 1/16/20 | KEA 598 |
| **170.** | Email Brownells/Levy/Phagan Shot Show 1/20/20 | KEA 645-649 |
| **79.** | Email Phagan to Levy Drop Box Link for Photos 1/20/20 | KEA 566 |
| **203. & 171.** | Email Levy to Phagan Pre-Orders 1/27/20 | KEA 640 |
| **31.** | Brownells website KP-15 WWSD 2020 | Armory 182 |
| **32.** | Brownells website KP-15 WWSD 2020 | Armory 183-184 |
| **33.** | Brownells website KP-15 WWSD 2020 | Armory 185 |
| **37.** | 2nd Amendment Wholesale Website 11/13/20 | Armory 191-193 |
| **75.** | InRange WWSD 2020 Safety & Instruction Manual | KEA 927-950 |
| **144.** | CAV-15 Owner's Manual | KEA 2091-2098 |
| **183.** | Moldworx Invoices 1/7/20 – 9/30/20 | KEA 2154-2159 |
| **202.** | Emails Scheretech MK3 Program 12/11/19 - 2/4/20 | MDI 214-221 |
| **206.** | Conventus Beyond Polymers 30% long glass | MDI 159-160 |
| **173.** | Email Phagan to Levy Re: Release Date 2/12/20 | KEA 591 |
| **213. & 199** | Emails Sperry/Beltran/Phagan Serial Insert 3/17/20 | MDI 228-231 |
| **16.** | Emails Armory to KEA Cease & Desist 4/7/20 | KEA 67-68 |
| **188.** | Emails Phagan/Taylor/Sperry/Beltran 4/3/20-4/8/20 | Branson 1-3 |
| **192.** | KP-15 CAM file data screenshot | Depo Ex. 192 |
| **80.** | Email Phagan to Levy Poly. Rec. Model Update 4/16/20 | KEA 596 |
| **81.** | Email Phagan to Levy Re: Cease & Desist 4/21/20 | KEA 620-621 |
| **174.** | Email Phagan to Levy Re: PDQ Levers KP-15 4/30/20 | KEA 595 |
| **190.** | Emails Phagan/Beltran/Pivot Point 5/20/20-5/28/20 | Depo Ex. 190 |
| **201.** | Emails Phagan to Pivot Point 5/20/21-5/21/21 | Depo Ex. 201 |
| **175.** | Email Phagan to Levy GI Parts Kit 6/3/20 | KEA 573-574 |
| **176.** | Emails Levy/Phagan Re: Comp. Parts 7/30/20-8/3/20 | KEA 626 |
| **82.** | Emails Levy/Phagan KP-15/WWSD Update 10/21/20 | KEA 630 |
| **177.** | Emails Phagan/Levy Re: WWSD Page 12/10/20-12/14/20 | KEA 668-669 |
| **178.** | Email Levy/InRange 2/4/21 & Royalty Agreement 4/12/18 | KEA 562-563 |
| **179.** | Emails Levy/Phagan Re: WWSD First Batch 3/2/21 | KEA 662 |
| **180.** | Emails Phagan/Levy Re: Product Photography 3/3/21 | KEA 349 |
| **214.** | Moldworx/Sperry Design Drawings | Sperry 4-6, 28, 31-32, & 42-45 |
| **215.** | Photos of Example Lower | Sperry 9-11 |
| **216.** | KE Arms DFM Evaluation 1-10-20 | Sperry 13-22 |

| | | |
|---|---|---|
| 217. | Emails Phagan/Sperry/Beltran MK3 1/8/20 - 1/15/20 | Sperry 23-27 |
| 218. | Emails Phagan/Sperry Re: Area | Sperry 55-60 |
| 184. | Sperry Design Services Invoice 6/9/21 & Emails | Sperry 61-64 |
| 219. | Emails Phagan/Sperry KP15 5/7/21 | Sperry 65-66 |
| 205 & 220. | MK3 Gate Style Comparison | MDI 3131 |
| 221. | Email Phagan/Sperry/Taylor 1/27/20 Wraithworks | Sperry 12 |
| 93. | 2nd Amendment Wholesale Mailer WARP-15 | Armory 216 |
| 189. | Sperry Design Services Final Release 6/9/21 | KEA 1257-1303 |
| 208. | Tool & Design Group Checks | T&DG 1-9 |
| 209. | KEA payments to TDG spreadsheet | T&DG 10 |
| 222. | Tool & Design Group Bank Statements & Checks | Zion STD 1-138 |
| 223. | RSR Group P.O.'s & Communications | RSR 2-36 |
| 224. | Emails Phagan/Pivot Point 1/17- 1/18/19 | PivotPoint 77-79 |
| 225. | Pivot Point Customer Summary 8/1/13 – 12/13/21 | PivotPoint 75 |
| 226. | Pivot Point Sales Analysis 11/13/15 – 12/13/21 | PivotPoint 110 |
| 227. | Pivot Point Purchase Orders | PivotPoint 99-102, 105, 108, 115, 125, 133, 135, & 142 |
| 228. | Brownell Invoices; Dated September 21, 2021 | KEA975-980 & 983-1086 |
| 246. | Annual Firearms Manufacturing & Expert Report for the Year 2020 Interim* | KEA1134 & KEA1157 |
| 229. | 2018-2020 Taxes | KEA1099 - KEA1107 |
| 230. | Brownells' Model/Serial No., KE Arms Manufacturing List dated December 2, 2020 | KEA603 - KEA606 |
| 231. | Joint Defense Agreement SST, Phagan, TDG & Beltran dated May 25, 2022 | |
| 232. | Documents produced by MDI | |
| 181. | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Dims | Depo Ex. 181 & 182 |
| 182. | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Dims | Depo Ex. 181 & 182 |
| 191. | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Surface Knit Line Dimensions | Depo Ex. 191 |
| 243. | Armory CAV-15 Sales Documents | Armory 264-295 (no depo ex. #) |
| 244. | Rainier Arms Purchase Order dated 12/27/12 | Armory 263 (no depo ex) |
| 245. | Email Kassard to Jones dated 2/4/15 R: Full30 Ad | Armory 431 |
| 200. | Email from Phagan to Mow, Beltran & Mike@KEArms dated 5/14/2021 | Depo Ex. 200 |
| 186. | Molded Devices Documents | Branson 18-Branson 22 |
| 194 | Declaration of Karl Kasarda in Support of Opposition to CounterDefendants' Rule 11 Motion for Sanction | Depo Ex. 194 |
| 150. | Photos of Gun Butt | |
| 204. | Email from Teoh; Subject: Quatation of PNM115037-HIFILL; dated 3/12/2020 | MDI_00191- MDI_00198 |

| | | |
|---|---|---|
| **39.** | Gofundme Page titled "Make Shawn Whole Again" | |
| **38.** | Web Archive Article: KP-15 Polymer Receiver | Aromory-0307 |
| **36.** | Purchase Page: KE Arms LLC – AR-15 KP-15 Stripped Lower Receivers Polymer | Armory-0179 |
| **34.** | Letter from Nealon to KE Arms dated 2/25/2016 | Armory-0118 |
| **124.** | Photos of gun butt | KEA002416-KEA002441 |
| **138.** | Demonstrative Exhibit CAV-15 & KP-15 Pins | |
| **139.** | Plaintiff's Expert Reports | |
| **140.** | Defendants' Expert Reports | |

Armory reserves the right to amend, supplement, or add to this list of documents, any documents, other exhibits or demonstrative evidence which may be relevant to the issues of this case. Further, Armory reserves the right to use any documents identified by any other party.

Dated February 20, 2023.

Respectfully submitted,

**JONES, GOTCHER & BOGAN, P.C.**

 s/Tadd J.P. Bogan
Tadd J.P.Bogan, OBA #20962
James E. Weger, OBA #9437
3800 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103
Telephone: (918)581-8200
Facsimile: (918)583-1189
E-Mail:  tbogan@jonesgotcher.com
              jweger@jonesgotcher.com
**Attorneys for Plaintiff, GWACS Armory, LLC**

10

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the record currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                               s/Tadd J.P. Bogan
                                                Tadd J. P. Bogan