IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWACS ARMORY, LLC, an Oklahoma limited liability company, ) ) ) Plaintiff, ) ) v. ) ) KE ARMS, LLC ) RUSSEL PHAGAN, SINISTRAL SHOOTING ) TECHNOLOGIES, LLC ) BROWNELLS, INC. and ) SHAWN NEALON, ) ) Defendants, ) ) and ) ) KE ARMS, LLC, ) ) Plaintiff, ) ) v. ) ) GWACS ARMORY, LLC, GWACS ) DEFENSE INCORPORATED, ) JUD GUDGEL, RUSSEL ANDERSON, ) DOES I through X, and ROE ) CORPORATIONS I through X, ) ) Defendants. ) | Case No. 20-CV-0341-CVE-SH **BASE FILE** Consolidated with: Case No. 21-CV-0107-CVE-SH |

## JOINT MOTION TO AMEND SCHEDULING ORDER

**COME NOW**, the remaining parties to this action, GWACS Armory, LLC ("Armory") and KE Arms, LLC ("KEA"), by and through their attorneys of record, which hereby jointly request the Court extend the deadlines contained in the Opinion and Order [Dkt. #191] and Amended Scheduling Order [Dkt. #169] as follows:

1. On February 23, 2023 the Court entered an Opinion and Order [Dkt. #191], striking and resetting the pre-trial conference and jury trial scheduled for 3/1/2023 and 3/20/2023 and rescheduling the same for 4/5/2023 and 4/17/2023 respectively and scheduling a settlement conference for 3/3/2023.

2. Counsel for the parties have discussed the matters and the implications of the Order [Dkt. #191], and hereby jointly request the Court enter an Amended Scheduling Order. Since the parties were available and prepared for trial the week of March 20th, the parties request the settlement conference be rescheduled from 3/3/2023 to an available date during the week of 3/20/2023 in order for the parties to adequately prepare to have meaningful discussions at the settlement conference.

3. Further, due to preexisting commitments, counsel for Defendants isunavailable for trial the week of April 17th and request that the trial be moved to a date on or after 4/24/2023 that is convenient for the Court.

4. Counsel for the parties have discussed the matters contained herein, and hereby jointly request the Court enter an Amended Scheduling Order and reschedule the filing and due dates identified below consistent with a new trial date as requested herein:

- 11(d)   Objections to Designations
- 11(e)   Transcripts Annotated with Objections
- 14   Final Witness and Exhibit List
- 16   Requested Jury Instructions and Voir Dire
- 19   Exchange of Demonstrative Exhibits

5. Based upon the foregoing, the parties hereby respectfully request the Court Amend the foregoing Order and modify the requested dates as the Court deems appropriate.

Respectfully submitted,

**JONES, GOTCHER & BOGAN, P.C.**

s/Tadd J.P. Bogan
James E. Weger, OBA #9437
Tadd J.P. Bogan, OBA #20962
15 East Fifth Street, Suite 3800
Tulsa, Oklahoma 74103-4309
Telephone: (918) 581-8200
Facsimile: (918) 583-1189
jweger@jonesgotcher.com
tbogan@jonesgotcher.com
*Attorneys for Plaintiff &*
*Counterclaim Defendants*

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

/s/ Robert P. Fitz-Patrick
Robert P. Fitz-Patrick, OBA #14713
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  rfitzpatrick@hallestill.com

-AND-

**MARQUIS AURBACH**

/s/ Alexander K. Calaway
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Admitted Pro Hac Vice
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Admitted Pro Hac Vice
10001 Park Run Drive
Las Vegas, Nevada  89145
Telephone: 702-382-0711
bhardy@maclaw.com
acalaway@maclaw.com
*Attorneys for Defendants & Counterplaintiff*