UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWACS Armory, LLC et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>KE Arms, LLC et al.,<br><br>Defendant(s). | Case No.: 4:20-cv-341-CVE-SH<br><br><br><br>SETTLEMENT CONFERENCE REPORT |

On March 22, 2023, a Settlement Conference was held in the captioned matter.

- ☐ The litigation was settled; within ____ days of the date hereof, the Plaintiff and Defendant shall file:

    -- a Stipulation of Dismissal
       OR
    -- Agreed Judgment and
       Motion to Enter Agreed Judgment

- ☒ The litigation was not settled.

- ☐ Settlement negotiations are pending. The parties are to phone the undersigned by ____ on ____ .

DATED: 3/22/2023

_____
Christine D. Little, U.S. Magistrate Judge