IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GWACS ARMORY, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.:20-cv-0341-CVE-SH |
| **KE ARMS, LLC, RUSSELL PHAGAN, SINISTRAL SHOOTING TECHNOLOGIES, LLC, BROWNELLS, INC., and SHAWN NEALON,** | ) | BASE FILE |
| | ) | |
| | ) | Consolidated with: |
| | ) | Case No. 21-CV-0107-CVE-JFJ |
| | ) | |
| **Defendants.** | ) | |
| and | ) | |
| | ) | |
| **KE ARMS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| **GWACS ARMORY, LLC, GWACS DEFENSE INCORPORATED, JUD GUDGEL, RUSSEL ANDERSON, DOES I through X, and ROE CORPORATIONS I through X,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT RUSSELL PHAGAN'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant, Russell Phagan's ("Phagan"), by and through his attorney of record, and for his Responses and Objections to Plaintiff's First Set of Interrogatories, alleges and states as follows:

**PRELIMINARY STATEMENTS AND OBJECTIONS**

1. Each of the following responses is made without waiving any objections Phagan may have with respect to the subsequent use of these responses, answers or the documents referred to herein, and Phagan specially reserves (a) all questions as to the

**ANSWER TO INTERROGATORY NO. 6:**

Nothing. Any information disclosed to Armory was disclosed to KEA and its agents.

**INTERROGATORY NO. 7:**

Describe with specificity all information disclosed to You by Armory relating the CAV-15 MKII, MKIII and MKIV, which You shared with Brownells.

**ANSWER TO INTERROGATORY NO. 7:**

Nothing.

**INTERROGATORY NO. 8:**

State with specificity why KEA purchased 'blue prints' and a thumb drive of assorted CAD/CAM files on or about February 25, 2016.

**ANSWER TO INTERROGATORY NO. 8:**

To my knowledge, these documents/files were acquired by KEA because KEA generally collects firearm related things. This particular drive had prints for parts for Glock pistols (which KEA was actively producing components for at the time), 1911 parts (something KEA has dabbled in), and injection molded buttstocks and grips (which KEA produces). The drive also included files and documents related to the CAV-15 MKI and CAV-15 MKII which were different from what was purchased by SST. *See* KEA000001-29.

Secretary of State office. The existence of the MKIII and MKIV were publicly disclosed by Armory on January 10th, 2019 on Facebook and their own website the fall of 2018. Their FFL expiring was obtained with a simple ATF EZ Check license search. Everything else I know about Armory is public knowledge.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

 /s/ *Robert P. Fitz-Patrick*
Robert P. Fitz-Patrick, OBA #14713
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email:  rfitzpatrick@hallestill.com

**ATTORNEYS FOR DEFENDANTS**

**-AND-**ERROR! REFERENCE SOURCE NOT FOUND.

**MARQUIS AURBACH COFFING**

  /s/ *Alexander K. Calaway*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Drive
Las Vegas, Nevada 89145
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically served the foregoing document via E-mail and via U.S. Mail, postage pre-paid for, on the 3rd day of September, 2021 to the following individuals:

James E. Weger, Esq.
Tadd J.P. Bogan, Esq.
JONES, GOTCHER & BOGAN, P.C.
3800 First Place Tower
15 East Fifth St.
Tulsa, OK 74103
ATTORNEYS FOR THE PLAINTIFF,
GWACS ARMORY, LLC AND COUNTERCLAIM DEFENDANTS GWACS ARMOY, LLC; GWACS DEFENSE, INC. JUD GUDGEL AND RUSSELL ANDERSON.

*/s/ Cally Hatfield*