```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OKLAHOMA

GWACS ARMORY, LLC,                  )
                                    )
              Plaintiff,            )
                                    )
vs.                                 )  Case Number
                                    )  20-cv-0341-CVE-SH
KE ARMS, LLC, RUSSELL PHAGAN,       )  BASE FILE
SINISTRAL SHOOTING,                 )
TECHNOLOGIES, LLC, BROWNELLS,       )  Consolidated with:
INC., and SHAWN NEALON,             )  Case No.
                                    )  21-CV-0107-CVE-JFJ
              Defendants.           )
                                    )
and                                 )
                                    )
KE ARMS, LLC,                       )
                                    )
              Plaintiff,            )
                                    )
vs.                                 )
                                    )
GWACS ARMORY, LLC, GWACS            )
DEFENSE INCORPORATED, JUD           )
GUDGEL, RUSSELL ANDERSON, DOES      )
I through X, and ROE                )
CORPORATIONS I through X,           )
                                    )
              Defendants.           )
_____
```

         THE DEPOSITION OF MICHAEL ERIC KENNEY,
taken on the 27th day of October, 2021, between the hours
of 8:34 a.m. and 4:54 p.m., on behalf of the Plaintiff
GWACS, pursuant to Federal Rules of Civil Procedure, at
the law offices of Hall, Estill, Hardwick, Gable, Golden &
Nelson, 320 South Boston Avenue, Suite 200, Tulsa,
Oklahoma, before Linda Fisher, CSR-RPR, and Notary Public
in and for the State of Oklahoma.

```
 1   looks like a 6 when it's upside down when I made my notes.
 2        A.   I'm not on Tab 9, I'm sorry.
 3        Q.   No problem.  Have you seen this document
 4   before?
 5        A.   Yes, I have.
 6        Q.   Is that your signature that appears on the last
 7   page which is KEA 000043?
 8        A.   Yes, it is.
 9        Q.   And when I reference document numbers, the
10   bottom -- we call them Bates numbers -- that's what I'm
11   referencing.  So if I point you to a page with a -- starts
12   with a KEA or Armory, that's what I'm talking about.  So
13   is that your signature on the last page there?
14        A.   Yes.
15        Q.   And what was the purpose of this NDA?
16        A.   Like I said, from my understanding, they had
17   the new product with the removable buttstock that they
18   wanted to discuss us investing in.  And we were looking at
19   maybe talking to them about that project.
20        Q.   Was that a polymer lower?
21        A.   Yes.
22        Q.   Did they also discuss with you design changes
23   to the MKII which was going to be the MKIII with the fixed
24   buttstock?
25        A.   I don't know that it really -- we had a
```

1  discussion and they sent us over a vendor or a package
2  that we looked at.  We had a bunch of discussions with
3  them.
4        Q.   Do you know when they sent you that packet
5  over?  Was it around this time?
6        A.   I assume so, yeah.
7        Q.   So around June of 2015?
8        A.   (Witness nods head).
9        Q.   Yes?
10       A.   Yes.  Sorry.
11       Q.   No problem. That's the first time.  You're
12  actually doing a great job.  Thank you.
13            Did you -- who did you discuss that investment
14  packet with when they sent it over to you?
15       A.   I would have discussed it with Russell.
16       Q.   Okay.  And what did you and Russell discuss
17  about the packet that was sent over?
18       A.   I was kind of surprised at the dollar amounts
19  they were looking at.  And, you know, we were, initially,
20  -- we, I think we had entered into discussions with them
21  about trying to work together to make a firearm for the
22  initial rush using their existing tooling.
23            And you know, they were telling us about various
24  issues and problems and things that they were having with
25  the quality of the product and the output of it.  And we

```
 1          Q.   (By Mr. Bogan)  So did you not receive a packet
 2   in 2018?
 3          A.   I don't remember any.  If we did, I remember
 4   the initial packet, and then I don't remember the second
 5   one.  We may have.
 6          Q.   Okay.  Will you turn to 24, Exhibit 24 in your
 7   book for me, please.
 8          A.   (Witness complies).
 9          Q.   Do you know if you've ever seen this packet?
10          A.   I don't recall.
11          Q.   If you will turn to Armory 0149 for me, please.
12          A.   Oh, page -- sorry, I thought we were changing.
13          Q.   No, sorry.
14          A.   Number 149?
15          Q.   Yeah.  And if you look at the top of that page,
16   what does it say?
17          A.   "Significant cosmetic improvements" --
18          Q.   Sorry, the very -- above that.  The very, very
19   top.
20          A.   Oh, CAV-15, MKIII.
21          Q.   And were they making this MKIII for Mike
22   Kenney?
23          A.   I don't know what they were there making it
24   for.  I don't think they actually produced it.
25          Q.   Do you know if the MKIII had a fixed or
```

1       A.      You can make the part.
2       Q.      Did they give them the design prints and CAD
3   drawings to the mold itself?
4       A.      I don't know what they gave them.  I'm not sure
5   what they were in receipt of.
6       Q.      Did you get design prints to the mold itself?
7       A.      We have a number of design prints.  I haven't
8   looked through every single one of them.
9       Q.      Did you get CAD drawings to the mold itself?
10      A.      Once again, I haven't gone through them.
11      Q.      What was on the disk that KE Arms purchased
12  from Mr. Nealon?
13      A.      Tons of files mostly, all unusable due to the
14  data the software was created on.
15      Q.      What were they?
16      A.      To be honest with you, we couldn't open most of
17  it, or any of them.
18      Q.      Well, the ones you were able to open, what was
19  on it?
20      A.      I guess, I honestly don't remember anything
21  that was usable that we got from the disk.  We did -- we
22  did -- yeah, like I said, I don't know of anything.
23      Q.      What were in the prints?
24      A.      What were in the prints?
25      Q.      Yeah, what prints did you receive?  What were