# ASSET PURCHASE AGREEMENT

Between
seller

**CAVALRY MANUFACTURING, LLC,** AN ARIZONA LIMITED LIABILITY COMPANY, ON THE ONE HAND,

And
Buyer

**KE ARMS, LLC,** AN ARIZONA LIMITED LIABILITY COMPANY, ON THE OTHER HAND.

KEA003162

## ASSET PURCHASE AGREEMENT

This ASSET PURCHASE AGREEMENT (this "**Agreement**"), is entered into as of the date that the Agreement is fully executed by the authorized representative of each party ("**Effective Date**") made by CAVALRY MANUFACTURING, LLC, an Arizona limited liability company located at 2145 W RIVIERA DRIVE , TEMPE, AZ 85282 (collectively "**Seller**"), on the one hand, and in favor of KE ARMS, LLC, an Arizona limited liability company located at 4343 E Magnolia St, Phoenix, AZ 85034 ("**Buyer**"), (each a "**party**" and collectively the "**parties**").

### RECITALS

**WHEREAS**, Seller entered into an Agreement of Sale on or about June 18, 2010 with Calvary Arms Corporation, an Arizona corporation (the "Business') wherein Seller purchased all of the assets of the Business which had been operating under and utilizing certain tradenames and trademarks since October of 2000;

**WHEREAS**, Whereas, Seller wishes to sell the Business it acquired including any and all Intellectual Property in regards to the CAV-15, CAV-15 MKII, or CAV-15 MKIII including name, trademarks, trade secrets, manufacturing knowledge, designs and physical prints, and future plans for product development including telestock integration in possession or owned by Christian Cappello or Seller.

### AGREEMENT

NOW, THEREFORE, in consideration of the mutual covenants and agreements hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

In exchange for the Business and assets of the Business identified above, CAPPELLO shall receive: (i) $10,000.00 to be delivered within 5 days of the Closing Date and Payment of an additional 12k shall be paid over following 18 months payment installment to be determined by parties but shall not exceed 18 months; and (ii) ten percent (10%) of any judgement awarded or obtained by buyer for any person or entity, for the misappropriation of the CAV-15 name or the intellectual property of the Business and which occurred prior to this sale shall be paid to Cappello within 30 days of collection by buyer.

Nothing in this Agreement shall be construed to limit the seller or the buyer from the manufacturing or sale of accessories for any firearm including any iteration of the CAV-15.

### ADDITIONAL TERMS

Buyer acknowledges that information regarding the CAV-15, CAV-15 MKII, and CAV-15 MKIII has been previously disclosed publicly by Cavalry Manufacturing LLC and Cappello. Buyer agrees to hold Cappello and Cavalry Manufacturing, LLC harmless for any past, present, or future disclosure of the same information.

All notices hereunder shall be in writing and sent to the parties as follows:

Seller:   Christian Cappello
          Cavalry Manufacturing LLC
          2145 W RIVIERA DRIVE
          TEMPE, AZ 85282
          office@cavalrymanufacturing.com

| | |
|---|---|
| Buyer: | Michael Kenney<br>KE ARMS, LLC<br>4343 E Magnolia St<br>Phoenix, AZ 85034<br>480-466-8832<br>russell@kearms.com |
| with a copy to: | Brian R. Hardy, Esq.<br>Marquis Aurbach, Chtd.<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>702-207-6097<br>bhardy@maclaw.com |

This Agreement constitutes the sole and entire agreement of the parties to this Agreement with respect to the subject matter contained herein, and supersede all prior and contemporaneous understandings and agreements, both written and oral, with respect to such subject matter.

This Agreement may be executed in any number of counterparts and each counterpart executed by any of the undersigned together with all other counterparts so executed shall constitute a single instrument and agreement of the undersigned. Facsimile or electronic copies hereof and facsimile or electronic signatures hereon shall have the same force and effect as originals.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the Effective Date, by their respective authorized representatives.

STATE OF ARIZONA
COUNTY OF Maricopa
This instrument was acknowledged before me this 23 day of June 2022 by Christian Cappello in witness whereof I herewith set my hand and official seal.
Notary Public

BETH R CHAPMAN
Notary Public - Arizona
Maricopa County
Commission # 620838
My Comm. Expires Feb 12, 2026

CHRISTIAN CAPPELLO individually and as a manager of CAVALRY MANUFACTURING, LLC
By: _____
Name: CHRISTIAN CAPPELLO
Title: MNG MEMBER
Date: 6-23-22
Email: OFFICE @ CAVALRY MANUFACTURING.com

KE ARMS, LLC
By: _____
Name: Michael E. Kenney
Title: Director
Date: 6-25-22

Page 2 of 2

KEA003164