IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GWACS ARMORY, LLC,** an Oklahoma limited liability company, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No. 20-CV-0341-CVE-CDL |
| **KE ARMS, LLC** | ) **BASE FILE** |
| | ) Consolidated with: |
| **Defendant.** | ) Case No. 21-CV-0107-CVE-SH |
| and | ) ) |
| **KE ARMS, LLC,** | ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **GWACS ARMORY, LLC,** | ) ) |
| **Defendants.** | ) |

## JOINT STATUS REPORT

**Jury Demanded**:   ☒ Yes   ☐ No

I. **Summary of Claims**: GWACS Armory, LLC ("Armory") has asserted claims against KE Arms, LLC ("KEA") for Breach of Contract and Misappropriation of Trade Secrets (Dkt. ## 2 & 191). Armory's claims arise out of actions Armory alleges were taken by KEA to develop a monolithic polymer lower receiver for AR-15 using Armory's trade secrets, and in breach of the Mutual Nondisclosure Agreement entered into between Armory and KEA. KEA has asserted a counterclaim (Dkt. ## 49 & 191) against Armory, for Declaratory Relief seeking a declaration that KEA has complied with all of its obligations under the NDA.

A. Claims to be Dismissed: None.

II. **Summary of Defendants' Defenses**:

A. KEA asserts that it did not utilize Armory's alleged trade secrets and proprietary information, and that it complied with the terms of the NDA.

III. **Motions Pending** (Include Docket Number, Description and Date at Issue)**:** None.

**IV. Stipulations:**

A. Jurisdiction Admitted: ☒ Yes ☐ No (If no, explain.)

B. Venue Appropriate: ☒ Yes ☐ No (If no, explain.)

C. Facts: Armory and KEA entered into the NDA effective as of June 2, 2015.

D. Law: None.

**V. Proposed Trial Deadlines:**

A. Deposition/Videotaped/Interrogatory Designations (Pleading Filed with Deponent Name, Page, and Line Designations) filed by: 3/1/24.

B. Counter-Designations (Pleading Filed with Deponent Name, Page, and Line Designations) field by: 3/15/24.

C. Exchange of Pre-Marked Exhibits (Not Filed of Record): 3/22/24.

D. Objections to Designations: 3/29/24.

E. Transcripts Annotated with Objections (Submit in Hard Copy to Court): 3/29/24.

F. Pretrial Disclosure Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record): 3/22/24.

G. Agreed Proposed Pretrial Order: 3/29/24.

H. Final Witness and Exhibit List (Filed of Record): 3/29/24.

I. Pretrial Conference After: 3/29/24.

**VIII. Do all parties consent to trial before the assigned magistrate judge?** ☐ Yes ☒ No

**IX. Is there any matter that should be referred to the assigned magistrate judge for final disposition upon partial consent of all the parties pursuant to Local Rule 73.1?** ☐ Yes ☒ No

**X. Settlement Plan** (Check one):

☒ Settlement Conference Requested After: 2/1/2023. The parties have previously participated in two settlement conferences with U.S. Magistrate Judge Christine D. Little (8/31/22 and 3/22/23)
Describe Settlement Judge Expertise Required, If Any:

**XIII. Estimated Trial Time:** 5 days

Attorneys for Plaintiff and Counterclaim Defendants (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):

s/Tadd J.P. Bogan
James E. Weger, OBA #9437
Tadd J.P. Bogan, OBA #20962
Jones, Gotcher and Bogan, P.C.
15 East Fifth Street, Suite 3800
Tulsa, Oklahoma 74103-4309
Telephone: (918) 581-8200
Facsimile: (918) 583-1189
jweger@jonesgotcher.com
tbogan@jonesgotcher.com

Attorneys for the Defendants (Name, OBA #, Firm Name, Address, City, State, Zip, Phone, Fax, Email):

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

/s/ Robert p. Fitz-Patrick
Robert P. Fitz-Patrick, OBA #14713
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email:  rfitzpatrick@hallestill.com
ATTORNEYS FOR DEFENDANTS

-AND-

**MARQUIS AURBACH COFFING**

/s/ Alexander K. Calaway
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Admitted Pro Hac Vice
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Admitted Pro Hac Vice
10001 Park Run Drive
Las Vegas, Nevada  89145
ATTORNEYS FOR DEFENDANTS