IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GWACS ARMORY, LLC,** | ) | Case No. 4:20-cv-341-JDR-SH |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Date of Settlement Conf.: 7/9/24 |
| **KE ARMS, LLC,** | ) | Time of Settlement Conf.: 9:30 am CT |
| | ) | Magistrate Judge: Christine D. Little |
| **Defendant** | ) | |

### UNOPPOSED MOTION FOR DEFENDANT KE ARMS, LLC TO ATTEND SETTLEMENT CONFERENCE REMOTELY

Pursuant to Dkt. 227, Defendant KE Arms, LLC, ("KEA") hereby files their Unopposed Motion to Attend Settlement Conference Remotely ("Motion"). This unopposed motion is made and based upon the attached memorandum of points and authorities, the existing exhibits and evidence on the record, the exhibits and evidence attached hereto, and any oral argument permitted by the Court at hearing on this matter.

### MEMORANDUM OF POINTS AND AUTHORITIES

The Settlement Conference Order (Dkt. 227) states that any party who wishes to have the conference by video or telephonic means to notify the Settlement Judge and opposing counsel no later than 30 days before the conference and identify the reason for the request (Dkt. 227, at p. 1). Counsel for plaintiff does not oppose KEA remotely attending the settlement conference (see Email from Tadd Bogan, attached hereto as **Exhibit 1**). Defendant KEA and its representative respectfully requests to attend the Settlement Conference remotely because it lives in Tucson Arizona, is responsible for his family's medical needs in Tucson, and will be unable secure replacement medical care prior to the settlement conference. Defendant's counsel also requests to attend the Settlement Conference remotely because counsel has another settlement conference scheduled in another state on the proceeding day.

1

Based on the foregoing, KEA and KEA's counsel respectfully request that this Court grant their request to appear for the Settlement Conference via teleconference or video.

Dated this 7th day of May, 2024.

                                                Respectfully submitted by:

**HALL ESTILL**

/s/ *Robert P. Fitz-Patrick*
Robert P. Fitz-Patrick, OBA #14713
521 East 2nd Street
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: rfitzpatrick@hallestill.com

**AND**

**MARQUIS AURBACH**

/s/ *Alexander K. Calaway*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel: 702-382-0711
bhardy@maclaw.com
acalaway@maclaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 7th day of May, 2024. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

James E. Weger, Esq.
Tadd J.P. Bogan, Esq.
JONES, GOTCHER & BOGAN, P.C.
3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103
*Attorneys for Plaintiff, GWACS Armory, LLC*

                */s/ C. Hatfield*

MAC:16075-001 5465867_1