# EXHIBIT 1

**From:** Tadd Bogan <tbogan@jgbok.com>
**Sent:** Tuesday, May 7, 2024 7:52 AM
**To:** Alexander K. Calaway <acalaway@maclaw.com>
**Cc:** Brian R. Hardy <bhardy@maclaw.com>; Robert Fitz-Patrick <rfitzpatrick@hallestill.com>; Cally Hatfield <chatfield@maclaw.com>; 16075_001 _KE Arms LLC _ GWACS_ 4_ E_Mails _EMAIL_ 16075_001 <{F1110691}.iManage@AMUN.marquisaurbach.com>
**Subject:** RE: GWACS Armory, LLC v. KE Arms, LLC, 20-cv-0341-CV-SH [IWOV-iManage.FID1110691]

Alex,

We have no objection to your request to attend the settlement conference remotely.

Tadd



Tadd J.P. Bogan | Shareholder
**JONES, GOTCHER & BOGAN, P.C.**
**3800 First Place Tower**
**15 East 5th Street**
**Tulsa, Oklahoma 74103-4309**
☎ (918) 581-8200  |  🖷 (918) 583-1189
www.jonesgotcher.com

🌐 Please consider the environment before printing this e-mail.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Alexander K. Calaway <acalaway@maclaw.com>
**Sent:** Monday, May 6, 2024 6:46 PM
**To:** Tadd Bogan <tbogan@jgbok.com>
**Cc:** Alexander K. Calaway <acalaway@maclaw.com>; Brian R. Hardy <bhardy@maclaw.com>; Robert Fitz-Patrick <rfitzpatrick@hallestill.com>; Cally Hatfield <chatfield@maclaw.com>; 16075_001 _KE Arms LLC _ GWACS_ 4_ E_Mails _EMAIL_ 16075_001 <{F1110691}.iManage@AMUN.marquisaurbach.com>
**Subject:** RE: GWACS Armory, LLC v. KE Arms, LLC, 20-cv-0341-CV-SH [IWOV-iManage.FID1110691]

You don't often get email from acalaway@maclaw.com. Learn why this is important

Tadd,
Please find the attached motion to attend settlement conference remotely, which we would prefer to file as an unopposed motion. Let me know if you have any objection/concerns.

1

Thanks,



**Alexander K. Calaway, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6069
f | 702.382.5816
c | 509.840.9110
acalaway@maclaw.com
maclaw.com

 **Please consider the environment before printing this e-mail!**

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law