UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWACS Armory, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>KE Arms, LLC,<br><br>Defendant(s). | Case No.: 4:20-cv-341-JDR-SH<br><br><br><br>SETTLEMENT CONFERENCE REPORT |

On July 9, 2024, a Settlement Conference was held in the captioned matter.

☐ The litigation was settled; within ____ days of the date hereof, the Plaintiff and Defendant shall file:

-- a Stipulation of Dismissal
   OR
-- Agreed Judgment and
   Motion to Enter Agreed Judgment

☒ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by ____ on ____.

DATED: 7/9/2024

_____
Christine D. Little, U.S. Magistrate Judge

Settlement Conference Report SC-03 (5/2021)