# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| GWACS Armory, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No.: 4:20-cv-341-JDR-SH |
| | ) | |
| v. | ) | |
| | ) | |
| KE ARMS, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S AMENDED RULE 26(a)(3) PRETRIAL DISCLOSURES

**COMES NOW**, Plaintiff and Counterclaim Defendant, GWACS Armory, LLC ("GWACS"), by and through its attorneys of record, and pursuant to FRCP 26(a)(3), submits its pre-trial disclosure of witnesses and exhibits.

## I. LIST OF WITNESSES ARMORY EXPECTS TO PRESENT AT TRIAL:

| | Name and Address | Subject of Discoverable Information |
|---|---|---|
| 1. | Jud Gudgel<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Gudgel is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 2. | Shel Jones<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Jones is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 3. | Scott Merrill<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Merrill is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this |

| | | action which may be elicited by counsel at trial. |
|---|---|---|
| 4. | Russell Anderson<br>c/o JONES, GOTCHER & BOGAN P.C.<br>15 East Fifth St.<br>Suite 3800<br>Tulsa, OK 74103 | Mr. Anderson is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, the damages he claims were sustained; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 7. | KE Arms, LLC, Rule 30(b)(6) Designee<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | KE Arms, LLC is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, KEA sales of KP-15 and related products KP-9 and related products; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 9. | Russell Phagan<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Phagan is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint; KEA sales of KP-15 and related products KP-9 and related products; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 11. | Karl Kasarda<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Kasarda is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 14. | Iain Harrison<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Harrison is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 15. | Jovan Beltran<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Beltran is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint; and as to any other matter relevant to this |

| | | |
|---|---|---|
| | | action which may be elicited by counsel at trial. |
| 16. | Mike Kenny<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Kenny is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint, KEA sales of KP-15 and related products KP-9 and related products; and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 17. | Paul Levy<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Levy is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint; KEA and Brownells, Inc.'s sales of KP-15 and related products KP-9 and related products; development of the KP-15 and as to any other matter relevant to this action which may be elicited by counsel at trial. |
| 18. | Randy Sperry<br>c/o Marquis Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Mr. Sperry is expected to testify regarding the facts and circumstances giving rise to Plaintiff's Complaint and Counter-Plaintiff's Counter-Complaint; and as to any other matter relevant to this action which may be elicited by counsel at trial. |

Armory reserves the right to call witnesses listed by any other party.

**II.    LIST OF WITNESSES TO BE SUBPOENAED:**

1. Michael Kenney

2. Russell Phagan

3. Paul Levy

4. KE Arms, LLC 30(b)(6) Designee

5. Karl Kasarda

6. Iain Harrison

7. Jovan Beltran

8. Paul Levy

9. Randy Sperry

### III. WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY DEPOSITION:

1. Karl Kasarda

2. Randy Sperry

3. Jovan Beltran

4. Iian Harrison

5. Michael Kenney

6. Paul Levy

### IV. WITNESSES WHOSE TESTIMONY MAY BE PRESENTED BY DEPOSITION AS DEEMED NECESSARY FOR IMPEACHMENT AND/OR REBUTTAL:

1. Karl Kasarda

2. Randy Sperry

3. Jovan Beltran

4. Iian Harrison

5. Michael Kenney

6. Russell Phagan

7. Shawn Nealon

8. Paul Levy

### V. LIST OF DOCUMENTS ARMORY EXPECTS TO USE AT TRIAL:

| No. | Document Description | Bates No. |
|---|---|---|
| 40. | Online Post 9/16/11 CAV-15 for Sale | Depo Ex. 40 |
| 7. | Email Jones/Phagan & Sales Packet 9/27/11 | KEA 2050-2073 |
| 211. | Email Jones/Phagan 9/28/11 | Armory 6-11 |
| 43. | Emails between GWACS & SST Re: Clarifications of sale in response to GWACS Questions 09/28/11 | |
| 46. | LOI to SST & Emails 10/4/11 | KEA 96-100 |

| | | |
|---|---|---|
| **44.** | SST NDA dated 10/6/11 | Armory 207-209 |
| **42.** | Emails Phagan/Jones 10/31/11-11/19/11 | KEA 155-157 |
| **6.** | Asset Purchase and Sales Agreement dated 11/22/11 | KEA 178-186 & 39-40 |
| **53.** | Email Phagan to Jones FedEx Packages 1/11/12 | KEA 206-208 |
| **138.** | Email Phagan to Armory 1/27/13 | KEA 2081 |
| **139.** | Email Phagan to Jones 2/27/13 | KEA 2082 |
| **47.** | Email Phagan to Jones 2/8/13 | Armory 202-204 |
| **48.** | Phagan Resume 2013 | Armory 205-206 |
| **49.** | Email Phagan to Jones 2/25/13 Sales Rep & NDA | Armory 2 |
| **26.** | Phagan Sales Rep Agreement 2/25/13 | Depo Ex. 26 |
| **27.** | SST NDA 5/9/13 | Depo Ex. 27 |
| **142.** | Email Phagan to Jones 3/27/13 | KEA 2085 |
| **146.** | Emails Phagan/Jones 5/9/13 | KEA 2101-2106 |
| **8.** | Brownells NDA 5/31/13 | KEA 44-46 |
| **56.** | Email Phagan to Jones 6/2/15 Re: KEA NDA | Armory 243 |
| **212.** | KEA NDA 6/2/15 | KEA 41-43 |
| **23.** | Armory June 2021 Investment Executive Summary | Armory 234-242 |
| **233.** | Email Jones to Phagan 6/2/15 Re: Invest. Opp. | Armory 432-436 |
| **234.** | Email Phagan/Jones 6/2/15 Re: Suarez Group | Armory 411 |
| **54.** | Emails Phagan/Jones 6/17/15 Re: Mold cad | KEA 215 |
| **11.** | Brownells NDA 1/24/16 | KEA 47-49 |
| **57.** | Email Levy to InRange Re: Brownells WWSD 4/9/18 | |
| **236.** | Emails Jones/Levy Re: Armory Next Gen. 11/13/17- 4/9/18 | Armory 488-497 |
| **155.** | Emails Levy/InRangeTV 4/13/18 | KEA 532 |
| **156.** | Emails Jones/Levy 4/18/18 – 4/19/18 | Armory 261-262 |
| **24.** | Armory April 2018 Financing Executive Summary | Armory 144-160 |
| **158.** | Email Brownells WWSD Variance 4/20/18 | KEA 411 |
| **159.** | Emails Levy/Jones GWACS Armory CAV 15 4/20/18 | Armory 258-260 |
| **240.** | Email Levy to Jones New Prod. Sub. 5/17/18 | Armory 543 |
| **161.** | Brownells Projected CAV-15 Orders 5/17/18 | Armory 110/413 |
| **90.** | Emails Levy/InRangeTV/Gudgel 6/5/18 | KEA 378 |
| **63.** | Text Messages b/w Phagan and Jones | Armory 311-333 |
| **241.** | Email Jones to Levy Re: Update 6/28/18 – 9/11/18 | Armory 546-552 |
| **58.** | Emails Levy/InRangeTV 9/6/18-9/10/18 | KEA 560-561 |
| **59.** | Email Levy to Jones Receiver Update 9/10/18 | Armory 4-5 |
| **60.** | Emails Gudgel/Levy & Levy/Phagan 9/11/18 | KEA 440-441 |
| **61.** | Emails Levy/Jones & Levy/KEA&InRange 9/11/18 | KEA 482-483 |
| **62.** | Emails Levy/Phagan & InRange 9/11/18 | KEA 721-723 |
| **14.** | Emails Levy/Gudgel 10/5/18-10/29/18 | KEA 402-403 |
| **242.** | Brownells P.O. #09509744 11/16/18 | Armory 556-558 |
| **4.** | GWACS Facebook Post 01/10/2019 MKIII & MK 4 | Armory 0001 |
| **28.** | Brownells Catalog CAV-15 MKII & MKIII | Depo Ex. 28 |
| **65.** | Email Phagan to Levy Re: GWAC Listing 8/15/19 | KEA 699-700 |
| **66.** | Email Phagan to Levy WWSD 2020 8/27/19 | KEA 885 |
| **67.** | Email Phagan to Levy Re: MK Submission 9/10/19 | KEA 705-709 |

| 68. | Email Phagan to Levy Re: Brownells WWSD 9/18/19 | KEA 724-725 |
|---|---|---|
| 165. | Email Phagan to Levy Re: PO 09585734 9/30/19 | KEA 704 |
| 91. | Email Phagan to Levy/InRangeWWSDMedia/Press 10/8/19 | KEA 701 |
| 69. | Email Phagan to Levy Re: Dist. Mk3 Design 10/9/19 | KEA 702-703 |
| 70. | SST Post The KE Arms Poly. Rec. 11/22/19 | Depo Ex. 70 |
| 71. | Jerking the Trigger Article, It Lives… 11/22/19 | Armory 163-168 |
| 72. | Email Phagan to Levy RECOIL ad 11/22/19 | KEA 710-718 |
| 35. | RECOIL article KE Arms Ann. Mk3 11/22/19 | Armory 172-177 |
| 73. | Email Phagan to Levy MK3 Wireframe 11/27/19 | KEA 693-698 |
| 74. | Emails Phagan/Levy 11/27/19 | KEA 729-730 |
| 187. | Branson Invoices 12/27/19 | KEA 53-54 |
| 77. | Email Phagan to Levy/Brownells 1/3/20710 | KEA 633-635 |
| 169. | Emails Levy/Phagan Re: WWSD for IWA 1/11/20 | KEA 664 |
| 168. | Email Phagan to Levy Re: PROTO-01 1/16/20 | KEA 598 |
| 170. | Email Brownells/Levy/Phagan Shot Show 1/20/20 | KEA 645-649 |
| 79. | Email Phagan to Levy Drop Box Link for Photos 1/20/20 | KEA 566 |
| 171. | Email Levy to Phagan Pre-Orders 1/27/20 | KEA 640 |
| 31. | Brownells website KP-15 WWSD 2020 | Armory 182 |
| 32. | Brownells website KP-15 WWSD 2020 | Armory 183-184 |
| 33. | Brownells website KP-15 WWSD 2020 | Armory 185 |
| 37. | 2nd Amendment Wholesale Website 11/13/20 | Armory 191-193 |
| 75. | InRange WWSD 2020 Safety & Instruction Manual | KEA 927-950 |
| 173. | Email Phagan to Levy Re: Release Date 2/12/20 | KEA 591 |
| 199. | Emails Sperry/Beltran/Phagan Serial Insert 3/17/20 | MDI 228-231 |
| 16. | Emails Armory to KEA Cease & Desist 4/7/20 | KEA 67-68 |
| 188. | Emails Phagan/Taylor/Sperry/Beltran 4/3/20-4/8/20 | Branson 1-3 |
| 192. | KP-15 CAM file data screenshot | Depo Ex. 192 |
| 80. | Email Phagan to Levy Poly. Rec. Model Update 4/16/20 | KEA 596 |
| 92. | Roughrider/Wraithworks Variance 5/26/20 | |
| 190. | Emails Phagan/Beltran/Pivot Point 5/20/20-5/28/20 | Depo Ex. 190 |
| 201. | Emails Phagan to Pivot Point 5/20/21-5/21/21 | Depo Ex. 201 |
| 178. | Email Levy/InRange 2/4/21 & Royalty Agreement 4/12/18 | KEA 562-563 |
| 179. | Emails Levy/Phagan Re: WWSD First Batch 3/2/21 | KEA 662 |
| 205. | MK3 Gate Style Comparison | MDI 3131 |
| 93. | 2nd Amendment Wholesale Mailer WARP-15 | Armory 216 |
| 208. | Tool & Design Group Checks | T&DG 1-9 |
| 209. | KEA payments to TDG spreadsheet | T&DG 10 |
| 222. | Tool & Design Group Bank Statements & Checks | Zion STD 1-138 |
| 223. | RSR Group P.O.'s & Communications | RSR 2-36 |
| 228. | Brownell Invoices; Dated September 21, 2021 | KEA975-980 & 983-1086 |
| 246. | Annual Firearms Manufacturing & Expert Report for the Year 2020 Interim* | KEA1134 & KEA1157 |
| 229. | 2018-2020 Taxes | KEA1099 - KEA1107 |

| 230. | Brownells' Model/Serial No., KE Arms Manufacturing List dated December 2, 2020 | KEA603 - KEA606 |
|---|---|---|
| 181. | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Dims | Depo Ex. 181 & 182 |
| 182. | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Dims | Depo Ex. 181 & 182 |
| 191. | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Surface Knit Line Dimensions | Depo Ex. 191 |
| 243. | Armory CAV-15 Sales Documents | Armory 264-295 |
| 200. | Email from Phagan to Mow, Beltran & Mike@KEArms dated 5/14/2021 | Depo Ex. 200 |
| 247. | Molded Devices Documents | MDI 000001-90 |
|  | 9/17/21 Email Re: KEA Current Pricing | KEA 967 |
| 38. | Web Archive Article: KP-15 Polymer Receiver | Aromory-0307 |
| 36. | Purchase Page: KE Arms LLC – AR-15 KP-15 Stripped Lower Receivers Polymer | Armory-0179 |
| 34. | Letter from Nealon to KE Arms dated 2/25/2016 | Armory-0118 |
|  | KEA Unit Costs | KEA 1098 |
| 250. | Brownell's PO's with KEA | KEA 970-982, 983-1008, 1009- 1040, 1041-1068, 1069-1086 975-1086 |
| 251. | KEA 2nd Amendment Wholesale Sales Reports | KEA 1088- |
| 252. | KEA Brownells Total Sales | KEA 1089 |
| 253. | KEA Sales to Brownells Jan. 1, 2019 – Sept. 29, 2021 | KEA 1090 |
| 254. | KEA Salse by Month Charts | KEA 1091 |
| 255. | KEA Sales by Item Summary Aug. 1, 2019 – Sept. 23, 2021 | KEA 1092 |
| 256. | KEA KP-15 Total Sales Cash | KEA 1093 |
| 257. | KEA Total sales to RSR Group | KEA 1094 |
| 258. | KEA Salse Wraithworks | KEA 1095 |
| 259. | KEA Sales Summaries | KEA 3047-3049 |
| 260. | RSR Group PO's | RSR 0001-0012 |
| 261. | RSR Group Email Re: Proposed Mo. Ship 6/17/21 | RSR 0018 |
| 262. | RSR Group Emails & Pricing 05/26/21 | RSR 0022 |
| 263. | RSR Group Emails & Pricing | RSR 0023-0026 |
| 229. | KEA Tax Returns 2018 - 2020 |  |
| 264. | GWACS New Products Renderings | KEA 916 - 919 |
| 265. | 10/06/20 Colt Record from KEA | KEA 2117 |
| 222. | Tool & Design Group Bank Statements | Zion STD 0001-0071 |
| 138. | Demonstrative Exhibit CAV-15 & KP-15 Pins |  |
| 139. | Plaintiff's Expert Reports |  |
| 140. | Defendants' Expert Reports |  |

GWACS reserves the right to amend, supplement, or add to this list of documents, any documents, other exhibits or demonstrative evidence which may be relevant to the issues of this case. Further, GWACS reserves the right to use any documents identified by KE Arms, LLC.

Dated January 20, 2025.

Respectfully submitted,

**JONES, GOTCHER & BOGAN, P.C.**

 s/Tadd J.P. Bogan
Tadd J.P.Bogan, OBA #20962
James E. Weger, OBA #9437
3800 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103
Telephone: (918)581-8200
Facsimile: (918)583-1189
E-Mail:  tbogan@jonesgotcher.com
          jweger@jonesgotcher.com
**Attorneys for Plaintiff, GWACS Armory, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the record currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

 s/Tadd J.P. Bogan
Tadd J. P. Bogan