UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

GWACS Armory, LLC,

                  Plaintiff,

vs.

KE Arms, LLC, et al,

                  Defendant.

Case No.: 20-cv-341-JDR-SH

Proceeding: Pretrial Conference
Date: 1/27/2025
Time: 1:32 pm - 2:05 pm

**MINUTE SHEET**

John D. Russell, U.S. District Judge     C. Butler, Deputy Clerk     Jennifer Golemboski, Reporter

Counsel for Plaintiff: Tadd Bogan, James Weger
Counsel for Defendant: Brian Hardy via video, Bob Fitz-Patrick via video

**MINUTES:**

Case called for pretrial conference. Case is set for jury trial two weeks from today, on **2/10/25**. ETT: 4-5 days. The Court discussed jury selection with counsel: Eight jurors will be seated, each side will have three peremptory challenges. Attorneys will not participate in *voir dire*, but may submit proposed *voir dire* questions to the Court. The parties should work together to get the court the pretrial order and proposed jury instructions.

The Court reviewed the existing claims and counter claims with the parties, and asked the parties specifically for **proposed jury instructions regarding MKIII and MKIV.**

The parties advised that portions of the depositions will be read into the record; the parties will work together to pare down deposition designations.

The parties need to submit three (3) exhibit binders to the Court no later than end of business on **Wednesday, 2/5/25**.

Remaining issues, if any, will be addressed at 8:30 a.m. on the morning of trial. Jury selection will begin at 9:00 a.m.

Plaintiff will get closing argument and rebuttal.

Court ordered the parties to meet and confer and provide notice to the Court on the issue of named parties and/or substitution of parties (either a joint notice, or separate notices) by close of business on **Monday, 2/3/25.**

The parties will also provide a joint statement of the case to be read to the jury during jury selection, due **Monday, 2/3/25**.

Should the parties need a quick conference, the Court is willing to hold a Teams videoconference, which will not be on the record.