# ENTITY INFORMATION

Search Date and Time: 2/1/2025 10:58:58 AM

## Entity Details

| | | | |
|---|---|---|---|
| **Entity Name:** | KINETIC ENERGY ARMS LLC | **Entity ID:** | 23491859 |
| **Entity Type:** | Domestic LLC | **Entity Status:** | **Active** |
| **Formation Date:** | 2/24/2023 | **Reason for Status:** | In Good Standing |
| **Approval Date:** | 2/24/2023 | **Status Date:** | 2/24/2023 |
| **Original Incorporation Date:** | 2/24/2023 | **Life Period:** | Perpetual |
| **Business Type:** | Manufacturing (33) | **Last Annual Report Filed:** | |
| **Domicile State:** | Arizona | **Annual Report Due Date:** | |
| | | **Years Due:** | |

**Original Publish Date:**

## Statutory Agent Information

| | | | |
|---|---|---|---|
| **Name:** | Russell Wayne Phagan | **Appointed Status:** | Active 2/24/2023 |
| **Attention:** | | | |
| **Address:** | 4343 E Magnolia Street, PHOENIX, AZ 85034, USA | | |
| **Agent Last Updated:** | 10/4/2023 | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | 4343 E Magnolia Street, PHOENIX, AZ 85034, USA |
| **County:** | Maricopa | | |

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | Russell Wayne Phagan | | 4343 E Magnolia Street, PHOENIX, AZ, 85034, Maricopa County, USA | 2/24/2023 | 2/24/2023 |

Exhibit 1

### Address ❓

| | | | |
|---|---|---|---|
| **Attention:** Russell Phagan | **Address:** 4343 E Magnolia Street, PHOENIX, AZ, 85034, USA | **County:** Maricopa | **Last Updated:** 10/4/2023 |

### Entity Principal Office Address

| | | | |
|---|---|---|---|
| **Attention:** | **Address:** | **County:** | **Last Updated:** |

Back    Return to Search    Document History    Name/Restructuring History

Return to Results    Pending Documents    Microfilm History