LOGIN | 0 ITEM(S) ( $0.00 ) | VIEW CART | BECOME A DEALER 



EXCELLENCE IN MANUFACTURING

Search:

HOME | SHOP | TECH/FAQ | CONTACT

Exhibit 2

| KE-15 PRODUCTS | | |
|---|---|---|
| KP-15 PRODUCTS | KP-9 RECEIVERS | ENHANCED TRIGGERS |
| | OPTIC MOUNTS | CLEARANCE |
| | SHOTGUN PRODUCTS | |

KE Arms is a manufacturer specializing in products for the firearms industry. These product areas include complete firearms and components for AR15 and AR10 rifles, pistol caliber carbines, shotguns, and pistols. Our emphasis in manufacturing is robust quality and a dedication to the advancement of firearms technology and usability. Our team combines 30+ years of tier-one manufacturing experience in the automotive, aerospace and semi-conductor industries. Our competition shooting team actively participates in our cycle of research and development. This unique combination allows us to produce firearms and accessories with the most advanced tools and techniques in the industry that are specifically designed for real-world applications. Our products are all made in America by Americans

Home
My Account
My Cart

KE-15
Swag

Ordering FFL Items
Tech Guide / FAQ
Cerakote Information
Contact Us
Warranty

Discount Code Policy
Privacy Policy
Return Policy
Terms & Conditions
Shipping Policy

(c) 2013

480-256-9745
customerservice@kineticenergyarms.com

Kinetic Energy Arms LLC
4343 E Magnolia Street
Phoenix AZ 85034

Ecommerce software by Cart.com