# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

### ENTITY INFORMATION

| | |
|---|---|
| ENTITY NAME: | KINETIC ENERGY ARMS LLC |
| ENTITY ID: | 23491859 |
| ENTITY TYPE: | Domestic LLC |
| EFFECTIVE DATE: | 02/24/2023 |
| CHARACTER OF BUSINESS: | Manufacturing (33) |
| MANAGEMENT STRUCTURE: | Member-Managed |
| PERIOD OF DURATION: | Perpetual |
| PROFESSIONAL SERVICES: | N/A |

### STATUTORY AGENT INFORMATION

| | |
|---|---|
| STATUTORY AGENT NAME: | Russell Wayne Phagan |
| PHYSICAL ADDRESS: | 6448 E Adobe Road, MESA, AZ 85205 |
| MAILING ADDRESS: | 4343 E Magnolia Street, PHOENIX, AZ 85034 |

### PRINCIPAL ADDRESS

4343 E Magnolia Street, PHOENIX, AZ 85034

### PRINCIPALS

Member: Russell Wayne Phagan - 4343 E Magnolia Street, PHOENIX, AZ, 85034, USA - - Date of Taking Office: 02/24/2023

### ORGANIZERS

Russell Wayne Phagan: 4343 E Magnolia Street, PHOENIX, AZ, 85034, USA, keallc1776@gmail.com

### SIGNATURES

Organizer: Russell Wayne Phagan - 02/24/2023

Exhibit 3