Arizona Corporation Commission - RECEIVED: 8/15/2022
Arizona Corporation Commission - FILED: 8/15/2022

22081515006306

# ARTICLES OF ORGANIZATION

## OF LIMITED LIABILITY COMPANY

## ENTITY INFORMATION

**ENTITY NAME:** R & M HOLDING LLC

**ENTITY ID:** 23410786
**ENTITY TYPE:** Domestic LLC
**EFFECTIVE DATE:** 08/15/2022
**CHARACTER OF BUSINESS:** Any legal purpose
**MANAGEMENT STRUCTURE:** Member-Managed
**PERIOD OF DURATION:** Perpetual
**PROFESSIONAL SERVICES:** N/A

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Arizona Precision Holdings Inc

**PHYSICAL ADDRESS:** 4343 East Magnolia Street, PHOENIX, AZ 85034

**MAILING ADDRESS:** 4343 East Magnolia Street, PHOENIX, AZ 85034

## PRINCIPAL ADDRESS

4343 East Magnolia Street, PHOENIX, AZ 85034

## PRINCIPALS

Member: Arizona Precision Holdings Inc - 2816 W Joy Ranch Rd, PHOENIX, AZ, 85086, USA - morse.rm762@gmail.com - Date of Taking Office:

Member: MBK Family Trust - 4343 East Magnolia Street, PHOENIX, AZ, 85034, USA - Barb@mandbmfg.com - Date of Taking Office:

## ORGANIZERS

Rob Morse: 4343 East Magnolia Street, PHOENIX, AZ, 85034, USA, morse.rm762@gmail.com

## SIGNATURES

Organizer: Rob Morse - 08/15/2022

Exhibit 8