# EXHIBIT A

# ENTITY INFORMATION

Search Date and Time: 2/2/2025 10:53:54 PM

## Entity Details

| | | | |
|---|---|---|---|
| **Entity Name:** | KE ARMS, LLC | **Entity ID:** | L18409546 |
| **Entity Type:** | Domestic LLC | **Entity Status:** | Active |
| **Formation Date:** | 4/19/2013 | **Reason for Status:** | In Good Standing |
| **Approval Date:** | 5/1/2013 | **Status Date:** | |
| **Original Incorporation Date:** | 4/19/2013 | **Life Period:** | Perpetual |
| **Business Type:** | | **Last Annual Report Filed:** | |
| **Domicile State:** | Arizona | **Annual Report Due Date:** | |
| | | **Years Due:** | |
| **Original Publish Date:** | 6/7/2013 | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| **Name:** | MICHAEL KENNEY | **Appointed Status:** | Active |
| **Attention:** | | | |
| **Address:** | 3849 E OASIS CIR , MESA, AZ 85215, USA | | |
| **Agent Last Updated:** | 7/18/2013 | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | 3849 E OASIS CIR , MESA, AZ 85215, USA |

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

County:

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | BARBARA J KENNEY | | 4343 E MAGNOLIA ST, PHOENIX, AZ, 85034, USA | 8/31/2016 | 9/1/2016 |
| Member | MICHAEL KENNEY | | 3849 E OASIS CIR, MESA, AZ, 85215, USA | 4/19/2013 | 5/1/2013 |

Page 1 of 1, records 1 to 2 of 2

## Address

**Attention:**   **Address:** 4343 E MAGNOLIA STREET, PHOENIX, AZ, 85034, USA   **County:** Maricopa   **Last Updated:** 4/22/2013

## Entity Principal Office Address

**Attention:**   **Address:**   **County:**   **Last Updated:**

Back   Return to Search   Document History   Name/Restructuring History

Return to Results   Pending Documents   Microfilm History

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)