# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| GWACS ARMORY, LLC, | ) | Case No. 20-cv-341-JDR-SH |
| --- | --- | --- |
| | ) | BASE FILE |
| Plaintiff, | ) | |
| | ) | Consolidated with: 21-cv-107-JDR-SH |
| KE ARMS, LLC, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S COUNTER-DESIGNATION FOR PAUL LEVY'S DEPOSITION TAKEN ON JANUARY 10, 2022

Defendant KE ARMS, LLC, ("Defendant"), by and through its undersigned attorneys of record, hereby responds to Plaintiffs' Deposition Designations for Paul E. Levy (Dkt. 238) filed on January 22, 2025. Defendant makes the following counter-designations regarding the designated deposition testimony of Paul E. Levy.

| No. | Page & Line | | Page & Line |
| --- | --- | --- | --- |
| 1. | 11:20 | to | 12:4 |
| 2. | 16:4 | to | 18:4 |
| 3. | 20:5 | to | 20:16 |
| 4. | 27:9 | to | 27:19 |
| 5. | 29:19 | to | 29:19 |
| 6. | 30:21 | to | 31:4 |
| 7. | 35:5 | to | 35:5 |
| 8. | 36:18 | to | 36:23 |
| 9. | 38:16 | to | 38:16 |

1

| | | | |
|---|---|---|---|
| 10. | 39:21 | to | 40:13 |
| 11. | 40:23 | to | 41:2 |
| 12. | 43:15 | to | 43:23 |
| 13. | 47:7 | to | 47:10 |
| 14. | 47:15 | to | 47:17 |
| 15. | 54:16 | to | 54:24 |
| 16. | 55:4 | to | 55:4 |
| 17. | 69:17 | to | 69:17 |
| 18. | 77:21 | to | 78:3 |
| 19. | 87:1 | to | 87:1 |
| 20. | 90:10 | to | 90:20 |
| 21. | 91:10 | to | 91:22 |
| 22. | 94:1 | to | 94:3 |
| 23. | 94:15 | to | 94:22 |
| 24. | 95:11 | to | 95:11 |
| 25. | 96:3 | to | 97:10 |
| 26. | 100:9 | to | 100:13 |
| 27. | 101:22 | to | 101:25 |
| 28. | 104:7 | to | 104:24 |
| 29. | 107:12 | to | 107:16 |
| 30. | 112:20 | to | 113:18 |
| 31. | 114:21 | to | 114:25 |

MAC: 16075-001 (#5767922.1)

| 32. | 115:5 | to | 116:2 |
| 33. | 117:6 | to | 117:20 |
| 34. | 118:15 | to | 119:4 |
| 35. | 151:6 | to | 151:12 |
| 36. | 156:3 | to | 156:15 |
| 37. | 156:24 | to | 156:24 |
| 38. | 157:17 | to | 157:24 |

Dated this 3rd day of February 2025.

Respectfully submitted,
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

 */s/Robert P. Fitz-Patrick*
Robert P. Fitz-Patrick, OBA #14713
521 East 2nd Street. Suite 1200
Tulsa, OK  74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email:  rfitzpatrick@hallestill.com

AND

**MARQUIS AURBACH**

*/s/ Alexander K. Calaway*
Brian R. Hardy, Esq.(NV Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
(NV Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Dr, Las Vegas, NV 89145
bhardy@maclaw.com
acalaway@maclaw.com
702-382-0711
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 3rd day of February, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>James E. Weger, Esq.
>Tadd J.P. Bogan, Esq.
>JONES, GOTCHER & BOGAN, P.C.
>3800 First Place Tower, 15 East Fifth St.
>Tulsa, OK 74103
>ATTORNEYS FOR THE PLAINTIFF,
>GWACS ARMORY, LLC

             */s/ Cally Hatfield*

MAC: 16075-001 (#5767922.1)