## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GWACS ARMORY, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 20-cv-341-JDR-SH** |
| **KE ARMS, LLC,** | ) | **BASE FILE** |
| | ) | |
| | ) | Consolidated with: |
| | ) | Case No. 21-cv-107-JDR-SH |
| **Defendants.** | ) | |

## KE ARMS, LLC'S OBJECTIONS TO GWACS ARMORY LLC'S AMENDED PRETRIAL DISCLOSURES

In compliance with FRCP 26(a)(3) defendant/counterclaimant, KE Arms, LLC ("KEA"), by and through its undersigned attorneys of record, Marquis Aurbach, hereby submits its objections to the Plaintiff's Amended Rule 26(a)(3) Pretrial Disclosures (Dkt. No. 235) filed by plaintiff/counterdefendant GWACS Armory, LLC ("GWACS") on January 20, 2025. For the reasons set forth herein, the witnesses and exhibits listed on GWACS's Amended Pretrial Disclosures should be excluded at trial.

### I. OBJECTIONS TO PROPOSED WITNESSES

First, in its Pretrial Disclosures, GWACS vaguely indicates that it intends to elicit testimony from Ian Harrison, Jovan Beltran, Paul Levy, Randy Sperry, Shawn Nealon, and Scott Merrill regarding "facts and circumstances giving rise to Plaitinff's Complaint[.]" KEA objects on the ground that this proposed testimony pertains to dismissed parties and claims. See Dkt. #191. Similarly, based on the prior deposition testimony of some of these witnesses, their expected testimony at trial would only relate

to subjects previously ruled to be inadmissible. <u>See</u> Dkt. #216. Thus, the proposed testimony of these witnesses is irrelevant, unduly prejudicial and misleading to the jury. <u>See</u> Fed. R. Evid. 402, 403.

Second, in its Pretrial Disclosures, GWACS suggests that it will offer expert testimony by listing several expert reports in its proposed trial exhibits. KEA objects to GWACS' attempt to offer testimony of any expert witnesses in this case as GWACS has failed to disclose expert witnesses in the manner, or within the time, required by Fed. R. Civ. P. 26(a)(2). Moreover, GWACS's failure to make the requisite disclosures is neither harmless nor substantially justified. <u>See</u> <u>Jacobsen</u>, 287 F.3d at 952-53. Therefore, exclusion of GWACS's "expert witnesses" is mandated by Fed. R. Civ. P. 37(c)(1).

Further, KEA further objects that the proposed testimony is irrelevant, unduly prejudicial and misleading to the jury. <u>See</u> Fed. R. Evid. 401-403. Again, GWACS' presentation of expert testimony would only pertain to dismissed parties and claims (<u>see</u> Dkt. #191) as well as subjects previously ruled to be inadmissible by the Court (<u>see</u> Dkt. #216). Therefore, testimony from GWACS' "expert witnesses" would be irrelevant and unhelpful for the jury. Fed. R. Evid. 702(a), 402, 403.

## II. <u>OBJECTIONS TO PROPOSED EXHIBITS</u>

| Exhibit No. | Description | Bates No. | Objections |
|---|---|---|---|
| 4 | GWACS Facebook Post 01/10/2019 MKIII & MK 4 | Armory 0001 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R.</li></ul> |

2

| | | | |
|---|---|---|---|
| | | | • Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 6 | Asset Purchase and Sales Agreement dated 11/22/11 | KEA 178-186 & 39-40 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 7 | Email Jones/Phagan & Sales Packet 9/27/11 | KEA 2050-2073 (**correct numbers look like: KEA 88-92)* | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 8 | Brownells NDA 5/31/13 | KEA 44-46 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216<br>• |
| 11 | Brownells NDA 1/24/16 | KEA 47-49 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | <ul><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 14 | Emails Levy/Gudgel 10/5/18-10/29/18 | KEA 402-403 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 16 | Emails Armory to KEA Cease & Desist 4/7/20 | KEA 67-68 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 23 | Armory June 2021 Investment Executive Summary | Armory 234-242 *(**correct numbers are Armory 235-242)* | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li></ul> |
| 24 | Armory April 2018 Financing Executive Summary | Armory 144-160 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R.</li></ul> |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 26 | Phagan Sales Rep Agreement 2/25/13 | Depo Ex. 26 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 27 | SST NDA 5/9/13 | Depo Ex. 27 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 28 | Brownells Catalog CAV-15 MKII & MKIII | Depo Ex. 28 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |
| 31 | Brownells website KP-15 WWSD 2020 | Armory 182 | • Relevance - Fed. R. Evid. 401 & 403 |

5

MAC: 16075-001 (#5756441.1)
MAC: 16075-001 (#5756441.1)

| | | | • Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |
|---|---|---|---|
| 32 | Brownells website KP-15 WWSD 2020 | Armory 183-184 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |
| 33 | Brownells website KP-15 WWSD 2020 | Armory 185 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |
| 34 | Letter from Nealon to KE Arms dated 2/25/2016 | Armory-0118 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 35 | RECOIL article KE Arms Ann. Mk3 11/22/19 | Armory 172-177 *(\*\* we changed number to Armory* | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | *171)* | • R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |
| 36 | Purchase Page: KE Arms LLC – AR-15 KP-15 Stripped Lower Receivers Polymer | Armory-0179 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |
| 37 | 2nd Amendment Wholesale Website 11/13/20 | Armory 191-193 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 38 | Web Archive Article: KP-15 Polymer Receiver | Aromory-0307 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 40 | Online Post 9/16/11 CAV-15 for Sale Depo Ex. 40 | Depo Ex. 40 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 42 | Emails Phagan/Jones 10/31/11-11/19/11 | KEA 155-157 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 43 | Emails between GWACS & SST Re: Clarifications of sale in response to GWACS Questions 09/28/11 | Armory-0006-11 (**we added in bates numbers) | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 44 | SST NDA dated 10/6/11 | Armory 207-209 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 46 | LOI to SST & Emails 10/4/11 | KEA 96-100 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | <ul><li>Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 47 | Email Phagan to Jones 2/8/13 | Armory 202-204 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 48 | Phagan Resume 2013 | Armory 205-206 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 49 | Email Phagan to Jones 2/25/13 Sales Rep & NDA | Armory 2 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |

MAC: 16075-001 (#5756441.1)

| 53 | Email Phagan to Jones FedEx Packages 1/11/12 | KEA 206-208 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
|---|---|---|---|
| 54 | Emails Phagan/Jones 6/17/15 Re: Mold cad | KEA 215 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 56 | Email Phagan to Jones 6/2/15 Re: KEA NDA | Armory 243 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 57 | Email Levy to InRange Re: Brownells WWSD 4/9/18 | KEA 474 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Subject to Order in Limine - Dkt # 216 |
| 58 | Emails Levy/InRangeTV 9/6/18-9/10/18 | KEA 560-561 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 59 | Email Levy to Jones Receiver Update 9/10/18 | Armory 4-5 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 60 | Emails Gudgel/Levy & Levy/Phagan 9/11/18 | KEA 440-441 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 61 | Emails Levy/Jones & Levy/KEA&InRange 9/11/18 | KEA 482-483 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 62 | Emails Levy/Phagan & InRange 9/11/18 | KEA 721-723 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 63 | Text Messages b/w Phagan and Jones | Armory 311-333 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 65 | Email Phagan to Levy Re: GWAC Listing 8/15/19 | KEA 699-700 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 66 | Email Phagan to Levy WWSD 2020 8/27/19 | KEA 885 | • Relevance - Fed. R. Evid. 401 & 403 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | <ul><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 67 | Email Phagan to Levy Re: MK Submission 9/10/19 | KEA 705-709 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 68 | Email Phagan to Levy Re: Brownells WWSD 9/18/19 | KEA 724-725 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 69 | Email Phagan to Levy Re: Dist. Mk3 Design 10/9/19 | KEA 702-703 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| 70 | SST Post The KE Arms Poly. Rec. 11/22/19 | Depo Ex. 70 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 71 | Jerking the Trigger Article, It Lives… 11/22/19 | Armory 163-168 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 72 | Email Phagan to Levy RECOIL ad 11/22/19 | KEA 710-718 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 73 | Email Phagan to Levy MK3 Wireframe 11/27/19 | KEA 693-698 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li></ul> |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Subject to Order in Limine - Dkt # 216 |
| 74 | Emails Phagan/Levy 11/27/19 | KEA 729-730 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 75 | InRange WWSD 2020 Safety & Instruction Manual | KEA 927-950 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 77 | Email Phagan to Levy/Brownells 1/3/20710 | KEA 633-635 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 79 | Email Phagan to Levy Drop Box Link for Photos 1/20/20 | KEA 566 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. |

MAC: 16075-001 (#5756441.1)

| | | | R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
|---|---|---|---|
| 80 | Email Phagan to Levy Poly. Rec. Model Update 4/16/20 | KEA 596 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 90 | Emails Levy/InRangeTV/Gudgel 6/5/18 | KEA 378 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 91 | Email Phagan to Levy/InRangeWWSDMedia/Press 10/8/19 | KEA 701 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 92 | Roughrider/Wraithworks Variance 5/26/20 | KEA 1169-1172 | • Relevance - Fed. R. Evid. 401 & 403 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | <ul><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 93 | 2ndAmendment Wholesale Mailer WARP-15 | Armory 216 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 138 | Email Phagan to Armory 1/27/13 | KEA 2081 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 139 | Email Phagan to Jones 2/27/13 | KEA 2082 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |

MAC: 16075-001 (#5756441.1)

| 142 | Email Phagan to Jones 3/27/13 | KEA 2085 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
|---|---|---|---|
| 146 | Emails Phagan/Jones 5/9/13 | KEA 2101-2106 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 155 | Emails Levy/InRangeTV 4/13/18 | KEA 532 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 156 | Emails Jones/Levy 4/18/18 – 4/19/18 | Armory 261-262 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 158 | Email Brownells WWSD Variance 4/20/18 | KEA 411 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 159 | Emails Levy/Jones GWACS Armory CAV 15 4/20/18 | Armory 258-260 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 161 | Brownells Projected CAV-15 Orders 5/17/18 | Armory 110/413 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 165 | Email Phagan to Levy Re: PO 09585734 9/30/19 | KEA 704 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 168 | Email Phagan to Levy Re: PROTO-01 1/16/20 | KEA 598 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 169 | Emails Levy/Phagan Re: WWSD for IWA 1/11/20 | KEA 664 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 170 | Email Brownells/Levy/Phagan Shot Show 1/20/20 | KEA 645-649 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 171 | Email Levy to Phagan Pre-Orders 1/27/20 | KEA 640 | • Relevance - Fed. R. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 173 | Email Phagan to Levy Re: Release Date 2/12/20 | KEA 591 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 178 | Email Levy/InRange 2/4/21 & Royalty Agreement 4/12/18 | KEA 562-563 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 179 | Emails Levy/Phagan Re: WWSD First Batch 3/2/21 | KEA 662 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in |

MAC: 16075-001 (#5756441.1)

| | | | Limine - Dkt # 216 |
|---|---|---|---|
| 181 | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Dims | Depo Ex. 181 & 182 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 182 | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Dims | Depo Ex. 181 & 182 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 187 | Branson Invoices 12/27/19 | KEA 53-54 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 188 | Emails Phagan/Taylor/Sperry/Beltran 4/3/20-4/8/20 | Branson 1-3 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 190 | Emails Phagan/Beltran/Pivot Point 5/20/20-5/28/20 | Depo Ex. 190 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 191 | Demonstrative Exhibit CAV-15 & KP-15 Buttstock Surface Knit Line Dimensions | Depo Ex. 191 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 192 | KP-15 CAM file data screenshot | Depo Ex. 192 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 194 | Jordan Bowles Expert Report | Bowles 1-32<br>(**We added to | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | *the list as it was missing)* | Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216<br>• Failed to timely/properly disclose - Fed. R. Civ. P. 26(2) |
| 199 | Emails Sperry/Beltran/Phagan Serial Insert 3/17/20 | MDI 228-231 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 200 | Email from Phagan to Mow, Beltran & Mike@KEArms dated 5/14/2021 | Depo Ex. 200 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 201 | Emails Phagan to Pivot Point 5/20/21-5/21/21 | Depo Ex. 201 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Subject to Order in Limine - Dkt # 216 |
| 205 | MK3 Gate Style Comparison | MDI 3131 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 208 | Tool & Design Group Checks | T&DG 1-9 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 209 | KEA payments to TDG spreadsheet | T&DG 10 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 211 | Email Jones/Phagan 9/28/11 | Armory 6-11 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 212 | KEA NDA 6/2/15 | KEA 41-43 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 222 (no label) | Tool & Design Group Bank Statements & Checks | Zion STD 1-138 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 222a (no label) | Tool & Design Group Bank Statements | Zion STD 0001-0071 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 223 | RSR Group P.O.'s & Communications | RSR 2-36 | • Relevance - Fed. R. Evid. 401 & 403 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 228 | Brownell Invoices; Dated September 21, 2021 | KEA970-980 & 983-1086 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 229 | 2018-2020 Taxes | KEA1099 - KEA1107 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 230 | Brownells' Model/Serial No., KE Arms Manufacturing List dated December 2, 2020 | KEA603 - KEA606 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |

MAC: 16075-001 (#5756441.1)

| 233 | Email Jones to Phagan 6/2/15 Re: Invest. Opp. | Armory 432-436 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
|---|---|---|---|
| 234 | Email Phagan/Jones 6/2/15 Re: Suarez Group | Armory 411 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 236 | Emails Jones/Levy Re: Armory Next Gen. 11/13/17- 4/9/18 | Armory 488-497 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 240 | Email Levy to Jones New Prod. Sub. 5/17/18 | Armory 543 | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li></ul> |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Subject to Order in Limine - Dkt # 216 |
| 241 | Email Jones to Levy Re: Update 6/28/18 – 9/11/18 | Armory 546-552 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 242 | Brownells P.O. #09509744 11/16/18 | Armory 556-558 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 243 | Armory CAV-15 Sales Documents | Armory 264-295 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 246 | Annual Firearms Manufacturing & Expert Report for the Year 2020 Interim* | KEA1134 & KEA1157 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. |

MAC: 16075-001 (#5756441.1)

| | | | R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
|---|---|---|---|
| 247 | Molded Devices Documents | MDI 000001-90 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 248 | Highly Confidential Email | KEA 967 (**We added to the list as it was missing) | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 249 | Unit Costs for KP15 | KEA 1098 (**We added to the list as it was missing) | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 250 | Brownell's PO's with KEA | KEA 970-982, 983-1008,1009- | • Relevance - Fed. R. Evid. 401 & 403 |

MAC: 16075-001 (#5756441.1)

| | | 1040, 1041-1068, 1069-1086 975-1086 | • Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
|---|---|---|---|
| 251 | KEA 2nd Amendment Wholesale Sales Reports | KEA 1088- | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 252 | KEA Brownells Total Sales | KEA 1089 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 253 | KEA Sales to Brownells Jan. 1, 2019 – Sept. 29, 2021 | KEA 1090 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |

MAC: 16075-001 (#5756441.1)

| 254 | KEA Salse by Month Charts | KEA 1091 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
|---|---|---|---|
| 255 | KEA Sales by Item Summary Aug. 1, 2019 – Sept. 23, 2021 | KEA 1092 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 256 | KEA KP-15 Total Sales Cash | KEA 1093 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 257 | KEA Total sales to RSR Group | KEA 1094 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | • Subject to Order in Limine - Dkt # 216 |
| 258 | KEA Salse Wraithworks | KEA 1095 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 259 | KEA Sales Summaries | KEA 3047-3049 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 260 | RSR Group PO's | RSR 0001-0012 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 261 | RSR Group Email Re: Proposed Mo. Ship 6/17/21 | RSR 0018 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 262 | RSR Group Emails & Pricing 05/26/21 | RSR 0022 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 263 | RSR Group Emails & Pricing | RSR 0023-0026 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 264 | GWACS New Products Renderings | KEA 916 - 919 | • Relevance - Fed. R. Evid. 401 & 403<br>• Hearsay - Fed. R. Evid. 801 & 802<br>• Authentication - Fed. R. Evid. 901<br>• Foundation - Fed. R. Evid. 602<br>• Subject to Order in Limine - Dkt # 216 |
| 265 | 10/06/20 Colt Record from KEA | KEA 2117 | • Relevance - Fed. R. Evid. 401 & 403 |

MAC: 16075-001 (#5756441.1)

| | | | |
|---|---|---|---|
| | | | <ul><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li></ul> |
| 266 | Michael Rosten's Expert Report | | <ul><li>Relevance - Fed. R. Evid. 401 & 403</li><li>Hearsay - Fed. R. Evid. 801 & 802</li><li>Authentication - Fed. R. Evid. 901</li><li>Foundation - Fed. R. Evid. 602</li><li>Subject to Order in Limine - Dkt # 216</li><li>Failed to timely/properly disclose - Fed. R. Civ. P. 26(2)</li></ul> |

Dated: February 3, 2025

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

_/s/ Robert P. Fitz-Patrick_

Robert P. Fitz-Patrick, OBA #14713
521 East 2nd Street, Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: rfitzpatrick@hallestill.com

**ATTORNEYS FOR DEFENDANT**

**-AND-**

MAC: 16075-001 (#5756441.1)

**MARQUIS AURBACH**

/s/ *Alexander K. Calaway.*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Drive
Las Vegas, Nevada 89145
702-382-0711
bhardy@maclaw.com
acalaway@maclaw.com
**ATTORNEYS FOR DEFENDANT**

MAC: 16075-001 (#5756441.1)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 3rd day of February, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

James E. Weger, Esq.
Tadd J.P. Bogan, Esq.
JONES, GOTCHER & BOGAN, P.C.
15 East Fifth St, Suite 3800
Tulsa, OK 74103
ATTORNEYS FOR THE PLAINTIFF


*/s/ C. Hatfield*

MAC: 16075-001 (#5756441.1)