UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GWACS Armory, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KE Arms, LLC,<br><br>Defendant(s). | Case No.: 20-cv-341-JDR-SH,<br>consol. with   21-cv-107-JDR-SH<br>Proceeding: Jury Trial<br>Date: 2/10/2025 – 2/14/2025<br>Total Time: 30:03<br><br>**MINUTE SHEET – CIVIL TRIAL** |

John D. Russell, U.S. District Judge          C. Butler, Deputy Clerk          J. Golemboski, Reporter   CR1

Counsel for Plaintiff: James Weger, Tadd Bogan          Counsel for Defendant: Brian Hardy, Alex Calaway

Appears in Person:   ☒ Pltf. ☒ Deft. ☒ Parties announce ready   ☒ Jury impaneled & admonished
Opening Statement:   ☒ Pltf. ☒ Deft. ☒ Rule is invoked          ☐ Deft. defers until close of Pltf. Case

☒ Plaintiff presents case in chief with testimony of witnesses

Exhibits admitted:   ☒ Pltf. ☒ Deft. ☒ Plaintiff rests on 2/13/25.
Motion for:   ☐ Pltf. ☒ Deft. ☒ Judgment as matter/law   ☐ granted ☒ denied   ☐ MUA
Motion for:   ☐ Pltf. ☐ Deft. ☐ Dismissal          ☐ granted ☐ denied   ☐ MUA

☒ Defendant rests.

Presents rebuttal evidence with testimony of witnesses and rests:       ☐ Pltf.   ☐ Deft.

Jury returns:
☒ Parties rest          ☒ Closing Arguments
☒ Court instructs Jury   ☒ Bailiff sworn   ☒ Jury deliberates
☒ verdict   ☐ hung verdict   ☒ is polled   ☒ is discharged
Jury finds for:   ☐ Plaintiff   ☒ Defendant
☒ Exhibits returned to Parties
☒ Ordered that jury lunch paid for at Government expense on: 2/14/25

Court Time

| 2/10/25 | 2/11/25 | 2/12/25 | 2/13/25 | 2/14/25 |
|---|---|---|---|---|
| 9:05 – 10:10 am | 9:02 – 10:38 am | 9:00 – 10:31 am | 8:55 – 10:30 am | 8:15 – 9:05 am |
| 10:30 – 12:10 pm | 10:55 – 12:00 pm | 10:48 – 11:30 am | 10:40 – 12:10 pm | 9:15 – 11:27 am |
| 1:15 – 2:40 pm | 1:15 – 3:45 pm | 11:40 – 12:00 pm | 12:40 – 2:05 pm | 3:18 – 3:45 |
| 2:55 – 5:10 pm | 4:00 – 5:00 pm | 12:45 – 2:20 pm | 2:10 – 3:15 pm | |
| | | 2:35 – 3:55 pm | 3:23 – 4:00 pm | |
| | | 4:05 – 5:08 pm | 4:10 – 5:25 pm | |
| 6:25 | 6:11 | 6:31 | 7:27 | 3:29 |