Case 4:20-cv-00341-JDR-SH    Document 274-3 Filed in USDC ND/OK on 03/07/25    Page 1
Case 2:20-cv-01625-JJT   Document 11-6   Filed 09/24/20   Page 2 of 3
of 57

**From:** Rus Anderson [mailto:randerson@gwacsdefense.com]
**Sent:** Tuesday, April 21, 2020 1:38 PM
**To:** russell@kearms.com
**Cc:** Jud Gudgel <jgudgel@gwacs.us>; paul.levy@brownells.com
**Subject:** RE: Cease and Desist

Russell,

Please see the email below.  We have not received a response from you and would request you reply soon or we will have to consider other action to protect our rights.

*Rus*

Russell L. Anderson
Colonel USMC (Ret)
Director of Programs and Compliance
GWACS Defense, Inc.
GWACS Armory, LLC
7130 S. Lewis Ave, Ste 300
Tulsa, OK 74136
Office: 918-794-5670 Ext. 200
Fax:    918-794-5675
Cell:   918-232-0118


**From:** Rus Anderson
**Sent:** Tuesday, April 7, 2020 4:22 PM
**To:** russell@kearms.com
**Cc:** Jud Gudgel <jgudgel@gwacs.us>
**Subject:** Cease and Desist

1



KEA000067

Russell,

I am sending this email on behalf of Jud Gudgel and GWACS Armory, LLC.  Today it has come to our attention that you (more specifically, your employer, KE Arms) are  attempting to develop a GWACS CAV-15 M III in direct conflict with our intellectual property rights.  Please consider this email as a demand to Cease and Desist this activity immediately.

As you are aware, GWACS purchased all the equipment, molds, designs, and related IP from Calvary Arms in 2011, and own exclusive rights to such.  In 2015, we attempted to form a broader relationship with KE Arms in order to allow the manufacture of an aluminum version of the CAV15 MK II and MK III lower receiver for GWACS to market.  Under this premise, we shared our latest designs with you and jointly executed a Nondisclosure Agreement (NDA) of the designs (copy attached).  It appears that the MK III is the design you are currently attempting to market.

As mentioned above, by this email GWACS Armory is providing you official notice to Cease and Desist the use, manufacture and marketing of any designs, IP and other likeness to the GWACS Armory CAV 15 MKII and MKIII immediately.

We would be willing to discuss a licensing arrangement between GWACS and KE Arms, both as a manufacturer for GWACS Armory and as a manufacturer of a KE Arms Variant under license from GWACS.  If this is something you and your employer would be interested in pursuing, I look forward to hearing from you soon.

We have enjoyed a long and great relationship over the years and I would like to continue that relationship, if at all possible.  However, if we can't quickly come to a mutual agreement and licensing agreement, we will be forced to take legal action to protect our intellectual property.

*Rus*

Russell L. Anderson
Colonel USMC (Ret)
Director of Programs and Compliance
GWACS Defense, Inc.
GWACS Armory, LLC
7130 S. Lewis Ave, Ste 300
Tulsa, OK 74136
Office: 918-794-5670 Ext. 200
Fax:     918-794-5675
Cell:    918-232-0118

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

2

KEA000068

6/29/2021



1



## EXECUTIVE SUMMARY

- GWACS Armory, LLC. (GAL) is a federally licensed manufacturer and import/exporter of firearms. GAL manufactures and sells a Polymer semi-automatic AR-15 lower receiver known as the CAV-15 MK II as well as a fully automatic version for military and law enforcement customers. In 2012 GAL purchased the intellectual property, tooling, injection molding and vibration welding equipment to manufacture the CAV-15 MK II, an AR-15 Lower Receiver with a fixed stock. GAL moved the manufacturing equipment to Tulsa, OK in early 2012 spending approximately nine months getting manufacturing up and running; the CAV-15 MK II had not been in production since 2009.

- GAL is currently seeking $500,000 to finalize development and bring to market the new CAV-15A and CAV-15 MK III lower receivers/rifles. The CAV-15A and CAV-15 MK III benefit tremendously from advancements in modeling and injection mold tooling allowing for dramatically lower cost production and superior strength and aesthetics. The CAV-15A is an entirely new generation of the polymer AR-15 platform with an integrated collapsible stock.

- GAL's immediate focus is to finalize the development and have the new tooling built for the CAV-15A, CAV-15 MK III, and fore grip. We are nearing completion of an eight month development cycle on the new models as well as matching front furniture. Manufacturing process for the injection mold tooling will take approximately ten weeks. During this period GAL will focus our branding, marketing and advertising strategy to most effectively realize sales revenue and profitability for our stakeholders.

GWACS ARMORY, LLC     CONFIDENTIAL     MADE IN THE USA     2

2

1



Armory-0235

6/29/2021

CONFIDENTIAL

## INTRODUCTION

GAL is an engineering and firearms manufacturing innovator of polymer AR-15's in the commercial marketplace with an excellent reputation for quality products and superior customer service.

The CAV-15A and CAV-15 MK III will be the premier lightweight durable polymer AR-15 lower receivers with a significant cost advantage over comparable systems.

More than one million AR-15's were sold in 2012 and annual sales are estimated to increase 7 – 10% each year. Sales of AR-15 rifles and accessories are estimated to be between $1.25 and $2.0 billion annually.

GAL has established a dominate position within the AR-15 market segment for durable lightweight polymer solutions.

Use of funds:

- Completion of the next generation Polymer AR15 lower focused on improvements suggested by weapons experts, dealers and end customers.
- Investment in tooling for new products and additional manufacturing equipment to allow us to significantly reduce cost and enter the market as a high quality, low cost leader while maintaining excellent margins throughout the product line.
- Aggressive marketing campaign to increase brand recognition and sustain loyalty with current and future customers.

The vision and experience of our management team combined with an exceptional Advisory Board offers many years of combined experience in product development, manufacturing and sales providing the necessary ingredients to implement our comprehensive strategic plan.

GWACS ARMORY, LLC          CONFIDENTIAL          MADE IN THE USA          3

3

CONFIDENTIAL

## HIGHLIGHTS

➢ Technology leader for strength and durability in the lightweight AR-15 market

➢ Low cost producer and sales leader with excellent margins

➢ Multiple leading edge products

  ✓ Adjustable Stock CAV-15A

  ✓ Fixed Stock CAV-15 MK III

  ✓ Matching Fore Grip / Front Furniture

➢ Multiple Profitable Markets

  ✓ Commercial markets

  ✓ OEM

  ✓ Law Enforcement Markets

  ✓ Foreign Markets

GWACS ARMORY, LLC          CONFIDENTIAL          MADE IN THE USA          4

4

2

Armory-0236

6/29/2021

---

CONFIDENTIAL

## CAV-15A

The CAV-15A is the next generation polymer AR-15 lower which includes the most requested feature, an *integrated adjustable stock AR-15 platform with multiple butt stocks available* offering significant advantages in the AR-15 marketplace in form, function, quality and price.  Multiple features and traits from high end,  + $180, adjustable stocks.

Form -
- Latest injection molding process with exceptional fit and finish
- Multiple color options – Standard Black, FDE, Coyote Tan, O.D. Green and virtually any other color as well as factory Hydro-Coating
- Light Weight Polymer design  - 1lb 2 oz. stripped (includes adjustable stock) and 1lb 12 oz. populated and ready for an upper receiver.

Function -
- Fully-featured, adjustable butt stock  with a modular design that offers the stability of a fixed stock with consistent cheek weld in any position and eight-position length-of-pull (LOP) adjustment with an integral preset system allowing direct access to a preferred position for all size shooters and shooting styles.
- Based on the standard AR-15 platform
- Integrated ribbed buffer tube provides  greater reliable buffer operation in dirty environments
- Integrated single point sling mount(s)
- Larger integrated trigger guard for gloved hand operation

Quality -
- Limited Lifetime Warranty – Unique in the industry.
  - 1ˢᵗ  Year free replacement on material/manufacturing defects
  - After first year there is a $35 fee for replacement

MSRP Pricing -
- Stripped Retail Price  $179.00  (stripped lower receiver includes buffer tube, stock, pivot and take down pins, trigger guard)
- Fully Populated Retail Price $259.00

GWACS ARMORY, LLC    CONFIDENTIAL    MADE IN THE USA    5

5

---

CONFIDENTIAL

## CAV-15 MK III

The CAV-15 MK III receiver offers significant functional and cosmetic improvements over the current CAV-15 MK II.  GWACS Armory worked with existing customers of the CAV-15 MK II to incorporate functional and cosmetic improvements and the most desired features into the new CAV-15 MK III while lowering the MSRP considerably.

Form -
- Latest injection molding process with exceptional fit and finish
- Multiple color options – Standard Black, FDE, Coyote Tan, O.D. Green and virtually any other color as well as factory Hydro-Coating
- Light Weight Polymer design – 1lb-3oz. stripped and 1lb 12.3oz. populated and ready for an upper receiver.

Function -
- Based on the standard AR-15 platform
- Integrated ribbed buffer tube provides  greater reliable buffer operation in dirty environments
- Integrated single point sling mount(s)
- Larger integrated trigger guard for gloved hand operation

Quality -
- Limited Lifetime Warranty
  - 1ˢᵗ  Year free replacement on material/manufacturing defects
  - After first year there is a $35 fee for replacement

MSRP Pricing - %
- Stripped Retail Price  $139.00 (stripped lower receiver includes buffer tube, stock, pivot and take down pins, trigger guard)
- Fully Populated Retail Price $199

GWACS ARMORY, LLC    CONFIDENTIAL    MADE IN THE USA    6

6

3

Armory-0237

6/29/2021

---

CONFIDENTIAL

## LOW COST PRODUCER AND SALES LEADERSHIP STRATEGY

- Low Cost Sales Leader – MSRP at least 30% lower than Colt/Bushmaster. GAL low cost sales strategy will attract additional customers into the AR-15 market which is projected to see well over one million rifles sold in 2013.

- Low cost of production and high level of quality enables GAL to sell well below average industry prices penetrating the larger market while maintaining attractive profitability.

- Comparative Cost of Goods Sold:
  - GWACS GAR -15 - Total material cost per lower receiver is approximately $7.50 and can be produced at a rate of 60 units per hour per machine.
  - Colt/Bushmaster – Total cost of forgings and materials for a comparable lower receiver to the CAV-15A is over $205 with a production rate of approximately 5 – 8 per hour per machine.

- Marketing, advertising and sales:
  - GAL will have four channels to market.
    - Direct Retail Sales –Online/Storefront
    - Dealer Sales
    - Distribution Sales
    - Foreign Sales
      - Direct and through Import/Export Brokers

GWACS ARMORY, LLC               CONFIDENTIAL          MADE IN THE USA          7

7

---

CONFIDENTIAL

# GWACS Armory, LLC    COMPETITIVE COMPARISON

|  | Colt and Bushmaster (Aluminum – Screw In Buffer Tube) | New Frontier (Polymer – Screw In Buffer Tube) | GWACS - CAV-15A and CAV-15 MK III (Polymer – Integrated Buffer Tube) |
|---|---|---|---|
| Price (Populated Lower) |  | $169 | $199 and $259 |
| Weight |  | 1lb - 12oz | 1lb - 12oz and 1lb – 12.3oz |
| Adjustable Stock | Yes | Yes | CAV-15A Yes CAV-15 MK III - Fixed |
| Color(s) |  | Black | Primary – Black, Flat Dark Earth, OD Green, Coyote Tan Specialty – Zombie Green, Pink, Purple (Virtually any color can be matched) |
| Corrosion Resistance | Moderate Resistance | High Resistance | High Resistance |
| Durability – Flex | Metal Stays Bent | Breaks at Buffer Tube Connection | Designed to Flex (CAV-15 MK II has been run over by a truck and still functions today) |
| Banned in which States | NY, CT, NJ and MA | NY, CT, NJ and MA | CAV-15 MK III – NY CAV-15A NY, CT, NJ and MA |
| Full Auto | Yes |  | Yes |
| Manufacturability |  | - High Rate - Dependent on 3rd Party for Buffer Tube and Adjustable Stocks | - High Rate - Fully Manufactured by GWACS Armory in Tulsa, OK |
| Production Costs |  | Low | Low |

GWACS ARMORY, LLC               CONFIDENTIAL          MADE IN THE USA          8

8

4

Armory-0238

6/29/2021

CONFIDENTIAL

## STRENGTHS, WEAKNESS AND OPPORTUNITY

- **Strengths**
  - Management team with solid experience
  - Proven product already successful in the market
  - Great reputation for quality product and customer support
  - Relationships within the gun industry –Falcon Industries, Magpul, Colt, Adcor, JSE
  - Over 120 certified dealers and growing
- **Weakness**
  - Resources and equipment
  - Small buying power for third party items
  - Single product (CAV-15 MK II)
  - Very little Marketing and Advertising
- **Opportunity**
  - Market is migrating to custom AR-15 market where customers want choices in colors.
  - Glock and the CAV-15 MK II have "broken the glass ceiling" for polymer acceptance
  - The CAV-15 MK III and CAV-15A low production costs allow for large margins while enabling GWACS Armory to become the dominate low cost provider in the AR-15 marketplace
  - The projected AR-15 market continues to see healthy growth each year
  - Typical AR-15 owner has more than one and intends to buy more

GWACS ARMORY, LLC                    CONFIDENTIAL                    MADE IN THE USA          9

9

CONFIDENTIAL

## PROJECTED FINANCIAL HIGHLIGHTS

For the purposes of these forward looking projections we focused on sales of the CAV-15A and CAV-15 MK III to commercial markets and we have not included the large foreign markets. GAL projections assume penetrating the AR-15 Market capturing less than 2% - 5% of the current marketplace.



|  | Calendar Year Ended | | | | |
|---|---|---|---|---|---|
|  | 2016 | 2017 | 2018 | 2019 | 2020 |
| **Product Sales** | 1,141,058 | 16,077,590 | 22,222,546 | 29,553,206 | 39,691,461 |
| **Net Income Before Tax (loss)** | ($190,993) | $3,581,036 | $5,758,618 | $8,482,590 | $12,333,592 |
| **Dividend Distributions** | ($190,993) | $2,148,621 | $3,455,171 | $5,089,554 | $7,400,155 |

*2016 Sales Projections assume sales of CAV-15A and CAV-15 MK III in 4th Quarter Resulting in the "Hockey Stick" from 2016 - 2017
NOTE: Upper Receivers for complete rifles will be sourced from external manufacturers.

GWACS ARMORY, LLC                    CONFIDENTIAL                    MADE IN THE USA          10

10

5

Armory-0239

6/29/2021





Armory-0240

6/29/2021



13



14

Armory-0241

6/29/2021



15



16

8

Armory-0242

The Wayback Machine - https://web.archive.org/web/20201202125959/http://www.kearms.com/KP-15-polymer-receiver.aspx

LOGIN    VIEW CART    BECOME A DEALER 

DUE TO EXTREMELY HIGH ORDER VOLUMES. ORDERS MAY TAKE 2-3 WEEKS TO SHIP.
EMAILING US IS THE BEST WAY TO GET THROUGH. ORDER VOLUMES ARE INCREDIBLY HIGH.
WE CANNOT ANSWER PHONE CALLS IN REAL TIME AND PROCESS ORDERS.
PLEASE LEAVE A VOICEMAIL OR EMAIL US AND WE WILL GET BACK TO YOUR AS SOON AS POSSIBLE.
WE ARE NOT A RETAIL STORE

EXCELLENCE IN MANUFACTURING

Search: [          ] [GO]

HOME | SHOP | TECH/FAQ | CONTACT | OEM MFG

## KP-15 POLYMER RECEIVER



Brand:

Item #: 1-61-01-002

Availability: PRE ORDER
Will Ship in 6-10 Weeks

Price: **$199.95**

Configuration:
- ○ BLACK/Complete Mil-Spec Parts Kit Installed
- ○ BLACK/DMR Trigger Parts Kit (Mil-Spec Selector and Mag Catch) / add $90.00
- ○ BLACK/Complete Parts Kit with SLT-1 and Ambi Selector and Ambi Mag Catch Installed / add $240.00
- ○ FDE/Complete Mil-Spec Parts Kit Installed
- ○ FDE/DMR Trigger Parts Kit (Mil-Spec Selector and Mag Catch) / add $100.00
- ○ FDE/Complete Parts Kit with SLT-1 and Ambi Selector and Ambi Mag Catch Installed / add $240.00

Quantity: [ 1 ]    [ADD TO CART ▸]

## DESCRIPTION

**10-31-2020:**

Pre-Orders of the KP-15 receivers have been substantial. We are obligated to ship product to our industry partners like Brownell's who have had long standing orders first. By placing an order you understand it may take up to 6-8 weeks to fill orders for black receivers, and 8-10 weeks to fill orders for flat dark earth receivers.

The KP-15 is a monolithic polymer AR15 style receiver made from injection molded 30% glass filled nylon incorporating the buttstock, buffer tube, pistol grip, and trigger into the receiver design as integral components.

This manufacturing process offers several advantages

- Lighter weight compared to similarly configured receivers
- Lower cost to similarly configured receivers
- Increased production speed and elimination of sub components through integration; especially important during high demand cycles in the market.

PLAINTIFF'S
EXHIBIT
3B

Armory-0307

- KP-15 Polymer Receiver #1-61-01-0    https://web.archive.org/web/20201202123959/http://www.kearms.com/...

Features Include:

- Compatibility with most common AR15 uppers and lower parts kits
- Flared magwell to make reloads under stress easier to perform.
- A1 Length 13" Length of Pull (LOP) Buttstock to fit a wide range of shooters
- MLOK Slots at rear of stock for sling attachement points or run a strap through it for simple sling attachment
- Holes at the front of the stock for QD socket inserts for more sling attachment options
- Improved grip for comfortable use
- "Winter" Trigger Guard

Stripped Lowers Include (WE ARE ONLY SELLING COMPLETE LOWERS DIRECT CURRENTLY)

- Pivot and Take Down Pins
- KP-15 Selector Detent
- Buttplate
- 5/64" Roll Pin to Retain Buffer Detent

Technical Information

- The KP-15 receiver uses a Carbine buffer and spring
- The Take Down and Pivot Pins have the detents built into them; eliminating the spring and detent holes in the lower increases durability.
- The buffer detent (should you choose to use it) is held in place with a 5/64" Roll Pin
- The KP-15 is compatible with all Mil-Spec Fire Control Groups
- The KP-15 is compatible with cassette style match triggers including the KE Arms DMR and SLT units. The retention system of these triggers with D-Clips in the bushings to retain the fire control pins makes them better suited for use in the KP-15 than other designs that require captured pins.
- The hammer pin area is wider for durability; Standard AR15 hammer pins can still be used but we offer a longer hammer pin for customers preferring a flush pin for aesthetic reasons.
- Safety selector spring and detent load from the top and then the selector is slid over them. Standard selectors can work but removing them can be particularly difficult. We recommend the use of our optimized mil-spec selector or optimized ambi selector to make removal easier. Follow our assembly guide for further instructions.
- The KP-15 is compatible with standard AR15 uppers in calibers including .223/5.56mm NATO, .300 Blackout, 6.5mm Grendel, 6.8mm SPC; make sure you use the appropriate weight carbine buffer for your rifle to eject at 3:00-4:00.
- The KP-15 is compatible with 9mm blowback systems with a 5.4oz carbine buffer minimum. Use heavier buffers as long as your gun can cycle reliably. Failure to use this minimum buffer weight can damage the lower.
- Big Bores: .458 SOCOM, .50 Beowulf, .50 BMG: We will never test these calibers enough to guarantee function and durability over time; use at your own risk.

Cerakoting: If you intend to have your KP-15 Cerakoted we recommend you use We Plead the 2nd as they are experienced in coating polymer receivers and have our authorization. The bake should be done at low temperatures (<190 Degrees F) and with an upper in place to prevent warping.

Warranty:

The KP-15 has a lifetime warranty for normal use.
Sling Attachment points wearing out is not grounds for a receiver replacement.
If the receiver breaks through misuse or neglect, we will replace it ONCE for $65.00.

Structural modifications including stock shortening and removal of material and dyeing the receiver void the warranty.

If you intend to register your KP-15 as an NFA weapon test it thoroughly before doing so in a Title 1 Configuration. Once you Form 1 or Form 2 it, you are legally the manufacturer and we cannot service or support it as easily. Should your receiver require warranty replacement we can only replace it with a title I receiver and we are not responsible for tax stamps or NFA fees.

| Home | KE-15 | Tech Guide / FAQ | Privacy Policy | (c) 2013 |
| My Account | KE.308 | Contact Us | Return Policy | 480-256-9745 |
| My Cart | Swag | Warranty | Terms & Conditions | info@kearms.com |
| | | | Shipping Policy | 4343 E Magnolia St |
| | | | | Phoenix AZ 85034 |

Armory-0308

10/14/21, 12:56 PM

DUE TO EXTREMELY HIGH ORDER VOLUMES, ORDERS MAY TAKE 2-3 WEEKS TO SHIP.
EMAILING US IS THE BEST WAY TO GET THROUGH. ORDER VOLUMES ARE INCREDIBLY HIGH.
WE CANNOT ANSWER PHONE CALLS IN REAL TIME AND PROCESS ORDERS.
PLEASE LEAVE A VOICEMAIL OR EMAIL US AND WE WILL GET BACK TO YOUR AS SOON AS POSSIBLE.
WE ARE NOT A RETAIL STORE

LOGIN    VIEW CART    BECOME A DEALER

# KE ARMS
### EXCELLENCE IN MANUFACTURING

Search: [        ]  GO

HOME     SHOP     TECH/FAQ     CONTACT     OEM MFG

## KP-15 POLYMER RECEIVER



Brand:

Item #: 1-61-01-002

Availability: **PRE ORDER**
Will Ship in 8-10 Weeks

Price: **$199.95**

Configuration:
- BLACK/Complete Mil-Spec Parts Kit Installed
- BLACK/DMR Trigger Parts Kit (Mil-Spec Selector and Mag Catch) / add $90.00
- BLACK/Complete Parts Kit with SL1 and Ambi Selector and Ambi Mag Catch Installed / add $240.00
- FDE/Complete Mil-Spec Parts Kit Installed
- FDE/DMR Trigger Parts Kit (Mil-Spec Selector and Mag Catch) / add $100.00
- FDE/Complete Parts Kit with SL1 and Ambi Selector and Ambi Mag Catch Installed / add $240.00

Quantity:  1   ADD TO CART »



### DESCRIPTION

10-11-2020:
Pre-Orders of the KP-15 receivers have been substantial. We are obligated to ship product to our industry partners like Brownell's who have had long standing orders first. By placing an order you understand it may take up to 6-8 weeks to fill orders for black receivers, and 8-10 weeks to fill orders for flat dark earth receivers.

The KP-15 is a monolithic polymer AR15 style receiver made from injection molded 30% glass filled nylon incorporating the buttstock, buffer tube, pistol grip, and trigger into the receiver design as integral components.

This manufacturing process offers several advantages

- Lighter weight compared to similarly configured receivers
- Lower cost to similarly configured receivers
- Increased production speed and elimination of sub components through integration; especially important during high demand cycles in the market.

Features include:

- Compatibility with most common AR15 uppers and lower parts kits
- Flared magwell to make reloads under stress easier to perform.
- A t Length 13" Length of Pull (LOP) Buttstock to fit a wide range of shooters
- M-LOK Slots at rear of stock for sling attachment points or run a snap through it for simple sling attachment
- Holes at the front of the stock for QD socket inserts for more sling attachment options
- Improved grip for comfortable use
- "Winter" Trigger Guard

Shipped Lowers Include (WE ARE ONLY SELLING COMPLETE LOWERS DIRECT CURRENTLY)

- Pivot and Take Down Pins
- KP-15 Selector Detent
- Buttplate
- 5/64" Roll Pin to Retain Buffer Detent

Technical Information:

- The KP-15 receiver uses a Carbine buffer and spring
- The Take Down and Pivot Pins have the detents built into them; eliminating the spring and detent holes in the lower increases durability.
- The buffer detent should you choose to use it, is held in place with a 5/64" Roll Pin
- The KP-15 is compatible with all Mil-Spec Fire Control Groups.
- The KP-15 is compatible with currently style match triggers including the KE Arms DMR and SL1 trino. The retention system of these triggers with O-Clips in the bushings to retain the fire control pins makes them better suited for use in the KP-15 than other designs that require captured pins.
- The hammer pin area is wider for durability. Standard AR15 hammer pins can still be used but we offer a longer hammer pin for customers preferring a flush pin for aesthetic reasons.
- Safety selector spring and detent load from the top and then the selector is slid over them. Standard selectors can work but removing them can be particularly difficult. We recommend the use of our patented ml-spec selector or optimized ambi selector to make removal easier. Follow our assembly guide for further instructions.
- The KP-15 is compatible with standard AR15 uppers in calibers including .223/5.56mm NATO, .300 Blackout, 6.5mm Grendel, 6.8mm SPC; more sure you use the appropriate weight carbine buffer for your rifle to eject at 3:00-4:00.
- The KP-15 is compatible with 9mm blowback systems with a 5.4oz carbine buffer minimum. Use heavier buffers as long as your gun can cycle reliably. Failure to use this minimum buffer weight can damage the lower.
- Big Bores: .458 SOCOM, .50 Beowulf, .50 BMG: We will never test these calibers enough to guarantee function and durability over time; use at your own risk.

Gunsmithing: If you need to have your KP-15 Cerakoted we recommend you use We Plaad the 2nd as they are experienced in coating polymer receivers and have our authorization. The bake should be done at low temperatures (<180 Degrees F) and with an upper in place to prevent warping.

Warranty:

The KP-15 has a lifetime warranty for normal use.

Sling Attachment points wearing out is not grounds for a receiver replacement.
If the receiver breaks through misuse or neglect, we will replace it ONCE for $65.00.

Structural modifications including stock shortening and removal of material and dyeing the receiver void the warranty.

If you intend to register your KP-15 as an NFA weapon test it thoroughly before doing so in a Title I Configuration. Once you Form 1 or Form 2 it, you are legally the manufacturer and we cannot service or support it as easily. Should your receiver require warranty replacement we can only replace it with a Title I receiver and we are not responsible for tax stamps or NFA fees.

Home          KP-15          Tech Guide / FAQ       Privacy Policy        (c) 2013
My Account     KE-304         Contact Us            Return Policy          480-256-9745
My Cart        Swag           Warranty              Terms & Conditions     info@kearms.com
                                                    Shipping Policy        4543 E Magnolia St
                                                                           Phoenix AZ 85034

Ecommerce Software by AmeriCommerce                          Armory-0309

# Russell Phagan
www.SinistralRifleman.com

Contact
Tel : 480.466.8832
E-mail: SinistralRifleman@hotmail.com

## Objective

To secure a position in a well established company with a stable environment that will allow me to use my extensive knowledge and skills in the firearms industry.

## Key Skills

- Broad industry and product knowledge
- Experience in logistics
- Order & Vendor Management
- Product Purchasing & Resale
- Knowledge of Microsoft Office Programs
- Knowledge of QuickBooks Manufacturing & Wholesale Edition
- Computer/Internet Savvy
- Customer Service & Internet Sales

**PLAINTIFF'S EXHIBIT 48**

## Work Experience

### Cavalry Manufacturing, LLC
June 2010 – September 2012          Job Title: Office Manager

**Administrative/Office**
- Shipping and Receiving
- Purchasing
- Phone Sales and Customer Service
- Invoicing using Quickbooks Manufacturing and Wholesale Edition
- Created pricing structures for wholesale and OEM products
- Credit Card Processing
- Website updates
- Wrote instruction sheets/manuals for products, created internal company forms

**Management**
- Recruiting and hiring of employees
- In charge of running full operations in owners absence.
- Training in production duties and company procedures
- Production Scheduling and delegation of manufacturing duties to staff.
- Mediated and monitored a work environment of multiple employees.
- Payroll processing
- Managed vendor invoices, orders as well as collecting payments due and processing outgoing payments.
- Expanded networking through personal shooting blog, competitions and attending trade shows such as Shot Show for purchasing and sales.

**Manufacturing**
- Assembly of handguards, telestocks, and other products
- Packaging and shipping of products.
- Product evaluation and testing, Product Improvement and Troubleshooting

**Misc.**
- Produced and Edited Instructional and Advertising videos for Internet and trade shows
- Attended SHOT Show as company as purchaser/company rep

### Cavalry Arms Corporation
**2007-2010 Vice President**
**2004-2007 Office Manager**
**2001-2003 Assembly/General Labor**

1

Armory-0205

Administrative/Office
- Shipping and Receiving
- Purchasing
- Phone Sales and Customer Service
- Invoicing using Quickbooks Manufacturing and Wholesale Edition
- Created pricing structures for wholesale and OEM products
- Credit Card Processing
- Website updates
- Wrote instruction sheets/manuals for products, created internal company forms

Management
- Recruiting and hiring of employees
- Training in production duties and company procedures
- Production Scheduling

BATF/FFL Regulatory
- 4473 over the counter sales and NICS checks
- Manufacturing and A&D Log from August 2006 to March 2010
- Filed NFA Forms for manufacture, transfer, and sale
- Serializing of CAV-15 receivers
- Internal compliance audits

Manufacturing Related Duties
- Assembly of CAV-15 receivers and rifles
- Rifle/Receiver Warranty/Repair
- Assembly of handguards, telestocks, and other products
- Packaging of orders
- Product evaluation and testing, Product Improvement and Troubleshooting

Misc.
- Produced and Edited Instructional and Advertising videos for internet and trade shows
- Attended SHOT Show as company sales staff working a booth and as purchaser

Sinistral Shooting Technologies, LLC
2003-Present                          Job Title: Controlling Member

2003 Designed and Produced SST-870 and SST-590 AR15 stock adapter systems for Remington and Mossberg shotguns.
2005 Sold SST-870 and SST-590 to Cavalry Arms Corp.
2006 Testing and Evaluation of AGP Arms Saiga-12 Magazines
2010 Purchased CAV-15 Mold and IP from Cavalry Arms Corp.
2011 Negotiated asset sale of CAV-15 Mold and IP to GWACS Armory
2012 fall to present ongoing consulting for Smart Firearms Training Devices

Education
Mountain View High School Mesa, AZ Class of 2000
Mesa Community College 2000-2001
NRA Instructor Certification; Pistol, Personal Protection in the Home 2012
Multiple Firearms Operator/Tactical Class 2004-2008 (complete list available upon request)
Arizona Concealed Weapons Permit Holder since 2003

Activities and Interests
- Competitive Action Shooter (local and national) Complete match results available upon request.
- Blogger: Match, Training, Gear reviews and videos (www.SinistralRifleman.com)
- Youtube Channel with Shooting/Gear Videos with ~1,000 subscribers, and ~1,000,000 video views.

2

1:40

← Russell Phagen

**Thursday, Feb 22, 2018 · 2:20 PM**

Need to get some more black lowers coming

**Friday, Feb 23, 2018 · 12:27 PM**

**Thursday, Mar 8, 2018 · 6:25 PM**

I have another customer having the same issue with a receiver and our selector

Yep I think the mold may be done. I look around and send some earlier ones

I'm going to have these guys send it back to you otherwise it will have to go back through a dealer for the replacements

You  n't replace them?

Text message



Armory-311

1:40

← Russell Phagen

**Thursday, Mar 8, 2018 • 6:25 PM**

I have another customer having the same issue with a receiver and our selector

Yep I think the mold may be done. I look around and send some earlier ones

I'm going to have these guys send it back to you otherwise it will have to go back through a dealer for the replacements

You can't replace them?

**Wednesday, Mar 14, 2018 • 11:27 AM**

Please send one extra buttplate. Or I can take one off the lower I'm returning if that's allright

↓

⊕  🖼  Text message  ☺  🎤

Armory-312



1:40

← Russell Phagen

the lower I'm returning if thats allright

Ok

Monday, Mar 26, 2018 · 2:34 PM

Increase that order to 10 units please.  I had more orders come in over the weekend

Monday, Mar 26, 2018 · 5:46 PM

Ok

Friday, Mar 30, 2018 · 2:20 PM

I'm sending you three selectors that I tested in both our Cav-15 receivers. Neither had trouble. And worked fine. I will send seven extras. I cannot replicate the problem with a full tension spring and both arms installed

↓                           Great

Text message

1:40

← Russell Phagen

yesterday.... You can call again I'm open

Tuesday, Apr 17, 2018 • 2:32 PM

See

Yeah looks like the timing is just off

Wednesday, Apr 25, 2018 • 12:44 PM

Sorry I missed your call I'm at Fort Benning working an exercise I will call when I can or text me.

Monday, Apr 30, 2018 • 1:43 PM

Any update on the other 5 units to send us?

Yes I'm back and will get them boxed and shipped tomorrow

↓

Cool thanks

Text message

Armory-314



1:40

← Russell Phagen

Friday, Mar 30, 2018 • 8:57 PM

Not too late I leave to Dallas early tomorrow

Lol wrong person  Russell on that last one

No worries



Tuesday, Apr 3, 2018 • 2:27 PM

Are those receivers on the way?

No the anodized is ate up. Hopefully Thurs

You should just have us make these for you and trade us receivers lol    ↓



⊕  🖼  Text message    ☺  🎤

1:40

← Russell Phagen

receivers for

Wednesday, Apr 11, 2018 • 10:17 AM

Saw the pics. Looks functional but I think you'll be fighting an up hill battle aesthetics wise. Particularly when it comes to the grip unless you have pannels that are supposed to be added

Need to get Karl under NDA so you can get his input too

Yes please send his email address

info@inrange.tv

Thursday, Apr 12, 2018 • 10:29 AM

Did I miss your call yesterday.... You can call again I'm open

Tuesday, Apr , 2018 • 2:32 PM

Text message

1:40

← Russell Phagen

Yes I'm back and will get them boxed and shipped tomorrow

Cool thanks

Friday, May 18, 2018 • 10:21 AM

Did the new selectors still have issues?

Haven't had any problems with the lowers I assembled here

No issues except his lower.  I think his safety hole was over reemed

Gotcha

Monday, Jun 11, 2018 • 12:30 PM

Proceed... When you etch the logo we will want that as big as fits    ↓

Text message

Armory-317



1:40

← Russell Phagen

No issues except his lower. I think his safety hole was over reemed

Gotcha

Monday, Jun 11, 2018 · 12:30 PM

Proceed... When you etch the logo we will want that as big as fits

Wednesday, Jun 13, 2018 · 12:29 PM

You guys are getting a lot of messages to the GWACS Facebook page asking about order status and availability

Thanks

Wednesday, Jun 20, 2018 · 4:41 PM

Your lowers are at anodizing currently

↓

⊕  ▣  | Text message          ☺  🎤



1:39

← Russell Phagen

currently

Cool

Friday, Jun 22, 2018 • 11:00 AM

More messages on Facebook about lower availability

Are you close to running out?

Yep will be out by tomorrow.

Friday, Jun 29, 2018 • 7:20 PM

Your lowers are back from anodizing.  We'll start engraving them next week.

Ok

Thanks.

More questions piling up on Facebook too

↓

Text message

Armory-319

← Russell Phagen

> Yes I'm about to do an announcement

Do you have another run of MKIIs scheduled?

> Not at this time the current plan is shut down move to next gen and roll out big with several distributors. Which I will include you.

> They the customers are not going to be happy... They are already got pitch forks out

> But they will be happy when it finally comes together

I've noticed...I've told the Inrange patrons they should buy now if they want a MKII, change will be coming

Those units you sent me are all already sold ↓

⊕ 🖻 Text message ☺ 🎤

Armory-320

1:39

← Russell Phagen

...Inrange patrons they should buy now if they want a MKII, change will be coming

Those units you sent me are all already sold

I think we have 29 black blems. 14 zombie green. 24 more coyote tan that require some milling in the trigger well.  12 more pink. And 24 more mixed colors.... Between color shots

Give me a deal on the ones requiring work and I'll deal with it here

Ok ill put something together this weekend

How many units total did you guys produce since you got it?

↓   I think 6000 plus

Text message

1:39

← Russell Phagen

How many units total did you guys produce since you got it?

I think 6000 plus

I would have to go to the books to know for sure

Just curious

How many do you think you sold since the WWSD thing on Inrange?

3000 plus

And I have potential orders lined up go 9000 asap

I'm working a 500k investment that refurbs and buys new machines Two new molds and full on marketing campaign it will pay back the investor 850,000 plus 8percent equity

That's pretty awesome.  Let

Text message

Armory-322

← Russell Phagen

machines Two new molds and
full on marketing campaign
it will pay back the investor
850,000 plus 8percent equity

That's pretty awesome.  Let
me know what I can do to help
you roll it out.

Our new models will reduce
secondary ops by 50 percent

I am also working on a retail
box that is like Magpul for
better retail reponse

Regarding your public
statement I would include
something along the lines of

"We are thankful for
InRange TV's WWSD project
reinvigorating interest in the
product and allowing us to
sell all out our MKII product
line.
                    ↓

Text message

← Russell Phagen

This year the CAV-15 MKII turns 15 years old and the mold is due for some serious maintenance and the product like has been in need of a feature update for some time

The MKIV will incorporate a number of features we've wanted to add incorporate since acquiring the CAV-15 in 2012.  Some of these were recommended by Russell Phagan aka SinistralRifleman.com who has been involved with the CAV-15 product line since 2001,  others our engineers have included to improve manufacturing and meet the needs of the modern firearms market."

What are you anticipating the new weight to be?

↓
Variance and distribute MKIII

Text message

1:38

← Russell Phagen

feature update for some time

The MKIV will incorporate a number of features we've wanted to add incorporate since acquiring the CAV-15 in 2012. Some of these were recommended by Russell Phagan aka SinistralRifleman.com who has been involved with the CAV-15 product line since 2001, others our engineers have included to improve manufacturing and meet the needs of the modern firearms market."

What are you anticipating the new weight to be?

Variance and distribute MKIII will be the same the MKIV will be a couple of ounces lighter

What are you calling the MKIII?

↓

Text message

1:38

← Russell Phagen

I like what you just suggested and will use that

Tuesday, Jul 3, 2018 • 5:31 PM

Back in another meeting

Wednesday, Jul 25, 2018 • 2:48 PM

Laser engraving today

1-4 will be marked

GWACS ARMORY
SPECIAL EDITION
JENKS, OK

5-8

RESTRICTED FOR
GOVERNMENT AND LAW
ENFORCEMENT USE ONLY

Ok great!

↓

Wednesday, Jul 25, 2018 • 6:26 PM

Text message

1:38 

← Russell Phagen

Wednesday, Jul 25, 2018 • 6:26 PM

Test before commencing

Test lower

Looks good what do you think

I think it's good

I'll have start lasering the lowers if you're good with it

Wednesday, Jul 25, 2018 • 8:17 PM

I think we need to move the power series down some

Independent of the logo?

Move the logo down with the power series to iliminater the gap and that will work

I'd suggest just dro...

Text message

1:38

← Russell Phagen

I'd suggest just droppi

Yes

Good to go?

Thursday, Jul 26, 2018 • 5:51 PM

I lost one of my butt plate and screw sets, can you send me another please?

Sure

Thanks

Tuesday, Jul 31, 2018 • 6:18 PM

Lowers are shipping

Great your butt plate will ship in the morning

Thanks        ↓

⊕   🖼   | Text message        ☺   🎤

1:38

← Russell Phagen

Wednesday, Sep 5, 2018 • 8:34 PM

Did you get a chance to talk to Judd?

I did he wanted to see how his meeting tomorrow goes with an investor... I'll follow up with him and let you know

Ok

Even if you get the new investor going 6 months off the market waiting for new mold would be pretty rough

Wednesday, Sep 5, 2018 • 9:36 PM

Yep I know

Friday, Sep 7, 2018 • 8:53 AM

I'd like to set up a call with Jud. To talk about the InRange project. ↓

Text message

Armory-329

1:38

← Russell Phagen

___918-812-2444___ is his phone

Thanks

Monday, Sep 10, 2018 • 1:49 PM

Another point to mention to Jud is Mike is interested in investing in the MKiii.

Wednesday, Sep 12, 2018 • 8:17 PM

Good copy

Friday, Sep 14, 2018 • 12:55 PM

Any progress on setting up a conference call?

Friday, Sep 14, 2018 • 3:55 PM

Not yet he is working on our end

Monday, Sep 2, 2018 • 3:48 PM

Text message

1:37

← Russell Phagen

Not yet he is working on our end

Monday, Sep 24, 2018 • 3:48 PM

Hey man I need 2 buttplate and screws if you can send them out

Friday, Nov 16, 2018 • 6:49 PM

What email address did you want me to send that shipping label to?

Michelgjones@gmail.com

What's your address?

3134 E 146th Place S Bixby OK. 74008

Monday, Nov 19, 2018 • 2:08 PM

Mailed you an envelope with a label in it      ↓

⊕  🖼  Text message      ☺  🎤

1:37

← Russell Phagen

**Monday, Nov 19, 2018 • 8:20 PM**

Ok ill watch for it and let you know when I send

Thanks

http://www.kearms.com/CAV-15MKIIHammerPin.aspx

Nice lol

**Wednesday, Dec 5, 2018 • 7:24 PM**

Did the envelope arrive?

Yes I will get it sent in the morning!

Thanks I appreciate it!

**Thursday, Dec 20, 2018 • 11:49 AM**

Hey man did you ever get a chance to mail that buttplate?

Text message

1:37

← Russell Phagen

**Thursday, Dec 20, 2018 · 9:40 PM**

Damn I'm sorry I am putting it in a box tonight

Thanks

**Friday, Dec 21, 2018 · 6:58 PM**

Heard anything else from Jud about moving forward with new molds?   He never responded to me.

I have not I have not spoke with him much lately

Some people have gotten messages that new receivers will be available first quarter 2019....but I'm not holding my breath

12/21/18, 7:02 PM

🖼 Attach recent photo

⊕  ⧉  Text message          ☺  🎤

Armory-333

Message

| | |
|---|---|
| From: | russell@kearms.com [russell@kearms.com] |
| Sent: | 8/27/2019 3:56:57 PM |
| To: | Paul Levy [paul.levy@brownells.com] |
| Subject: | WWSD 2020/Polymer Receivers |
| Flag: | Flag for follow up |

Paul,

We are actively working on revising the CAV-15 MKII design to modernize it and refine things from a manufacturing perspective. We are currently 4-6 months out on mold completion.

It will be possible to have a 3D printed sample in the Brownell's booth at SHOT Show 2020. We are willing to help staff your booth to help answer product questions related to the rifles and receivers.

The pricing is as follows on a complete WWSD 2020 14.5" (with permanent flash hider rifle).

Price to Brownell's: $1219.51 each
MSRP: $1524.95

This pricing does not include packaging; I assume Brownell's will want to develop packaging for the rifles in line with your other projects.

It also does not include a magazine (Brownell's purchases magazines in much larger quantities than we do.)

This assumes a purchase order of 500 units as we discussed.

We are currently estimating pricing on stripped lowers at $99.95 MSRP each, Dealer at $74.95 each, Brownells Price at $59.95 each

Complete lowers with Mil-Spec Fire control ready to mount an upper. $174.95 MSRP each, $131.21 each dealer, $104.95 each for Brownells.

Please let me know your thoughts. With a PO for 500 units of rifles we will start putting things in motion to build them all.

Regards,

Russell Phagan
KE Arms
Sales & Marketing Director
480-466-8832



PLAINTIFF'S
EXHIBIT
66

RE: GWACS Armory CAV 15

Paul Levy <paul.levy@brownells.com>
Fri 4/20/2018 5:10 AM

To: Shel Jones <sjones@gwacsdefense.com>

Shel,

Based on that retail pricing for the lowers, we would probably be looking at the following:

CAV-15 MKIII
     Retail   $149
     Dealer  $120
     Cost    $89    (40%)

CAV-15 MKIV
     Retail   $179
     Dealer  $150
     Cost   $107   (40%)

At that pricing structure, with WWSO builds, we'd be looking at 3,000 MKIII lowers & 2,000 MKIV lowers the first year. That is a forecast on my part, and would obviously change depending on pricing.

Thank you.

Paul Levy
Director of Product Management



Email: paul.levy@brownells.com
Address: 3006 Brownells Pkwy, Grinnell, IA, 50112
Phone: 641-623-5401
Direct: 641-623-8026
OrderLine: 1-800-741-0015

NOTICE: This email message and all attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information, and is covered by federal and state law governing electronic communications. If you are not the intended recipient, you may not read, disseminate, distribute, copy or otherwise use this message or its attachments. If you have received this message in error, please contact the sender by reply email and destroy all electronic and paper copies of the original message. Thank you.

From: Shel Jones [mailto:sjones@gwacsdefense.com]
Sent: Thursday, April 19, 2018 1:46 PM
To: Paul Levy <paul.levy@brownells.com>
Subject: RE: GWACS Armory CAV 15

Paul,

Attached are two FFL s for GWACS the first one is the FFL that the variance should be against. This is the FFL we do all manufacturing 03970.



Armory-0258

We use the second FFL , 03657 for our transfers to customers as well as any firearms we purchase for resell.  This would also be the FFL I would use to buy from Brownells.

Pricing on the Next models
CAV-15 MKIII – Fixed A1 Stock with improvements, expanded trigger guard for use with gloves, QD Ports, improved finish, Standard 5.56 mag well
Retail $149 dollars, Dealer

CAV-15 MKIV – Adjustable Lower with fixed cheek weld, expanded trigger guard, multiple QD ports, removable hand quard plates, Standard 5.56 mag well
Retail $179 dollars

Can you tell me what the dealer and Brownell's prices should be.

Shel

From: Paul Levy <paul.levy@brownells.com>
Sent: Thursday, April 19, 2018 7:00 AM
To: Shel Jones <sjones@gwacsdefense.com>
Subject: RE: GWACS Armory CAV 15

Shel,

Yes, we'd be happy to pass along a letter of intent regarding quantity.  Can you advise on price structure?  I can't really pass along a quantity without knowing the cost.

Regarding the variance, let me get Faxon's Manufacturing FFL, and I'll pass along ours, that way we are all on the same page with the exact info.  Would you like us to submit the variance?  We would submit the variance with GWACS, and will note Faxon as an assembler.

Markings would likely be, but are not firm:

        Brownells Inc
        Montezuma, IA USA
        CAL 5.56x45mm
        WWSD

Serial number range: WWSD-10001 to WWSD-99999

**Paul Levy**
**Director of Product Management**



Email: paul.levy@brownells.com
Address: 3006 Brownells Pkwy, Grinnell, IA, 50112
Phone: 641-523-5401
Direct: 641-623-8026
OrderLine: 1-800-741-0015

Armory-0259

6/29/2021                                    Mail - Shel Jones - Outlook

NOTICE: This email message and all attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information, and is covered by federal and state law governing electronic communications. If you are not the intended recipient, you may not read, disseminate, distribute, copy or otherwise use this message or its attachments. If you have received this message in error, please contact the sender by reply email and destroy all electronic and paper copies of the original message. Thank you.

From: Shel Jones [mailto:sjones@gwacsdefense.com]
Sent: Wednesday, April 18, 2018 1:44 PM
To: Paul Levy <paul.levy@brownells.com>
Subject: GWACS Armory CAV 15

Paul,

Good talking to you again, I know we are excited about working with Brownells!

I brought up that we are seeking investment/financing to fund the new molds and some better equipment to make variance easier to do which will allow more flexibility and a much more appealing product. I was just updating our president and he mentioned that he could expedite us closing a deal if he had a letter of intent from Brownells to purchase a number of lowers over a period of time, higher being better.


Shel

Shel Jones

GWACS ARMORY LLC
1000 RIVERWALK TERRACE 1ST FLOOR
JENKS OK  74037
918-794-5670

Armory-0260



**BROWNELLS®**

*Serious About Firearms Since 1939™*

Brownells 2018 Projected Orders for GWACS MKIII, MKIV & WWSD Lower Receivers

All figures noted below are 2018 Projections as of 5-17-18. These figures do not reflect an active Purchase Order from Brownells Inc to GWACS Armory LLC.

MKIV Lower Receivers

- $107.00 per unit
    - G401    Black    2,400
    - G402    FDE    600
    - G403    OD Green    240

MKIII Lower Receivers

- $89.00 per unit
    - G301    Black    2,400
    - G302    FDE    600
    - G303    OD Green    240

WWSD Lower Receivers

- $89.00 per unit
    - GV301    Black    1,000
    - GV302    FDE    1,000
    - GV303    OD Green    0

Paul Levy

Director of Product Management

5-17-18

200 South Front Street • Montezuma, IA  50171-1000 USA
Main: 641.623.5401 • Fax: 641.623.3896 • Orders: 800.741.0015
www.brownells.com

Armory-0110



PLAINTIFF'S EXHIBIT
161

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST
PHOENIX, AZ 85034

NO MAT

1004

Key: 63086. 40   DATE 7/27/20

Initials: 0616428

PAY TO THE ORDER OF  *Branson*    $ 63,086.40

*Sixty Three Thousand, Eighty Six 40/100* DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM  800-492-8328

PER ENVELOPE

MEMO P019914

⑆122105320⑆   1004



PLAINTIFF'S EXHIBIT 20B Harrison

T&DG0001



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-522
121

1006

DATE 8/6/20

PAY TO THE ORDER OF Mold varx                    $ 3725 00

Thirty Seven Hundred Twenty five + 0/100 DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆1221053 20⑆                    1006

T&DG0003

TOOL & DESIGN GROUP LLC
4343 E. MAGNOLIA ST.
PHOENIX, AZ 85034

1007

DATE 10/1/20

PAY TO THE ORDER OF Moldworx

$18,625.00

Eighteen Thousand Six Hundred Twenty-Five DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8468

MEMO

⑈122405320⑈ 1007

Courier Pack

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST
PHOENIX, AZ 85034

91-932
1221

1008

DATE 12/10/20

PAY TO THE ORDER OF Branson                    $21,998.20

Twenty One Thousand Nine Hundred Ninety Eight 20/100

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.492.8468

MEMO INV 202121

⑈122105320⑈ 1008



T&DG0006

TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

1012

DATE 1/4/21

PAY TO THE ORDER OF  Moldvory                    $ 9550.

Ninety Five Hundred Fifty & 00/100    DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8448

MEMO  Inv 10912

⑆122105320⑆  ■■■■■  1012

T&DG0007

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-552
1221

1013

DATE 1/19/21

PAY TO
THE ORDER OF   Branson   PER ENVELOPE                    $ 5859.°°/₀₀

Fifty Eight hundred Fifty Nine 8 °°/100   DOLLARS

NATIONAL BANK OF ARIZONA NO MAT
WWW.NBARIZONA.COM | 800.497.8168

MEMO   205067

⑈122105320⑈   1013

T&DG0008

TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

PER ENVELOPE

1025

DATE 3/19/21

PAY TO THE ORDER OF Branson    NO MAT    $ 6870 —

Sixty Eight Hundred Seventy 8⁰⁰/100    DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO P015803

⑆122105320⑆    1025

T&DG0009

**Shel Jones**

| | |
|---|---|
| **From:** | Shel Jones |
| **Sent:** | Tuesday, June 2, 2015 2:21 PM |
| **To:** | russell@kearms.com |
| **Subject:** | RE: NDA |
| **Attachments:** | GWACS Armory Investment Opportunity 4.0.pptx |

Yes you should have this one?

**From:** russell@kearms.com [mailto:russell@kearms.com]
**Sent:** Tuesday, June 02, 2015 2:06 PM
**To:** Shel Jones
**Subject:** NDA

Shel,

Signed NDA from Mike and KE Arms Attached.  I can just give him the files I have already if that works.

Thanks,

Russell Phagan
KE Arms
Marketing Director
480-466-8832

1

PLAINTIFF'S EXHIBIT 233

Armory-0432



**Slide 1**

CONFIDENTIAL

# GWACS Armory, LLC

CAV-15A

CAV-15 MK III

CAV-15A

**Investment Executive Summary**

April 2015 – Confidential Discussion Materials

---

**Slide 2**

CONFIDENTIAL

### EXECUTIVE SUMMARY

- GWACS Armory, LLC. (GAL) is a federally licensed manufacturer and import/exporter of firearms. GAL manufactures and sells a Polymer semi-automatic AR-15 lower receiver known as the CAV-15 MK II as well as a fully automatic version for military and law enforcement customers. In 2012 GAL purchased the intellectual property, tooling, injection molding and vibration welding equipment to manufacture the CAV-15 MK II, an AR-15 Lower Receiver with a fixed stock. GAL moved the manufacturing equipment to Tulsa, OK in early 2012 spending approximately nine months getting manufacturing up and running; the CAV-15 MK II had not been in production since 2009.

- GAL is currently seeking $500,000 to finalize development and bring to market the new CAV-15A and CAV-15 MK III lower receivers/rifles. The CAV-15A and CAV-15 MK III benefit tremendously from advancements in modeling and injection mold tooling allowing for dramatically lower cost production and superior strength and aesthetics. The CAV-15A is an entirely new generation of the polymer AR-15 platform with an integrated collapsible stock.

- GAL's immediate focus is to finalize the development and have the new tooling built for the CAV-15A, CAV-15 MK III, and fore grip. We are nearing completion of an eight month development cycle on the new models as well as matching front furniture. Manufacturing process for the injection mold tooling will take approximately ten weeks. During this period GAL will focus our branding, marketing and advertising strategy to most effectively realize sales revenue and profitability for our stakeholders.

GWACS Armory, LLC

---

**Slide 3**

CONFIDENTIAL

### INTRODUCTION

GAL is an engineering and firearms manufacturing innovator of polymer AR-15's in the commercial marketplace with an excellent reputation for quality products and superior customer service.
The CAV-15A and CAV-15 MK III will be the premier lightweight durable polymer AR-15 lower receivers with a significant cost advantage over comparable systems.

More than one million AR-15's were sold in 2012 and annual sales are estimated to increase 7 – 10% each year. Sales of AR-15 rifles and accessories are estimated to be between $1.25 and $2.0 billion annually. GAL has established a dominate position within the AR-15 market segment for durable lightweight polymer solutions.

Use of funds:
- Completion of the next generation Polymer AR15 lower focused on improvements suggested by weapons experts, dealers and end customers.
- Investment in tooling for new products and additional manufacturing equipment to allow us to significantly reduce cost and enter the market as a high quality, low cost leader while maintaining excellent margins throughout the product line.
- Aggressive marketing campaign to increase brand recognition and sustain loyalty with current and future customers.

The vision and experience of our management team combined with an exceptional Advisory Board offers many years of combined experience in product development, manufacturing and sales providing the necessary ingredients to implement our comprehensive strategic plan.

GWACS Armory, LLC

---

**Slide 4**

CONFIDENTIAL

### HIGHLIGHTS

➢ Technology leader for strength and durability in the lightweight AR-15 market

➢ Low cost producer and sales leader with excellent margins

➢ Multiple leading edge products
- ✓ Adjustable Stock CAV-15A
- ✓ Fixed Stock CAV-15 MK III
- ✓ Matching Fore Grip / Front Furniture

➢ Multiple Profitable Markets
- ✓ Commercial markets
- ✓ OEM
- ✓ Law Enforcement Markets
- ✓ Foreign Markets

GWACS Armory, LLC

12/17/2021



**CAV-15A**

CONFIDENTIAL

The CAV-15A is the next generation polymer AR-15 lower which includes the most requested feature, an *integrated adjustable stock AR-15 platform with multiple butt stocks available* offering significant advantages in the AR-15 marketplace in form, function, quality and price. Multiple features and traits from high-end, + $180, adjustable stocks.

Form –
- Latest injection molding process with exceptional fit and finish
- Multiple color options – Standard Black, FDE, Coyote Tan, O.D. Green and virtually any other color as well as factory Hydro-Coating
- Light Weight Polymer design – 1 lb 2 oz. stripped (includes adjustable stock) and 1 lb 12 oz. populated and ready for an upper receiver.

Function –
- Fully featured, adjustable butt stock with a modular design that offers the stability of a rivet stock with consistent cheek weld in any position and slight positive length of pull (LOP) adjustment with an integral preset system allowing direct access to a preferred position for all size shooters and shooting styles.
- Based on the standard AR-15 platform
- Integrated ribbed buffer tube provides greater reliable buffer operation in dirty environments
- Integrated single point sling mount(s)
- Larger integrated trigger guard for gloved hand operation

Quality –
- Limited Lifetime Warranty – Unique in the industry
  - 1st Year free replacement on material/manufacturing defects
  - After first year there is a $35 fee for replacement

MSRP Pricing –
- Stripped Retail Price $178.00 (stripped lower receiver includes buffer tube, stock, pivot and take down pins, trigger guard)
- Fully Populated Retail Price $259.00

5

**CAV-15 MK III**

CONFIDENTIAL

The CAV-15 MK III receiver offers significant functional and cosmetic improvements over the current CAV-15 MK II. GWACS Armory worked with existing customers of the CAV-15 MK II to incorporate functional and cosmetic improvements and the most desired features into the new CAV-15 MK III while lowering the MSRP considerably.

Form –
- Latest injection molding process with exceptional fit and finish
- Multiple color options – Standard Black, FDE, Coyote Tan, O.D. Green and virtually any other color as well as factory Hydro-Coating
- Light Weight Polymer design – 1 lb 3oz. stripped and 1 lb 12 3oz. populated and ready for an upper receiver.

Function –
- Based on the standard AR-15 platform
- Integrated ribbed buffer tube provides greater reliable buffer operation in dirty environments
- Integrated single point sling mount(s)
- Larger integrated trigger guard for gloved hand operation

Quality – %
- Limited Lifetime Warranty
  - 1st Year free replacement on material/manufacturing defects
  - After first year there is a $35 fee for replacement

MSRP Pricing – %
- Stripped Retail Price $118.00 (stripped lower receiver includes buffer tube, stock, pivot and take down pins, trigger guard)
- Fully Populated Retail Price $199

6

**LOW COST PRODUCER AND SALES LEADERSHIP STRATEGY**

CONFIDENTIAL

- Low Cost Sales Leader – MSRP at least 30% lower than Colt/Bushmaster. GAL low cost sales strategy will attract additional customers into the AR-15 market which is projected to see well over one million rifles sold in 2013.

- Low cost of production and high level of quality enables GAL to sell well below average industry prices penetrating the larger market while maintaining attractive profitability.

- Comparative Cost of Goods Sold:
  - GWACS GAR -15 – Total material cost per lower receiver is approximately $7.50 and can be produced at a rate of 60 units per hour per machine.
  - Colt/Bushmaster – Total cost of forgings and materials for a comparable lower receiver to the CAV-15A is over $205 with a production rate of approximately 5 – 8 per hour per machine.

- Marketing, advertising and sales:
  - GAL will have four channels to market.
    - Direct Retail Sales – Online/Storefront
    - Dealer Sales
    - Distribution Sales
    - Foreign Sales
      - Direct and through Import/Export Brokers

7

**GWACS Armory, LLC     COMPETITIVE COMPARISON**

CONFIDENTIAL

| | Colt and Bushmaster (Aluminum – Screw in Buffer Tube) | | New Powder (Polymer – Screw in Buffer Tube) | GWACS - CAV-15A and CAV-15 MK III (Polymer – Integrated Buffer Tube) |
|---|---|---|---|---|
| Price (Populated Lower) | | | Lower | $175 and $299 |
| Weight | | | 3lb – 13"OZ | 1lb – 12oz and 1 lb – 12 .3oz |
| Adjustable Stock | | Yes | | Yes CAV-15 MK III – No Available CAV-15 MK III – Yes |
| Count(s) | | | | Primary – Black Plus Dark Earth, O.D. Green, Coyote Tan plus other Plus any Custom Green, Blue, Purple Hydro-coating finishes can be matched |
| Corrosion Resistance | Moderate Resistance | | High Resistance | High Resistance |
| Durability – Flex | Major Stress Fees | | Breaks at Buffer Tube / Threads | Yes Flex CAV-15 MK II has stood up well and a Major and stiff condition tested |
| Warrant in which / Repair | 1st / 2nd Year at MA | | 1st / 2nd Year at MA | LAW 15 MK III ←1st Jan 15A 5/F, CT, No u MA |
| Full Auto | Yes | | | Yes |
| Manufacture/Design | | | Large Asia Dependent on 3rd Parts for Buffer Tube and Adjustable Stocks | Fully Made Fully Manufactured by GWACS Armory in Tulsa, OK |
| Production Costs | | | High | Low |

8

Armory-0434

2









9

10

11

12

Armory-0435

3



13



14



15



16