UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GWACS Armory, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:20-cv-341-JDR-SH |
| | ) | (BASE FILE) |
| v. | ) | |
| | ) | Consolidated with: |
| **KE Arms, LLC, et al,** | ) | 21-cv-107-JDR-SH |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S POSITION ON DECLARATIONS REQUESTED BY KE ARMS, LLC

**COMES NOW**, Plaintiff, GWACS Armory, LLC, and pursuant to the Court's *Order* [Dkt. #275] of March 11, 2025, states that it agrees that KE Arms, LLC's declaratory judgment claim has been rendered moot by the jury's verdict. *See Columbian Fin. Corp. v. BancInsure, Inc.*, 650 F.3d 1372, 1381 (10th Cir. 2011).

Respectfully submitted,

**JONES, GOTCHER & BOGAN, P.C.**

 s/Tadd J.P. Bogan
Tadd J.P. Bogan, OBA #20962
James E. Weger, OBA #9437
3800 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103
Telephone: (918)581-8200
Facsimile: (918)583-1189
E-Mail:  tbogan@jonesgotcher.com
          jweger@jonesgotcher.com
**Attorneys for Plaintiff, GWACS Armory, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the record currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                s/Tadd J.P. Bogan
                                                 Tadd J. P. Bogan