# United States District Court

## for the Northern District of Oklahoma

Case No. 20-cv-341-JDR-SH

CONSOLIDATED WITH

Case No. 21-cv-107-JDR-SH

GWACS ARMORY, LLC,

*Plaintiff*,

*versus*

KE ARMS, LLC,

*Defendant*.

*and*

KE ARMS, LLC,

*Plaintiff*,

*versus*

GWACS ARMORY, LLC,

*Defendant*.

## JUDGMENT

These consolidated actions came on for jury trial before the Court, Honorable John D. Russell presiding, and a verdict [Dkt.272] was duly rendered in favor of KE Arms, LLC with respect to GWACS Armory, LLC's claims for federal trade secret misappropriation, state-law trade secret misappropriation, and breach of contract. Following the verdict, the parties

Case No. 20-cv-341
c/w Case No. 21-cv-107

agreed that KE Arms, LLC's claim for declaratory judgment has been rendered moot by that verdict. *See* Dkts. 276, 277.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment for KE Arms, LLC and against GWACS Armory is hereby entered on GWACS Armory, LLC's claims for federal trade secret misappropriation, state-law trade secret misappropriation, and breach of contract. All remaining claims are moot by agreement. No money damages are awarded with respect to any claims.

DATED this 19th day of March 2025.

_____
JOHN D. RUSSELL
*United States District Judge*