CONFIDENTIAL



PLAINTIFF'S EXHIBIT 24

tabbies®

Armory-0144

1

# GWACS Armory, LLC



CAV-15 MK III

CAV-15 MK 4

## Financing Executive Summary

April 2018 – Confidential Discussion Materials

MADE IN THE USA
JENKS, OKLAHOMA

CONFIDENTIAL

GWACS ARMORY, LLC

CONFIDENTIAL

# EXECUTIVE SUMMARY

- GWACS Armory, LLC. (GAL) is a Federally licensed manufacturer and import/exporter of firearms. GAL manufactures and sells a Polymer semi-automatic AR-15 lower receiver known as the CAV-15 MK II as well as a fully automatic version for military and law enforcement customers. In 2012 GAL purchased the intellectual property, tooling, injection molding and vibration welding equipment to manufacture the CAV-15 MK II, an AR-15 Lower Receiver with a fixed stock. GAL moved the manufacturing equipment to Tulsa, OK in early 2012 spending approximately nine months getting manufacturing up and running; the CAV-15 MK II had not been in production since 2009. With only a small amount of Facebook advertising (banned for the last 3 years) GWACS currently has over 100,000 followers on Facebook and has manufactured over several thousand GWACS CAV-15 MK II lower receivers (mold is end of life).

- GAL has spent approximately two years designing the next generation lowers and is currently seeking financing and/or investment of $500,000 for equipment, tools/molds and commercial deployment for the next generation CAV-15 MK III (replacement for current generation which includes customers most requested modifications) and CAV-15 MK 4 which is the new adjustable stock platform based on the successful core design of the CAV-15 MK II. Both the CAV-15 MK 4 and CAV-15 MK III benefit tremendously from advancements in modeling and injection mold tooling allowing for dramatically lower cost production and superior strength and aesthetics. The CAV-15 MK 4 is an entirely new generation of the polymer AR-15 platform with an integrated collapsible stock.

- GAL's immediate focus is to finalize the development and have the new tooling built for the CAV-15 MK 4, CAV-15 MK III. We have completed an 18 month design and development cycle for the new models. Manufacturing process for the injection mold tooling will take approximately ten weeks.

**Armory-0145**

CONFIDENTIAL

## INTRODUCTION

GAL is an engineering and firearms manufacturing innovator of polymer AR-15's in the commercial marketplace with an excellent reputation for quality products and superior customer service.

The CAV-15 MK 4 and CAV-15 MK III will be the premier lightweight durable polymer AR-15 lower receivers with a significant cost advantage over comparable systems.

More than one million AR-15's were sold in 2012 and annual sales are estimated to increase 7 – 10% each year. Sales of AR-15 rifles and accessories are estimated to be between $1.25 and $2.0 billion annually.

GAL has established a dominate position within the AR-15 market segment for durable lightweight polymer solutions.

Use of funds:

- Investment in tooling/molds for both the CAV-15 MK 4 and CAV-15 MK III and additional manufacturing equipment to allow us to significantly reduce production cost, re-enter the market as a high quality, low cost leader and provide "low volume variance manufacturing" for dealers and distributors wanting their own branded CAV-15 further increasing market share while maintaining excellent margins throughout the product line.

- Aggressive marketing campaign to increase brand recognition and sustain loyalty with current and future customers.

CONFIDENTIAL

# HIGHLIGHTS

⋏ Technology leader for strength and durability in the lightweight AR-15 market

⋏ Low cost producer and sales leader with excellent margins

⋏ Multiple leading edge products

  ✓ Adjustable Stock CAV-15 MK 4 (New to Market)

  ✓ Fixed Stock CAV-15 MK III (Improved CAV-15 MK II with customer driven feedback and requests)

⋏ Multiple Profitable Markets

  ✓ Commercial markets

  ✓ OEM

  ✓ Law Enforcement Markets

  ✓ Foreign Markets

GWACS ARMORY, LLC

CONFIDENTIAL

MADE IN THE USA
JENKS, OKLAHOMA

4

**Armory-0147**

CONFIDENTIAL

# CAV-15 MK 4

The CAV-15 MK 4 is the next generation polymer AR-15 lower which includes the most requested feature, an **integrated adjustable stock AR-15 platform with multiple butt stocks available** offering significant advantages in the AR-15 marketplace in form, function, quality and price.

Form –

- Latest injection molding process with exceptional fit and finish
- Multiple color options – Standard Black, FDE, Coyote Tan, O.D. Green and virtually any other color as well as factory Hydro-Coating
- Light Weight Polymer design - 1lb 2 oz. stripped (includes adjustable stock) and 1lb 12 oz. populated and ready for an upper receiver.

Function -

- Fully-featured, adjustable butt stock with a modular design that offers the stability of a fixed stock with consistent cheek weld in any position and eight-position length-of-pull (LOP) adjustment with an integral preset system allowing direct access to a preferred position for all size shooters and shooting styles.
- Based on the standard AR-15/M4 platform
- Integrated aluminum buffer tube
- Same strength and stability as a fixed stock with a consistent cheek weld in any position maintaining comfort and target consistency.
- Integrated single point sling mount(s)
- Larger integrated trigger guard for gloved hand operation

Quality –

- Limited Lifetime Warranty – Unique in the industry.
  - 1st Year free replacement on material/manufacturing defects
  - After first year there is a $35 fee for replacement

MSRP Pricing – CAV-15 MK 4
- Stripped MSRP Price of $179.00 (stripped lower receiver includes buffer tube, stock, pivot and take down pins, trigger guard)
- Fully Populated Retail Price $259.00

Armory-0148

CONFIDENTIAL

# CAV-15 MK III

The CAV-15 MK III receiver offers significant functional and cosmetic improvements over the current CAV-15 MK II. GWACS Armory worked with existing customers of the CAV-15 MK II to incorporate functional and cosmetic improvements and the most desired features into the new CAV-15 MK III while lowering the MSRP considerably.

Form -

- Latest injection molding process with exceptional fit and finish
- Multiple color options – Standard Black, FDE, Coyote Tan, O.D. Green and virtually any other color as well as factory Hydro-Coating
- Light Weight Polymer design - 1lb 3oz. stripped and 1lb 12.3oz. populated and ready for an upper receiver.

Function -

- Based on the original M16A2 platform and current standard AR-15 platform
- Integrated ribbed buffer tube provides greater reliable buffer operation in dirty environments
- Integrated single point sling mount(s)
- Larger integrated trigger guard for gloved hand operation

Quality -

- Limited Lifetime Warranty
  - 1st Year free replacement on material/manufacturing defects
  - After first year there is a $35 fee for replacement

MSRP Pricing – CAV-15 MK III

- Stripped Retail Price  $149.00 (stripped lower receiver includes buffer tube, stock, pivot and take down pins, trigger guard)
- Fully Populated Retail Price $229.00

CONFIDENTIAL

# LOW COST PRODUCER AND SALES LEADERSHIP STRATEGY

- Low Cost Sales Leader – MSRP at least 30% lower than Colt/Bushmaster comparably equiped. GAL low cost sales strategy will attract additional customers into the AR-15 market which is projected to see well over one million rifles sold in 2018.

- Low cost of production and high level of quality enables GAL to sell well below average industry prices penetrating the larger market while maintaining attractive profitability.

- Comparative Cost of Goods Sold:
  - GWACS CAV-15 MK 4 - Total material cost per lower receiver is approximately $19.50 and can be produced at a rate of 30 units per hour per machine.
  - Colt/Bushmaster – Total cost of forgings and materials for a comparable lower receiver to the CAV-15 MK 4 is over $100 with a production rate of approximately 5 – 8 per hour per lower receiver per machine.

- Marketing, advertising and sales:
  - GAL will have four channels to market.
    - Direct Retail Sales –Online/Storefront
    - Dealer Sales – (Currently have 127 active dealers)
    - Distribution Sales
    - Foreign Sales
      - Direct and through Import/Export Brokers

GWACS ARMORY, LLC                    CONFIDENTIAL                    MADE IN THE USA
                                                                    JENKS, OKLAHOMA

7

**Armory-0150**

CONFIDENTIAL

# CAV-15 MK 4



- $179.99
- Fixed cheek well
- Combat glove trigger guard
- 1.3 lbs lighter
- Adjustable pistol grip with attachments



- Comparable Stripped Lower $266.82 with parts from Brownell's

GWACS ARMORY, LLC
CONFIDENTIAL
MADE IN THE USA
JENKS, OKLAHOMA

CONFIDENTIAL

# GWACS Armory, LLC    COMPETITIVE COMPARISON

| | Typical Aluminum Comparably Configured | GWACS - CAV-15 MK III and CAV-15 MK 4 (Polymer – Integrated Buffer Tube) | |
|---|---|---|---|
| Price (Populated Lower) | $266 | $149 MK III<br>$179 MK 4 | $117 Lower MSRP<br>$87 Lower MSRP |
| Weight | 2lbs 5.3oz | 1lb 3.7oz MK III<br>1lb 3.2oz MK 4 | 48% Lighter<br>49% Lighter |
| Adjustable Stock | Yes | CAV-15 MK III - Fixed<br>CAV-15 MK 4 – Yes | |
| Color(s) | Black | Primary – Black, Flat Dark Earth, OD Green, Coyote Tan<br>Specialty – Zombie Green, Pink, Purple<br>(Virtually any color can be matched) | |
| Corrosion Resistance | Moderate Resistance | High Resistance | |
| Durability – Flex | Metal Stays Bent | Designed to Flex<br>(CAV-15 MK II has been run over by a truck and still functions today) | |
| Banned in which States | NY, CT, NJ, CA and MA | CAV-15 MK III – NY<br>CAV-15 MK 4 NY, CT, NJ, CA and MA | |
| Full Auto | Yes | Yes | |
| Manufacturability | - Low Rate CNC Machine - Dependent on 3ʳᵈ Party Forgings (Billet Lowers 3X the Cost) | - High Rate -<br>Fully Manufactured by GWACS Armory in Tulsa, OK | |
| Production Costs | High | Low | |

MADE IN THE USA
JENKS, OKLAHOMA

**Armory-0152**

CONFIDENTIAL

GWACS ARMORY, LLC

CONFIDENTIAL

# STRENGTHS, WEAKNESS AND OPPORTUNITY

- Strengths
  - Management team with solid production, development and arms sales experience
  - Proven product already successful in the market
  - Great reputation for quality product and Customer Support/Service
  - Relationships within the gun industry – Brownells, RSR Group, KE Arms, Faxon Armory, Falcon Industries, JSE and more
  - 127 current certified socking dealers and growing

- Weakness
  - Resources and equipment
  - Small buying power for third party items
  - Single product (CAV-15 MK II)
  - Very little Marketing and Advertising

- Opportunity
  - Market has migrated to custom AR-15's where customers want choices in colors.
  - Glock and the CAV-15 MK II have "broken the glass ceiling" for polymer acceptance
  - The CAV-15 MK III and CAV-15 MK 4 low production costs allow for large margins while enabling GWACS Armory to become the dominate low cost manufacturer in the AR-15 marketplace
  - The projected AR-15 market continues to see healthy growth each year
  - Typical AR-15 owner has more than one and intends to buy more

CONFIDENTIAL

## PROJECTED FINANCIAL PROJECTION HIGHLIGHTS

For the purposes of these forward looking projections we focused on sales of the CAV-15 MK 4 and CAV-15 MK III to commercial markets and we have not included the large foreign markets. GAL projections are partially based on feedback from direct discussions with dealers and manufacturers.

### Projections[1]

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Product Sales | $1,873,286 | $2,373,700 | $2,951,123 | $3,643,332 | $4,504,036 |
| Net income Before Tax (loss) | $1,014,034 | $783,668 | $1,077,952 | $1,459,534 | $1,904,689 |

[1]We believe the above projections are conservative with approximately 50% of the volume made up by Brownell's projected sales of lowers GWACS will manufacture under variance that are marked "Brownell's - Model WWSD" (CAV-15 MK III) as well as Brownell's will be a dealer for the GWACS CAV 15 MK III and GWACS CAV-15 MK 4 lower receivers.

### Use of Funds

| | |
|---|---|
| Equipment, Tooling, Hardware and Software | $275,500 |
| Marketing, Product Development, Legal and Operating Capital and Reserve | $60,000 |
| Operating Capital | $164,500 |
| Total Use of Cash | $500,000 |

GWACS ARMORY, LLC

CONFIDENTIAL

MADE IN THE USA
JENKS, OKLAHOMA

11

**Armory-0154**

CONFIDENTIAL

# TERMS OF RAISE

Investment – $500,000:    10% GWACS Armory Equity

Accelerated Return:    $10 per lower sold until investor(s) have received a minimum of $650,000 or maximum of $1,000,000 in the first 36 month of sales.

## Return on $500,000 Investment[1]

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | 5 Year Return |
|---|---|---|---|---|---|---|
| Product Sales ($10 Per Lower) | $ 169,600 | $ 217,000 | $ 269,875 | $ - | $ - | $ 656,475 |
| Dividend – 10% Equity | $ - | $ 23,510 | $ 32,339 | $ 43,786 | $ 57,141 | $ 156,775 |
| Annual Total | $ 169,600 | $ 240,510 | $ 302,214 | $ 43,786 | $ 57,141 | $ 813,250 |

[1]We believe the above projections are conservative with approximately 50% of the volume made up by Brownell's projected sales of lowers GWACS will manufacture under variance that are marked "Brownell's - Model WWSD" (CAV-15 MK III) and Brownell's will also be a dealer for the GWACS CAV 15 MK III and GWACS CAV-15 MK 4 lower receivers.

GWACS ARMORY, LLC          CONFIDENTIAL          MADE IN THE USA
JENKS, OKLAHOMA

12

**Armory-0155**

CONFIDENTIAL

## GWACS CAV-15 MK II – Tactical A4 Quad

Zombie Hydro Coat

EXISTING PRODUCTS

GWACS ARMORY, LLC

CONFIDENTIAL

MADE IN THE USA
JENKS, OKLAHOMA

13

**Armory-0156**

CONFIDENTIAL

NEW PRODUCT RENDERINGS



CAV-15MK 4
(Flat Dark Earth)

MADE IN THE USA
JENKS, OKLAHOMA

CONFIDENTIAL

GWACS ARMORY, LLC

14

**Armory-0157**

CONFIDENTIAL

NEW PRODUCT RENDERINGS



# CAV-15MK 4

Lower Reciver

MADE IN THE USA

JENKS, OKLAHOMA

15

**Armory-0158**

CONFIDENTIAL

GWACS ARMORY, LLC

CONFIDENTIAL

16

**Armory-0159**

NEW PRODUCT RENDERINGS



CAV-15 MK III
(Coyote Tan)

MADE IN THE USA
JENKS, OKLAHOMA

CONFIDENTIAL

GWACS ARMORY, LLC

CONFIDENTIAL

# What Would Stoner Do WWSD Rifle

**In 2017 the GWACS Armory CAV-15 became nationally recoginized as Best in Breed component by InRange.tv for the WWSD.**

- **Eugene Morrison Stoner** -American firearms designer who is most associated with the development of the AR-15 rifle that was adopted by the US military as the M16
- InRange's Karl and Ian have created the ultimate light weight AR that Mr. Stoner would build if he had access to all of the modern components available
- InRange TV has over 150,000 subscribers

WWSD CARBINE OFFICIAL COMPONENTS
INRANGE.TV/WWSD-CARBINE-OFFICIAL-COMPONENTS/

- **UPPER RECEIVER:**
Aero Precision Upper without forward assist – $100
Geissele Super Charging Handle – $90
Faxon Barrel Perm Flash Hider, 14.5" PENCIL, 5.56 NATO – $260
MWI Low Profile Gas .625 block – $40
MidLength Gas Tube – $16
Faxon 13" Carbon Fiber Handguards – M-LOK – $340
Bolt Carrier Group – $145
Holosun H503C Circle Dot RDS – $200
UPPER TOTAL: $1191 (approximately)

- **LOWER RECEIVER:**
**GWACS Polymer Lower** – $129
KE Arms SLT1 – $200
KE Arms Safety – $35
JP Silent Capture Spring – $130
Norgon Ambi Mag Release – $90
PDQ Lever – $60
(You will need some springs and bits from a traditional Lower Parts Kit to complete the build).
LOWER TOTAL: $650 (approximately)

- **APPROXIMATE TOTAL:**
$1850

GWACS Defense, Inc.

GWACS DEFENSE, INC.

Confidential

**Armory-0160**