6/29/2021             Mail - Shel Jones - Outlook

### NDA

russell@kearms.com <russell@kearms.com>
Tue 6/2/2015 2:05 PM
To: Shel Jones <sjones@gwacsdefense.com>

📎 1 attachments (1 MB)
GWACS-NDA.pdf;

Shel,

Signed NDA from Mike and KE Arms Attached. I can just give him the files I have already if that works.

Thanks,

Russell Phagan
KE Arms
Marketing Director
480-466-8832



## CAV-15 enhancments

**Russell Phagan** <sinistralrifleman@hotmail.com>
Sun 1/27/2013 7:37 PM

To: engineering@gwacsarmory.com <engineering@gwacsarmory.com>
Cc: Shel G. Jones <sjones@gwacsdefense.com>

I saw the posting on facebook requesting feedback. Shel mentioned to me that you guys are getting ready to make a new steel CAV-15 mold. If that's the case, I would recommend the following as these were things Cav Arms and I intended to do with the product before I sold it to GWACS.

1) Make the mold modular with the buttstock section as a separate insert. You will be able to continue making the fixed buttstock model, but you will be able to swap out the back for telestock units or pistol buffer tubes (AR pistols are stupid, but people buy them). This would require new welder fixtures, but the addition of a telestock would eliminate the one consistent complaint, people have about the product. It would also make sales to foreign governments or law enforcement agencies a greater possibility.

2) Ergo Grip expressed interest in licensing their telestock buffer tube design for this purpose as recently as 2 years ago. http://ergogrips.net/products/stocks.html
This type of tube is beefy enough with enough material at the rear that it can still be vibration welded together AND will hold up to the action of the buffer system. traditional AR stock tubes are too thin to work when made out of plastic. Steve Hines is the owner at Ergo Grip and the man you would want to talk to about licensing his design.

3) 4-5 years ago Magpul expressed interest in licensing their UBR stock design for the same purpose. Cross marketing and compatibility with magpul products, would immediately increase your brand recognition. I am unsure if they would still be interested in this; Drake Clark would be the man to talk to there.

I would like to be kept in the loop with future developments on the CAV-15 product line and likewise offer feedback and testing of the product if possible. I am willing to sign a non-disclosure agreement relative to any information from GWACS with regards to new product development.

Regards,

Russell Phagan
480-466-8832
www.SinistralRifleman.com



PLAINTIFF'S EXHIBIT 138