|         |                                |
|---------|--------------------------------|
| From:   | russell@kearms.com             |
| Sent:   | Saturday, May 30, 2020 10:19 AM|
| To:     | Brian R. Hardy                 |
| Subject:| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               |



**From:** Paul Levy [mailto:paul.levy@brownells.com]
**Sent:** Friday, August 16, 2019 4:52 AM
**To:** russell@kearms.com
**Subject:** RE: GWACS Listing/Polymer Receivers

Russell,

Good to hear on the progress.

Yeah, that was a screw up on our part. The SKUs were still active in our system, and if SKUs are active the catalog team will add them. We have no plans to pursue these with GWACS, as we have not heard from them since 2018.


**Paul Levy**
**Director of Product Management**



Email: paul.levy@brownells.com
Address: 3006 Brownells Pkwy, Grinnell, IA, 50112
Phone: 641-623-5401
Direct: 641-623-8026
OrderLine: 1-800-741-0015


**NOTICE**:  This email message and all attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information, and is covered by federal and state law governing electronic communications.  If you are not the intended recipient, you may not read, disseminate, distribute, copy or otherwise use this message or its attachments.  If you have received this message in error, please contact the sender by reply email and destroy all electronic and paper copies of the original message. Thank you.


-----Original Message-----
From: russell@kearms.com [mailto:russell@kearms.com]
Sent: Thursday, August 15, 2019 9:25 PM
To: Paul Levy <paul.levy@brownells.com>
Subject: GWACS Listing/Polymer Receivers

KEA000224

Defendant's Exhibit 112-001

Paul,

We're still working on moving forward with our polymer receiver project and I hope to have finalized costs for you in the next 1-2 weeks after an investor meeting.

I just saw this in the latest catalog. Have you had further contact with GWACS, or is this old info that wasn't removed?

Regards,

Russell Phagan
KE Arms
Sales & Marketing Director
480-466-8832

KEA000225

Defendant's Exhibit 112-002