KE Arms Payments to Tooling and Design Group

| Date | Check | Amount |
| --- | --- | --- |
| 1/2/2021 | 1619 | $97,200.00 |
| 2/1/2021 | 1717 | $80,000.00 |
| 3/1/2021 | 1743 | $86,920.00 |
| 4/5/2021 | 1764 | $95,660.00 |
| 5/5/2021 | 1784 | $95,840.00 |
| 6/3/2021 | 1810 | $85,700.00 |
| 7/6/2021 | 1835 | $23,340.00 |



PLAINTIFF'S EXHIBIT 209 Harrison

T&DG0010