**From:** Russell Phagan <sinistralrifleman@hotmail.com>
**Sent:** Friday, May 29, 2020 3:36 PM
**To:** Brian R. Hardy
**Subject:**

[redacted]

---

**From:** Russell Phagan <sinistralrifleman@hotmail.com>
**Sent:** Wednesday, June 17, 2015 7:00 PM
**To:** Shel Jones <sjones@gwacsdefense.com>
**Subject:** Re: Mold cad

Yeah I gave the cad for the part and the prints.

I don't have cad for the mold. We were never able to track that down from the guy that made it.

Russell Phagan
480-466-8832

> On Jun 17, 2015, at 11:45 AM, Shel Jones <sjones@gwacsdefense.com> wrote:
>
> We are looking at what we have here and there is no CAD for the mold base and cavities that you said you have. Is that something we received? Can you send that to me so Scott and review it to help answer the technical questions.
>
> Shel Jones
> Vice President
> **GWACS** Defense Inc
> 907 S Detroit Ave
> Sixth Floor
> Tulsa, Ok 74120
> Mobile:  202-595-4683
> Voice:   918-794-5670
> Fax:     918-794-5675
>
> This e-mail, including attachments, contains information that is confidential and may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify me. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

1

KEA000215



PLAINTIFF'S EXHIBIT 54

```
5AXGEN_VMCTZ ÿÿÿÿ-C:\MASTERCAM\PARTS\BLUM\3939963_00_ROHTEIL.STLCav-15 KE ARMS JOVAN REV  mcam@...
rs\Public\Documents\Shared Mastercam 2020\Mill\Ops\Mill_Inch_mcam-defaults...
ers\Public\Documents\Shared Mastercam 2020\Mill\Ops\Mill_Inch.mcam-defaults...
yGroupÿÿ BaseGroupÿÿÿKE MK3 LOWER nuts
€€ÿþÿ!KE MK3 LOWER IMPRESSION POCKETS
fghklopuvyz}
€€ÿþÿCurrent system RESULT
2€€ÿþÿKP-15 STOCK COVER PLATE
?10€€
R AND STOCK BLEND FIXED
1€€ÿþÿSIDE 1 AND SIDE 2
ÿ9€€ ÿþÿLOWER AND STOCK MERGE
=ô==ÿþ6€ÿþÿ,BILLET AND GRIP MERGE REMOVE BUFFER THREADS
=ÿ==ÿþ6€€ÿþÿMERGE BILLET AND GRIP
€€ÿþÿSTOCK PROFILE
€€ÿþÿGRIP
```



PLAINTIFF'S EXHIBIT 192