KE Arms Payments to Tooling and Design Group

| Date | Check | Amount |
|---|---|---|
| 1/2/2021 | 1619 | $97,200 00 |
| 2/1/2021 | 1717 | $80,000 00 |
| 3/1/2021 | 1743 | $86,920 00 |
| 4/5/2021 | 1764 | $95,660 00 |
| 5/5/2021 | 1784 | $95,840 00 |
| 6/3/2021 | 1810 | $85,700 00 |
| 7/6/2021 | 1835 | $23,340 00 |



PLAINTIFF'S EXHIBIT
209
Harrison

T&DG0010

| Date: 2020-01-06 | Bank: NBA | Sequence #: 01202001067878004929 |
|---|---|---|
| Account: 5793979807 | Serial: 1001 | Amount: $74,686.40 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0022200200004 | Item Type: DDA | BOFD: 074909962 | PID: 5 |

Courier Pack

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1001

DATE 1/2/2020

PAY TO THE ORDER OF   Branson                                    $ 74686 40/100

Seventy Four Thousand Six Hundred Eighty Six 40/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO INV PO14777
PO 14778

MP

⑆122105320⑆ 5793979807⑆ 1001      ⑈00074686640⑈

JPMORGANCHASE BK NA          CR TO NMD

010520        >074909962<          PAYEE ALL

03028834        0073174          RTS RSVD

00851153        139          0000000005211786

| Date: 2020-01-07 | Bank: NBA | Sequence #: 01202001077878061546 |
|---|---|---|
| Account: 5793979807 | Serial: 1002 | Amount: $62,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:        0902209000004 | Item Type: DDA | BOFD: 303087995   PID: 635 |



| Date: 2020-02-27 | Bank: NBA | Sequence #: 01202002277878046552 |
|---|---|---|
| Account: 5793979807 | Serial: 1003 | Amount: $2,100.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0702207000004 | Item Type: DDA | BOFD: 303087995 | PID: 541 |



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

$\frac{91-532}{1221}$

1003

DATE 2/25/20

PAY TO THE ORDER OF  Moldworx LLC                    $2100.00

Twenty One Hundred & 00/100                    DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈ 5793979807⑈ 1003

020701 000498180 DATE:02272020

For deposit only
Acct# 3523005011

| Date: 2020-08-04 | Bank: NBA | Sequence #: 01202008047878052049 |
|---|---|---|
| Account: 5793979807 | Serial: 1005 | Amount: $50,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:     0662206600004 | Item Type: DDA | BOFD: 303087995 | PID: 559 |



| Date: 2020-08-05 | Bank: NBA | Sequence #: 01202008057878003162 |
|---|---|---|
| Account: 5793979807 | Serial: 1004 | Amount: $63,086.40 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0162201600004 | Item Type: DDA | BOFD: 074909962 | PID: 128 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

NO MAT

91-532
1221

1004

Key: 63086.40   DATE 7/27/20
Initials: esco428

PAY TO
THE ORDER OF   Branson                          $63,086.40

Sixty Three Thousand Fifty Stx $ 40/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM  |  800.497.8168

PER ENVELOPE

MEMO PO14914                              MP

⑆122105320⑆ 5793979807⑆ 1004  ⑈0006308640⑈

JPMORGANCHASE BK NA        CR TO NMD

080520      >074909962<      PAYEE ALL

03028294        0073174        RTS RSVD

00851817      057      0000000005211786

Zion STD 0095

| Date: 2020-08-14 | Bank: NBA | Sequence #: 0120200814787805472 |
|---|---|---|
| Account: 5793979807 | Serial: 1006 | Amount: $3,725.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0792207900004 | Item Type: DDA | BOFD: 303087995 | PID: 552 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1006

DATE 8/6/20

PAY TO THE ORDER OF  Moldworx                            $ 3725 00/100

Thirty Seven Hundred Twenty five + 00/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈ 1006

020701 000963960 DATE:08142020

FOR DEPOSIT ONLY
CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
MIDFIRST
PHOENIX, ARIZONA

For deposit only
Frit#

| Date: 2020-10-06 | Bank: NBA | Sequence #: 01202010067878053743 |
|---|---|---|
| Account: 5793979807 | Serial: 1007 | Amount: $18,625.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0872208700004 | Item Type: DDA | BOFD: 303087995 | PID: 577 |



| Date: 2020-12-16 | Bank: NBA | Sequence #: 01202012167878035752 |
|---|---|---|
| Account: 5793979807 | Serial: 1008 | Amount: $21,998.20 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0692206900004 | Item Type: DDA | BOFD: 074909962 | PID: 502 |

Courier Pack

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

$\frac{91-532}{1221}$

**1008**

DATE *12/10/20*

PAY TO THE ORDER OF *Branson*    $ *21,998.20*

*Twenty One Thousand Nine Hundred Thirty Eight 20/100* DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO *INV 202127*

⑈122105320⑈ 5793979807⑈ 1008    ⑈000 21998 20⑈

JPMORGANCHASE BK NA    CR TO NMD

121620    >074909962<    PAYEE ALL

03028605    0073174    RTS RSVD

00851465    119    0000000005211786

Zion STD 0098

| Date: 2021-01-05 | Bank: NBA | Sequence #: 012021010578780000649 |
|---|---|---|
| Account: 5793979807 | Serial: 1011 | Amount: $55,209.24 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0032200300004 | Item Type: DDA | BOFD: 122106015   PID: 28 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

**1011**

DATE 12/31/20

PAY TO THE ORDER OF  Mike Kenney                    $55,209 24/10

Fifty Five thousand Two Hundred Nine 34/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈ 1011

000708 000965300 01042021 122106015 ABT

ENDORSE HERE

CREDIT TO THE ACCOUNT OF
WITHIN NAMED PAYEE
ARIZONA BANK AND TRUST
TEMPE, ARIZONA
ABSENCE OF ENDORSEMENT GUARANTEED
122106015

| Date: 2021-01-05 | Bank: NBA | Sequence #: 01202101057878059169 |
|---|---|---|
| Account: 5793979807 | Serial: 1010 | Amount: $4,860.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0702207000004 | Item Type: DDA | BOFD: 111901331 | PID: 520 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

1010

DATE 12/31/20

PAY TO THE ORDER OF _Sinistral Shooting Tech_    $ 4860 00

_Fourty Eight Sixty & 00/100_    DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____    MP

⑆122105320⑆ 5793979807⑈ 1010

FOR DEPOSIT ONLY REMOTE DEPOSIT ONLY

Zion STD 0100

| Date: 2021-01-08 | Bank: NBA | Sequence #: 01202101087878058900 |
|---|---|---|
| Account: 5793979807 | Serial: 1012 | Amount: $9,550.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:       0842208400004 | Item Type: DDA | BOFD: 303087995 | PID: 618 |



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1012

DATE 1/7/21

PAY TO THE ORDER OF   Moldvory                                 $ 9550.00

Ninety Five Hundred Fifty ¢ 00/100                 DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO Inv 1012

⑆122105320⑆ 5793979807⑈ 1012

321601 001285790 DATE:01082021

FOR DEPOSIT ONLY
CREDIT TO THE ACCOUNT OF
THE WITHIN-NAMED PAYEE
MIDFIRST
PHOENIX, ARIZONA

For Deposit only

| Date: 2021-01-15 | Bank: NBA | Sequence #: 01202101157878037164 |
|---|---|---|
| Account: 5793979807 | Serial: 1009 | Amount: $1,800.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:  0592205900004 | Item Type: DDA | BOFD: 122000661 | PID: 480 |



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1009

DATE 12/51/20

PAY TO THE ORDER OF  Scherer Technical Services  | $ 1800 00

Eighter Hundred & 00/100 ————————— DOLLARS

⊙ NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈  5793979807⑈' 1009

PAY TO THE ORDER OF
BANK OF AMERICA
FREMONT, CA. 94539-5831
FOR DEPOSIT ONLY
SCHERER TECHNICAL SERVICES, LLC
1085070285

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

| Date: 2021-01-25 | Bank: NBA | Sequence #: 01202101257878009700 |
|---|---|---|
| Account: 5793979807 | Serial: 1013 | Amount: $5,859.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0132201300004 | Item Type: DDA | BOFD: 074909962 PID: 112 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

$\frac{91-532}{1221}$

1013

DATE 1/19/21

PAY TO THE ORDER OF _Branson_ PER ENVELOPE      $ 5859.⁰⁰/₁₀₀

_Fifty Eight hundred Fifty Nine & 00/100_ DOLLARS

NATIONAL BANK OF ARIZONA NO MAT
WWW.NBARIZONA.COM | 800.497.8168

MEMO _205067_

⑆122105320⑈ 5793979807⑈'1013  ⑆0000585900⑈

JPMORGANCHASE BK NA          CR TO NMD

012321          >074909962<          PAYEE ALL

03028690          0073174          RTS RSVD

00851996          090          0000000005211786

Zion STD 0103

| Date: 2021-02-02 | Bank: NBA | Sequence #: 01202102027878001308 |
|---|---|---|
| Account: 5793979807 | Serial: 1014 | Amount: $23,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0022200200004 | Item Type: DDA | BOFD: 122106015 | PID: 13 |



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91–532
1221

1014

DATE 2/1/21

PAY TO
THE ORDER OF  Michael Kenney,   $23,000⁰⁰

Twenty Three Thousand & ⁰⁰/₁₀₀  DOLLARS

Security Features
Included
Details on Back

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈ 1014

000706 000995140 02012021 122106015 ABT

ENDORSE HERE

CREDIT TO THE A/C OF
WITHIN NAMED PAYEE
ARIZONA BANK AND TRUST
TEMPE, ARIZONA
122106015
ABSENCEOF ENDORSEMENT GUARANTEED

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

| Date: 2021-02-02 | Bank: NBA | Sequence #: 01202102027878034088 |
|---|---|---|
| Account: 5793979807 | Serial: 1015 | Amount: $23,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0472204700004 | Item Type: DDA | BOFD: 111901331 | PID: 423 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

**1015**

DATE 2/1/21

PAY TO THE ORDER OF  Ian McCollum     $ 23,000 ⁰⁰⁄₁₀₀

Twenty Three Thousand $ 00/100     DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆  5793979807⑈1015

| Date: 2021-02-03 | Bank: NBA | Sequence #: 0120210203787840040110 |
|---|---|---|
| Account: 5793979807 | Serial: 1019 | Amount: $4,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0672206700004 | Item Type: DDA | BOFD: 111901331 | PID: 515 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1019

DATE 2/1/21

PAY TO THE ORDER OF _Sinistral Shooting Technologies_        | $ 4000.⁰⁰/₁₀₀

_Four Thousand $ ⁰⁰/₁₀₀_ _____ DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____

⑈122105320⑈ 5793979807⑈ 1019

| Date: 2021-02-09 | Bank: NBA | Sequence #: 0120210209787800112 |
|---|---|---|
| Account: 5793979807 | Serial: 1016 | Amount: $11,500.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0022200200004 | Item Type: DDA | BOFD: 091000019 | PID: 14 |



**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1016

DATE 2/1/21

PAY TO THE ORDER OF _Iam Harrison_     $ 11,500 00

_Eleven Thousand Five Hold_ 00/100     DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____

⑆122105320⑆ 5793979807⑈ 1016

| Date: 2021-02-22 | Bank: NBA | Sequence #: 01202102227878005992 |
|---|---|---|
| Account: 5793979807 | Serial: 1017 | Amount: $11,500.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:        0022200200004 | Item Type: DDA | BOFD: 011000138 | PID: 18 |

**TOOL & DESIGN GROUP LLC**
648 E MAGNOLIA ST.
PHOENIX AZ 85034

01-532
1221

1017

DATE 2/1/21

PAY TO Glen Castle                                         $ 11,500 00/100

Eleven Thousand Five Hundred & 00/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
www.NBARIZONA.com | 800.497.8168

⑆122105320⑆ 5793979807⑈ 1017

Zion STD 0108

| Date: 2021-03-01 | Bank: NBA | Sequence #: 0120210301787807496 |
|---|---|---|
| Account: 5793979807 | Serial: 1021 | Amount: $30,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:        0832208300004 | Item Type: DDA | BOFD: 122106015 | PID: 592 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1021

DATE 3/1/21

PAY TO
THE ORDER OF  M*lle Kenney                    $ 30,000.00

Thirty Thousand                          DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM  |  800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈1021

ENDORSE HERE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

| Date: 2021-03-01 | Bank: NBA | Sequence #: 01202103017878075295 |
|---|---|---|
| Account: 5793979807 | Serial: 1020 | Amount: $4,346.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0842208400004 | Item Type: DDA | BOFD: 111901331 | PID: 597 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

1020

DATE 2/1/21

PAY TO THE ORDER OF _Bristol Shooting Technologies_     | $ 4346

_Fondy Three Hundred Forty Six & 00/100_ ———— DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____

⑈122105320⑈ 5793979807⑈1020

| Date: 2021-03-04 | Bank: NBA | Sequence #: 01202103047878041484 |
|---|---|---|
| Account: 5793979807 | Serial: 1022 | Amount: $30,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0692206900004 | Item Type: DDA | BOFD: 111901331 | PID: 516 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1022

DATE 3/1/21

PAY TO THE ORDER OF *Ian McCollum*   $ 30,000

*Thirty Thousand & 00/100*   DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈ 5793979807⑈ 1022

| Date: 2021-03-05 | Bank: NBA | Sequence #: 01202103057878059208 |
|---|---|---|
| Account: 5793979807 | Serial: 1023 | Amount: $15,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0632206300004 | Item Type: DDA | BOFD: 091000019 | PID: 529 |



**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

1023

91-532
1221

DATE 3/1/21

PAY TO THE ORDER OF Tasn Harrison                    $ 15,000

Fifteen Thousand                                DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈ 1023

| Date: 2021-03-08 | Bank: NBA | Sequence #: 01202103087878008208 |
|---|---|---|
| Account: 5793979807 | Serial: 1024 | Amount: $15,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D | |
| Dep Seq #:        0022200200004 | Item Type: DDA | BOFD: 011000138 | PID: 16 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1024

DATE 3/2/21

PAY TO
THE ORDER OF _Glen Castle_                    $ 15,000

_Fifteen Thousand_                              DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____

⑆122105320⑆ 5793979807⑈1024

Deposit Only
Glen Castle
8960837 09004

REMOTE DEPOSIT ONLY

| Date: 2021-03-24 | Bank: NBA | Sequence #: 01202103247878001587 |
|---|---|---|
| Account: 5793979807 | Serial: 1025 | Amount: $6,870.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0022200200004 | Item Type: DDA | BOFD: 074909962 | PID: 13 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1025

PER ENVELOPE          DATE 3/19/21

PAY TO THE ORDER OF  Branson      NO MAT          $ 6870 —

Sixty Eight Hundred Seventy $ 00/100          DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO PO15803

⑈122105320⑈ 5793979807⑈1025          ⑈000068 7000⑈

JPMORGANCHASE BK NA          CR TO NMD

032421      >074909962<          PAYEE ALL

03028816      0073174          RTS RSVD

00700916      270      0000000005211786

Zion STD 0114

| Date: 2021-04-06 | Bank: NBA | Sequence #: 01202104067878057732 |
| --- | --- | --- |
| Account: 5793979807 | Serial: 1026 | Amount: $30,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0742207400004 | Item Type: DDA | BOFD: 122106015 | PID: 551 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

$\frac{91-532}{1221}$

1026

DATE 4/6/21

PAY TO THE ORDER OF  Mike Kenney

$30,000 00

Thirty Thousand  00/100  DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑇1026

.000708 001073400 04062021 122106015 ABT

ENDORSE HERE

| Date: 2021-04-09 | Bank: NBA | Sequence #: 01202104097878043389 |
|---|---|---|
| Account: 5793979807 | Serial: 1030 | Amount: $4,783.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0652206500004 | Item Type: DDA | BOFD: 111901331 | PID: 505 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1030

DATE 4/6/24

PAY TO THE ORDER OF _____ $ 4783 00/100

Forty Seven Hundred Eighty Three & 00/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____                                    MP

⑈122105320⑈ 5793979807⑈ 1030

SPECIALTY BLUE

| Date: 2021-04-09 | Bank: NBA | Sequence #: 01202104097878045999 |
|---|---|---|
| Account: 5793979807 | Serial: 1028 | Amount: $15,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0652206500004 | Item Type: DDA | BOFD: 091000019 | PID: 505 |



**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1028

DATE 4/6/21

PAY TO THE ORDER OF  Iain Harrison      $ 15,000⁰⁰/₁₀₀

Fifteen Thousand ⁰⁰/100      DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈ 5793979807⑈ 1028

Zion STD 0117

| Date: 2021-04-09 | Bank: NBA | Sequence #: 0120210409787805125l |
|---|---|---|
| Account: 5793979807 | Serial: 1027 | Amount: $30,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #: 0652206500004 | Item Type: DDA | BOFD: 111901331 | PID: 505 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91–532 / 1221

1027

DATE 4/6/21

PAY TO THE ORDER OF Ian McCollum                    $30,000⁰⁰

Thirty Thousand & ⁰⁰/₁₀₀                              DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈ 5793979807⑈ 1027

JPMorganChaseBank 040904 640111 9106900058015

SPECIALTY BLUE

| Date: 2021-04-12 | Bank: NBA | Sequence #: 0120210412787806 8749 |
|---|---|---|
| Account: 5793979807 | Serial: 1029 | Amount: $15,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:       0872208700004 | Item Type: DDA | BOFD: 091000019 | PID: 629 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1029

DATE 4/6/21

PAY TO THE ORDER OF  Glen Castle                         $ 15,000 00/100

Fifteen Thousand & 00/100                         DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆  5793979807⑆ 1029

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Glen Castle
Deposit Only

Zion STD 0119

| Date: 2021-05-05 | Bank: NBA | Sequence #: 01202105057878045022 |
|---|---|---|
| Account: 5793979807 | Serial: 1031 | Amount: $30,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0852208500004 | Item Type: DDA | BOFD: 122106015 | PID: 542 |



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1031

DATE 5/1/21

PAY TO
THE ORDER OF    Mike Kenney                    $ 30,000

Thirty Thousand + 00/100                    DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈ 1031



000708  001111820  05052021  122106015  ABT

| Date: 2021-05-05 | Bank: NBA | Sequence #: 01202105057878045562 |
|---|---|---|
| Account: 5793979807 | Serial: 1035 | Amount: $4,792.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0862208600004 | Item Type: DDA | BOFD: 111901331 | PID: 546 |

TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1035

DATE 5/1/21

PAY TO THE ORDER OF  _Sin____al_                $4792.00

_Fourty Seven Hundred Ninty Two & 00/100_ DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____

⑆122105320⑆ 5793979807⑈ 1035

| Date: 2021-05-10 | Bank: NBA | Sequence #: 0120210510787805464649 |
|---|---|---|
| Account: 5793979807 | Serial: 1034 | Amount: $15,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0602206000004 | Item Type: DDA | BOFD: 091000019 | PID: 496 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1034

DATE 5/1/21

PAY TO
THE ORDER OF   *Glen Castler*                          $ 15,000.00

*Fifteen Thousand*                              DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑆122105320⑆ 5793979807⑈ 1034

*Glen Castle*
*Mobil Deposit*

| Date: 2021-05-10 | Bank: NBA | Sequence #: 01202105107878055048 |
|---|---|---|
| Account: 5793979807 | Serial: 1032 | Amount: $30,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:     0602206000004 | Item Type: DDA | BOFD: 111901331 | PID: 496 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1032

DATE 5/1/21

PAY TO
THE ORDER OF   Ian McCollum                              $30,000—

Thirty Thousand 9 00/100                         DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈ 5793979807⑈1032

Zion STD 0123

| Date: 2021-06-03 | Bank: NBA | Sequence #: 01202106037878047418 |
|---|---|---|
| Account: 5793979807 | Serial: 1053 | Amount: $10,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0712207100004 | Item Type: DDA | BOFD: 122106015 | PID: 538 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

1053

DATE 6/3/21

PAY TO THE ORDER OF  Mike Kenney          $ 10,000 00

Ten Thousand & 00/100                         DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM  |  800.497.8168

MEMO  Jam Qmm

⑆122105320⑆ 5793979807⑆ 1053

SPECIALTY BLUE

ENDORSE HERE

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

.000708  001145440  06032021  122106015  ABT

| Date: 2021-06-03 | Bank: NBA | Sequence #: 01202106037878047419 |
|---|---|---|
| Account: 5793979807 | Serial: 1052 | Amount: $20,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:       0712207100004 | Item Type: DDA | BOFD: 122106015 | PID: 538 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

**1052**

DATE 6/3/21

PAY TO THE ORDER OF  Mike Kenney                     $ 20,000

Twenty Thousand $ 00/100                   DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

Security Features Included. Details on Back

MEMO

⑈122105320⑈ 5793979807⑈1052

SPECIALTY BLUE

000708 001145450 06032021 122106015 ABT

ENDORSE HERE
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
DATE
AT
NAT'L CF FINANC'AL INSTITUTION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

| Date: 2021-06-03 | Bank: NBA | Sequence #: 01202106037878048773 |
|---|---|---|
| Account: 5793979807 | Serial: 1051 | Amount: $4,285.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0722207200004 | Item Type: DDA | BOFD: 111901331 | PID: 542 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

1051

DATE 6/3/21

PAY TO THE ORDER OF ___Ballistral Shooting Tech.___ | $ 4285 00

___Fourty Two Hundred Eighty Five & 00/100___ DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO _____

⑈122105320⑈ 5793979807⑈ 1051

| Date: 2021-07-06 | Bank: NBA | Sequence #: 01202107067878061638 |
|---|---|---|
| Account: 5793979807 | Serial: 1036 | Amount: $200,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D | |
| Dep Seq #:      0682206800004 | Item Type: DDA | BOFD: 111901331 | PID: 503 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1221

1036

DATE 6/5/21

PAY TO THE ORDER OF  Ian McCollum                    $ 20000

Twenty Thousand & 00/100                    DOLLARS

 **NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈122105320⑈ 5793979807⑈ 1036

| Date: 2021-07-06 | Bank: NBA | Sequence #: 01202107067878083052 |
|---|---|---|
| Account: 5793979807 | Serial: 1038 | Amount: $18,150.66 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0952209500004 | Item Type: DDA | BOFD: 122106015 | PID: 643 |



TOOL & DESIGN GROUP LLC
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

1038

DATE 7/6/21

PAY TO THE ORDER OF: Mike Kenney                    $18,150.66

Eighteen thousand One hundred Fifty $ 66/100 DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8168

MEMO Legal

⑆122105320⑆ 5793979807⑉1038

| Date: 2021-07-08 | Bank: NBA | Sequence #: 01202107087878042645 |
|---|---|---|
| Account: 5793979807 | Serial: 1037 | Amount: $10,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0762207600004 | Item Type: DDA | BOFD: 091000019 | PID: 528 |



| Date: 2021-07-14 | Bank: NBA | Sequence #: 0120210714787800 0263 |
|---|---|---|
| Account: 5793979807 | Serial: 1039 | Amount: $18,150.66 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0022200200004 | Item Type: DDA | BOFD: 122106015 | PID: 14 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

**1039**

DATE  7/13/21

PAY TO THE ORDER OF   Mike Kenney                    $ 18150.66

Eighteen Thousand One Hundred Fifty & 66/100 DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM  |  800.497.8168

MEMO

⑈122105320⑈  5793979807⑊ 1039

000708  001198640  07132021  122106015  ABT

ENDORSE HERE
CREDIT TO THE ACCOUNT OF
WITHIN NAMED PAYEE
ARIZONA BANK & TRUST
CHANDLER, ARIZONA
ABSENCE OF ENDORSEMENT GUARANTEED
CHECK HERE FOR REMOTE DEPOSIT ONLY
122106015

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

Zion STD 0130

| Date: 2021-07-19 | Bank: NBA | Sequence #: 01202107197878053471 |
|---|---|---|
| Account: 5793979807 | Serial: 1036 | Amount: $20,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0622206200004 | Item Type: DDA | BOFD: 111901331 | PID: 554 |



*111900057*
07/08/2021
99015657
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

**NSF**

**TOOL & DESIGN GROUP LLC**
4343 E. MAGNOLIA ST.
PHOENIX, AZ 85034

91-532
1251

1036

Date 6/5/21

PAY TO THE ORDER OF  Ian McCollum                      $ 20000

Twenty Thousand 1 00/100                    DOLLARS

NATIONAL BANK OF ARIZONA
WWW.NBARIZONA.COM | 800.497.8449

MEMO

⑆122105320⑆ 5793979807⑈ 1036

⑆122105320⑆   5793979807⑈ 1036        ⑇00 20000000⑇

| Date: 2022-03-03 | Bank: NBA | Sequence #: 01202203037878049711 |
|---|---|---|
| Account: 5793979807 | Serial: 1041 | Amount: $20,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:    0852208500004 | Item Type: DDA | BOFD: 122106015 | PID: 542 |

**TOOL & DESIGN GROUP LLC**
4343 E MAGNOLIA ST.
PHOENIX, AZ 85034

91-532 / 1221

1041

DATE 3/1/22

PAY TO THE ORDER OF _KE ARMS_    $ 20,000

_Twenty Thousand $ 00/100_    DOLLARS

**NATIONAL BANK OF ARIZONA**
WWW.NBARIZONA.COM | 800.497.8168

MEMO

⑈:122105520⑈: 5793979807⑈ 1041

| Date: 2022-03-07 | Bank: NBA | Sequence #: 01202203077878061025 |
|---|---|---|
| Account: 5793979807 | Serial: 1042 | Amount: $2,000.00 |
| TranCode: 751 | Routing # (RT): 122105320 | C/D: D |
| Dep Seq #:      0802208000004 | Item Type: DDA | BOFD: 091000019 | PID: 603 |



## Zions Bancorporation, N.A. dba National Bank of Arizona Signature Card

| | | |
|---|---|---|
| Account Title: TOOL & DESIGN GROUP LLC | 64-3920084 | Branch ID: 0066 |
| | | Cost Center: 06866 |
| Account Structure:   Limited Liability Company | | Date:   12/10/2019 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 5793979807 | 12/10/2019 | TANIA RUSH | DDA    151 | | |
| | | | | | |
| | | | | | |

### Authorized Signers / Signature / Relationship

| | Authorized Signers | Signature | Relationship |
|---|---|---|---|
| 1. | BARBARA KENNEY | | Type: Non-Title<br>TIN: 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 |
| 2. | MICHAEL KENNEY | | Type: Non-Title<br>TIN: 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 |
| 3. | | | Type:<br>TIN: |
| 4. | | | Type:<br>TIN: |
| 5. | | | Type:<br>TIN: |
| 6. | | | Type:<br>TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor / Single-member LLC   ☐ Trust / Estate   ☐ Other
☐ C Corporation   ☐ S Corporation   ☐ Partnership
☐ LLC C Corporation   ☒ LLC S Corporation   ☐ LLC Partnership

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, and
4. I am exempt from FATCA reporting.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person _____    TIN: 64-3920084    Date: 12/10/2019

Each person signing this Signature Card ("authorized signer") requests that Zions Bancorporation, N.A. dba National Bank of Arizona ("Bank") open the accounts designated and agrees:
- The account(s) are governed by Federal and State law and regulation and the terms and conditions of the most current version of the following DEPOSIT DOCUMENTS: 1) Deposit Account Agreement, 2) Rate and Fee Schedules. I (We) acknowledge that Bank has provided a copy of the most current version of the Deposit Documents to me (us). The Deposit Documents may be amended by Bank from time to time and a copy of the amended Deposit Documents are available from Bank and/or will be mailed to the account address with the regular monthly statements. The Deposit Documents along with this Signature Card constitute agreement with Bank with respect to my/our account(s).
- Bank is authorized to accept instructions of any kind with respect to the account(s) from any authorized signer. Bank shall have no responsibility for reviewing the number or combination of signatures on an item drawn against account(s). This means that if you have indicated that more than one signature is required in connection with an item drawn on the account(s), Bank will have no liability to you if a transaction is conducted on or through the account contrary to the signature requirements you have specified.
- By signing above I (we) agree that any dispute in connection with the account(s), any transaction thereon or this signature card shall be resolved in the manner set forth in the Deposit Account Agreement.
- By signing this Signature Card, Bank is hereby authorized to accept instructions from anyone with authority to exercise control over the account(s) identified on this signature card (including any one of the authorized signers identified herein), including instruction to close the account(s) and to execute new agreements for banking-related services in connection with the account(s). You may accept my (our) oral or electronic instructions with the same effect as if I (we) had signed them. I authorized you to record and monitor my (our) telephone calls as evidence of my(our) instructions and for service quality purposes. In addition, The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing above, the authorized signer(s) consent to Zions Bancorporation, N.A. making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signers personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Zions Bancorporation, N.A., and to disclose information about the account(s) to credit reporting agencies and/or to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing the report.

LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION, Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that they are the member(s), manager(s), of the limited liability company, named on this Signature Card, with authority expressed herein, on behalf of such limited liability company, and that the following resolution were adopted by the members and/or managers, as intended by applicable state law. The Limited Liability company is referred to as "Entity". THE UNDERSIGNED AUTHORIZED ACCOUNT OWNER(S) ACKNOWLEDGE THAT THEY HAVE RECEIVED A COPY AND EXISTS OF THE "AGREEMENT, RESOURCE" AND DISCLOSURE(S).

Date ___12/10/19___  Manager or Member _____  Manager or Member _____

Manager or Member _____  Manager or Member _____

### RESOLUTION/AUTHORIZATION

This Entity shall open or continue an account with Zions Bancorporation, N.A. dba National Bank of Arizona ("Bank"), and until this authority is revoked by written notification to Bank of such action by those authorizing this action, the persons named and whose signatures appear on the Signature Card for the account are hereby authorized to initiate transactions of all kinds, including signing checks, drafts, withdrawal orders, bills of exchange, and make wire or telephone transfers and otherwise initiate transactions and manage the account and any related services and products as they see fit on and on behalf of the Entity. The Entity will provide a bank resolution and complete a new Signature Card for any change in signers. Bank shall be indemnified and held harmless from any loss suffered or any liability incurred by it in continuing to act in accordance with this authorization. The Entity agrees that this account will be utilized according to applicable laws and the Deposit Account Agreement(s) of Bank. This account is subject to service fees as disclosed to Bank's current Rate and Fee Schedules, now in effect or hereinafter established. This resolution/authorization supersedes all prior authorizations, which are hereby cancelled.

## Non-Consumer Information

| | ChexSystems Contacted: | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|
| Physical Address 4343 E MAGNOLIA ST | | Primary Contact Name | | |
| PHOENIX AZ 85034-6000 | | Primary Contact Phone Number | | |

| Tax ID 84-3920084 | Primary ID Type ADDL | Number/Description 23040818 | Issuer AZ | Issue Date 11/26/2019 | Exp. Date IN / / |
|---|---|---|---|---|---|

## Client Information

| Signer #1 | | ChexSystems Contacted: N | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address 3849 E OASIS CIR | | | Date of Birth 12/02/1960 | | |
| MESA AZ 85215-9796 | | | Primary Phone Number (602) 770-4412 | Secondary Phone Number | |
| Primary ID Type DL | Number/Description D00224245 | | Issuer AZ | Issue Date 12/07/2015 | Exp. Date 12/02/2025 |
| Secondary ID Type CC | Number/Description 4634 4860 | | Issuer AZ BANK TR | Issue Date NA / / | Exp. Date 10/30/2020 |

| Signer #2 | | ChexSystems Contacted: | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address 3849 E OASIS CIR | | | Date of Birth 10/22/1960 | | |
| MESA AZ 85215-9796 | | | Primary Phone Number (602) 405-7726 | Secondary Phone Number | |
| Primary ID Type DL | Number/Description B12019950 | | Issuer AZ | Issue Date 11/05/2016 | Exp. Date 10/22/2034 |
| Secondary ID Type CC | Number/Description 3727 16000 | | Issuer AM EX | Issue Date NA / / | Exp. Date 12/31/2022 |

| Signer #3 | | ChexSystems Contacted: | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #4 | | ChexSystems Contacted: | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #5 | | ChexSystems Contacted: | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

| Signer #6 | | ChexSystems Contacted: | Override Approved By: | | CIP Verification: ☐ |
|---|---|---|---|---|---|
| Physical Address | | | Date of Birth | | |
| | | | Primary Phone Number | Secondary Phone Number | |
| Primary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |
| Secondary ID Type | Number/Description | | Issuer | Issue Date / / | Exp. Date / / |

Rev. 01/18/2017

Zion STD 0135

STATE OF UTAH                         )

                                     : ss.

COUNTY OF SALT LAKE                   )

## AFFIDAVIT OF CUSTODIAN OF RECORD

### CASE NAME: Tool & Design Group LLC
### CASE NO: 20-GV-0341-CUE-SH

COMES NOW, **Kevin Mwangi,** who does swear and affirm the following:

I am a duly authorized custodian of the records for Zions Bancorporation, N.A. dba **National Bank of Arizona** and as such have access to the records and data maintained by this division in the regular course of its business.

I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

I hereby certify that the attached documents are true and correct copies of all records described in the legal order that are in my possession or control as a custodian of such records.

I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

I hereby declare under penalty of perjury under the laws of the State of **Arizona** that the foregoing is true and correct.

                                                    AFFIANT

SUBSCRIBED AND SWORN to before me on June 17, 2022 by Kevin Mwangi

Notary Public    Trisha Holmes

                 Commission No. 714922

                 Notary Public

                 State of Utah

                 My commission expires 11/4/2024

Zion STD 0136

## Non Party Response to Subpoena

06/17/2022

Jones, Gotcher & Bogan
 Bogan, Tadd J.P.
3800 First Place Tower 15
East 5th Street,
Tulsa, Oklahoma, 74103

**Re:**    **Case ID-** 20-GV-0341-CUE-SH        **Client Name-** Tool & Design Group LLC

Please see the enclosed documentation per your request

The  items enclosed are as follows

Time Frame Requested: Open to Present

Produced On Secure Email

<u>Account Numbers</u>

5793979807

☑ Signature Cards                    ☐ Loan Docs
☐ Corporate Resolutions                Loan Docs Requested
☑ Bank Statements                    ☐ Credit Card Docs
☐ Wire Transfer Records                ☐ Cashier's Checks
     Wires                            Cashier's Checks Docs
☐ Deposits/Offsets                    Cashier's Checks
     Deposits                        ☐ Safebox Records
     Deposits per Month               ☐ Certificate of Deposit History
     Deposit Images                   ☐ FinCEN Reports
☑ Checks Paid                        ☐ 1099/1098
     Checks Per Mo                    ☐ Other Operating Agreements
     Checks                          ☐ Other 2
     Check Images

If you have any questions, please let me know.

Kevin Mwangi

Operations Legal Support Specialist Lead

National Bank of Arizona

800-601-9582 Opt 2

### ZIONS BANCORPORATION
A COLLECTION OF GREAT BANKS

Zion STD 0137

      

06/17/2022

**Definitions:** The "Bank" refers to Zions Bancorporation, N.A. or divisions including, Amegy Bank, National Bank of Arizona, California Bank and Trust, Nevada State Bank, Vectra Bank, Zions Bank, Commerce Bank of Washington, Commerce Bank of Oregon and other affiliated entities.

**Notice.** The Bank will comply with a lawful subpoena but expects that the requesting party will take reasonable measures to redact and protect any customer financial information included in the production set, including observing protective orders, standing orders, ethical rules of various courts, and by accepting these documents acknowledges its responsibilities of compliance with these standards. **Objections**. If checked, the following objections apply:

1. ☐The Bank objects to the time and place of production listed in the subpoena because it places a burden on the Bank to gather voluminous records in an unreasonably short time frame, and to appear at a location to give testimony regarding the records, which would be costly and burdensome.  Subject to this objection, and absent other objections, the Bank intends to produce a reasonable scope of records within a reasonable time frame to be agreed upon by the requesting party, and also intends to provide an affidavit of business records in lieu of a personal appearance by a custodian of records.

2. ☐The Bank objects because the requests are vague, and ambiguous.  Subject to this objection, the Bank intends to produce such records to the extent it can determine the records that are being requested or upon adequate clarification by the requesting party.

3. ☐The Bank objects to production because another party has filed a motion for protection from the Court; subject thereto, the Bank intends to follow the Court's orders made in respect of the motion for protection, but requests that the parties provide the Bank a copy of the Court's orders in a timely fashion.

4. ☐The Bank objects to the scope of the requests because they are overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Subject to this objection, the Bank intends to produce certain records which do not fall within this category.

5. ☐The Bank objects to the form and/or format requested for production because it is unduly burdensome and costly.  Subject to this objection, the Bank intends to produce records electronically, in .PDF format.

6. ☐The Bank objects to the extent the requests seek information protected by the Bank Secrecy Act or related regulations. DECLINED see 31 USC 5318(g)(2); 12 C.F.R. sec. 21.11 (k) (1) and other applicable laws".

7. ☐The Bank objects to the extent the requests seek privileged information protected, the attorney-client or attorney-work produces privilege, or confidential or trade secret information of the Bank or third parties.

If you have any questions, please let me know.

Kevin Mwangi
Operations Legal Support Specialist Lead
National Bank of Arizona

Zion STD 0138

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 2
This Statement: December 31, 2019
Last Statement: December 9, 2019

Primary Account 5793979807

0058077                    1801-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $149,971.85 | |

## BUSINESS INSPIRE CHECKING 5793979807                                          151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 150,000.00 | 28.15 | 0.00 | 149,971.85 |

**2  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 12/10 | 100,000.00 | DEPOSIT  7878029083 |
| 12/19 | 50,000.00 | DEPOSIT  7878009597 |

**1  CHARGE/DEBIT**

| Date | Amount | Description |
|---|---|---|
| 12/17 | 28.15 | DELUXE CHECK ORDER REF # 019350010355268  1107709437 |

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/10 | 100,000.00 | 12/17 | 99,971.85 | 12/19 | 149,971.85 |



A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0001

0058077-0000001-0132461

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0002



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2020
Last Statement: December 31, 2019

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0049813                    1832-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

Notice of Amendment to Deposit Account Agreement

On 01/01/2020, we updated Section 7 of our Deposit Account Agreement (DAA) to clarify and provide additional information on how we calculate the balance in your checking account when determining whether a debit transaction, for example, a check you have written or an ATM withdrawal or a purchase you have made with your debit card, will cause your account to incur an insufficient funds fee.

You will find the complete DAA, including revised Section 7, in the "Agreement Center" section of our National Bank of Arizona website or at any National Bank of Arizona branch. If you have questions, please contact our Customer Care Center, Monday to Saturday from 8 AM - 8 PM toll-free at (800) 497-8168 or visit your local National Bank of Arizona branch.

Effective March 18, 2020, the Paper (Mailed) Statement fee will increase to $6.00. If you are not already signed up for eStatements/eNotices, which are no charge, you can avoid the paper statement fee by enrolling your accounts online. For further information on fees, including other fee changes that may apply to your account, please reference the Business Accounts Schedule of Fees located in the Agreement Center at www.nbaz.com/.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $163,241.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                    151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 149,971.85 | 150,000.00 | 44.00 | 136,686.40 | 163,241.45 |

### 5 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/02 | 25,000.00 | WIRE/IN-2020010200000757;ORG IAN MCCOLLUM;OBI MCCOLLUM CAPIT 1305600136 |
| 01/03 | 25,000.00 | WIRE/IN-2020010300005321;ORG IAN MCCOLLUM;OBI MCCOLLUM FUNDI 1305500974 |
| 01/06 | 25,000.00 | WIRE/IN-2020010600002112;ORG IAN MCCOLLUM;OBI MCCOLLUM FUNDI 1306400320 |
| 01/07 | 25,000.00 | WIRE/IN-2020010700000643;ORG IAN MCCOLLUM;OBI MCCOLLUM FUNDI 1306000092 |
| 01/27 | 50,000.00 | DEPOSIT  7878018764 |

Zion STD 0003

A division of Zions Bancorporation, N.A. Member FDIC



0049813-0000001-0133684

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0004

0049813-0000001-0133684



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
January 31, 2020
TOOL & DESIGN GROUP LLC
5793979807

**4 CHARGES/DEBITS**

| Date | Amount | Description |
|------|--------|-------------|
| 01/02 | 11.00 | WIRE TRANSACTION SERVICE FEE |
| 01/03 | 11.00 | WIRE TRANSACTION SERVICE FEE |
| 01/06 | 11.00 | WIRE TRANSACTION SERVICE FEE |
| 01/07 | 11.00 | WIRE TRANSACTION SERVICE FEE |

**2 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1001 | 01/06 | 74,686.40 | 1002 | 01/07 | 62,000.00 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/02 | 174,960.85 | 01/06 | 150,252.45 | 01/27 | 163,241.45 |
| 01/03 | 199,949.85 | 01/07 | 113,241.45 | | |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0005

0049813-0000002-0133685

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0006

0049813-0000002-0133685



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: February 28, 2020
Last Statement: January 31, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0052554    1860-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $161,141.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                                151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 163,241.45 | 0.00 | 0.00 | 2,100.00 | 161,141.45 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**1  CHECK PROCESSED**

| Number............Date............................Amount |
|---|
| 1003        02/27        2,100.00 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

**DAILY BALANCES**

| Date.........................Balance |
|---|
| 02/27        161,141.45 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0007

0052554-0000001-0122786

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0008


## NATIONAL BANK OF ARIZONA ®
PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: March 31, 2020
Last Statement: February 28, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0057293          1892-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

National Bank of Arizona is adjusting some practices in our Overdraft Program. Effective May 20th, 2020, those changes include:

An NSF fee will be assessed if your account is overdrawn by more than $5.

Your account will be assessed no more than 10 NSF fees per business day.

For additional details about the Overdraft Program at National Bank of Arizona, please see your deposit account agreement in the Agreement Center at www.nbaz.com/.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $161,141.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                                   151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 161,141.45 | 0.00 | 0.00 | 0.00 | 161,141.45 |

**0 DEPOSITS/CREDITS**
There were no transactions this period.

**0 CHARGES/DEBITS**
There were no transactions this period.

**0 CHECKS PROCESSED**
There were no transactions this period.

A division of Zions Bancorporation, N.A. Member FDIC 

Zion STD 0009

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0010



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
March 31, 2020
TOOL & DESIGN GROUP LLC
5793979807

....................................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

....................................................................................................................................................................

**DAILY BALANCES**

*Date..........................Balance*
03/31            161,141.45

A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0011**

0057293-0000002-0147146

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0012

0057293-0000002-0147146



**NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: April 30, 2020
Last Statement: March 31, 2020

Primary Account 5793979807

0050703          1922-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $161,141.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                                            151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 161,141.45 | 0.00 | 0.00 | 0.00 | 161,141.45 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance |
|---|---|
| 04/30 | 161,141.45 |

A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0013**

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0014



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 2
This Statement: May 29, 2020
Last Statement: April 30, 2020

Primary Account 5793979807

0051892         1951-06-0000-NBA-PC0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $161,141.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                                 151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 161,141.45 | 0.00 | 0.00 | 0.00 | 161,141.45 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance |
|---|---|
| 05/29 | 161,141.45 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0015

0051892-0000001-0121436

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0016

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: June 30, 2020
Last Statement: May 29, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0058914                1983-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
Sign up for Online Banking or login today at WWW.NBARIZONA.COM

We are revising our Deposit Account Agreement, a copy which can be obtained by visiting your local branch or found in the Agreement Center online at www.nbarizona.com. Effective 08/19/2020, the Daily Overdraft Service Fee (Section 7(q)) will be replaced by a Continuing Overdraft Fee ("COF"). We will charge a COF of $35 if your account remains overdrawn more than $5.00 for 7 consecutive calendar days. The COF will be charged for up to three consecutive 7-calendar day periods that your account is overdrawn more than $5.00. For additional details, please refer to nbarizona.com/continuing-overdraft-fee or visit your local branch.

Effective July 1, 2020, we are revising our funds availability policy. At least $225 of every daily deposit of checks will be made available to you by the next business day after the date of deposit (increasing from $200 in paragraph 6(a)(i)). Also, the large daily deposit level of checks that may trigger a delay on funds availability is increased to $5,525 (increasing from $5,000 in paragraph 6(a)(ii)(2)). In addition, for accounts of new customers, the first $5,525 deposited in one day from cashier's, certified, teller's, traveler's, and government checks will generally be made available to you by the next business day after the date of deposit (increasing from $5,000 in paragraph 6(b)).

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $161,141.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                             151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 161,141.45 | 0.00 | 0.00 | 0.00 | 161,141.45 |

**0 DEPOSITS/CREDITS**
There were no transactions this period.

**0 CHARGES/DEBITS**
There were no transactions this period.



Zion STD 0017

A division of Zions Bancorporation, N.A. Member FDIC          EQUAL HOUSING LENDER

0058914-0000001-01-0149795

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0018

0058914-0000001-01149795



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
June 30, 2020
TOOL & DESIGN GROUP LLC
5793979807

...........................................................................................................................................................

**0 CHECKS PROCESSED**

There were no transactions this period.

...........................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

...........................................................................................................................................................

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 06/30 | 161,141.45 |



A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0019

0058914-0000002-0149796

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0020

0058914-0000002-01149796

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: July 31, 2020
Last Statement: June 30, 2020

Primary Account 5793979807

0050858                    2014-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

ATM Upgrades Begin Soon

From now until the end of the year, we will be upgrading or replacing all of our ATMs to provide contact-free banking features and an enhanced experience. Each ATM will take at least one day to be upgraded, during which time it will be out of service. Contact your banker or visit NBAZ.com for more details.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $161,141.45 | |

## BUSINESS INSPIRE CHECKING 5793979807                                    151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 161,141.45 | 0.00 | 0.00 | 0.00 | 161,141.45 |

**0 DEPOSITS/CREDITS**

There were no transactions this period.

**0 CHARGES/DEBITS**

There were no transactions this period.

**0 CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

Zion STD 0021

A division of Zions Bancorporation, N.A. Member FDIC 

0050858-0000001-0132759

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL: |  |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. |  |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). |  |
| 3. SUBTOTAL: |  |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). |  |
| 5. ADJUSTED CHECKBOOK BALANCE: |  |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. |  |
| 7. ADD deposits made, but not shown on this statement. |  |
| 8. SUBTOTAL: |  |
| 9. SUBTRACT total from "Checks Outstanding." |  |
| 10. ADJUSTED STATEMENT BALANCE: |  |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0022

0050858-0000001-0132759

**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
July 31, 2020
TOOL & DESIGN GROUP LLC
5793979807

...........................................................................................................................................................................

**DAILY BALANCES**

*Date..........................Balance*
07/31          161,141.45

A division of Zions Bancorporation, N.A. Member FDIC


Zion STD 0023

0050858-0000002-0132760

⊚ **NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

## This page intentionally left blank

Zion STD 0024

0050858-0000002-0132760



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: August 31, 2020
Last Statement: July 31, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0050495

2045-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $44,330.05 | |

## BUSINESS INSPIRE CHECKING 5793979807                                    151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 161,141.45 | 0.00 | 0.00 | 116,811.40 | 44,330.05 |

### 0  DEPOSITS/CREDITS

There were no transactions this period.

### 0  CHARGES/DEBITS

There were no transactions this period.

### 3  CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1004 | 08/05 | 63,086.40 | 1005 | 08/04 | 50,000.00 | 1006 | 08/14 | 3,725.00 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/04 | 111,141.45 | 08/05 | 48,055.05 | 08/14 | 44,330.05 |

Zion STD 0025

A division of Zions Bancorporation, N.A. Member FDIC    EQUAL HOUSING LENDER

0050495-0000001-0119183

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0026

0050495-0000001-0119183

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: September 30, 2020
Last Statement: August 31, 2020

Primary Account 5793979807

0058213          2075-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

National Bank of Arizona is changing the way we notify clients of changes that we make to our Deposit Account Agreement. Moving forward, any notice of a change in your statement may refer to the disclosures in our online Agreement Center. The full amendment will be stated within the Deposit Account Agreement, which will include accompanying disclosures or summaries of the Amendment. The Bank will keep the latest version of the Agreement online, which can be accessed through the "Agreement Center" link, located at the bottom of the Bank's website. If you are not able to access these links online, you may obtain a printed version of the Amendment or the entire Agreement by contacting Customer Service at P.O. BOX 80440, Phoenix, AZ, 85060-0440, or by calling (800) 497-8168.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $44,330.05 | |

## BUSINESS INSPIRE CHECKING 5793979807
151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 44,330.05 | 0.00 | 0.00 | 0.00 | 44,330.05 |

**0  DEPOSITS/CREDITS**
There were no transactions this period.

**0  CHARGES/DEBITS**
There were no transactions this period.

**0  CHECKS PROCESSED**
There were no transactions this period.

A division of Zions Bancorporation, N.A. Member FDIC 

Zion STD 0027

0058213-0000001-0144860

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0028

0058213-0000001-0144860



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
September 30, 2020
TOOL & DESIGN GROUP LLC
5793979807

....................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

....................................................................................................................................

**DAILY BALANCES**

*Date.........................Balance*
09/30            44,330.05

A division of Zions Bancorporation, N.A. Member FDIC



Zion STD 0029

0058213-0000002-0144861

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0030

0058213-0000002-0144861



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: October 30, 2020
Last Statement: September 30, 2020

Primary Account 5793979807

0050310                    2105-06-0000-NBA-PG0030-000000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

National Bank of Arizona is changing the way we notify clients of changes that we make to our Deposit Account Agreement. Moving forward, any notice of a change in your statement may refer to the disclosures in our online Agreement Center. The full amendment will be stated within the Deposit Account Agreement, which will include accompanying disclosures or summaries of the Amendment. The Bank will keep the latest version of the Agreement online, which can be accessed through the "Agreement Center" link, located at the bottom of the Bank's website. If you are not able to access these links online, you may obtain a printed version of the Amendment or the entire Agreement by contacting Customer Service at P.O. BOX 80440, Phoenix, AZ, 85060-0440, or by calling (800) 497-8168.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $25,705.05 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 44,330.05 | 0.00 | 0.00 | 18,625.00 | 25,705.05 |

**0 DEPOSITS/CREDITS**

There were no transactions this period.

**0 CHARGES/DEBITS**

There were no transactions this period.

**1 CHECK PROCESSED**

| Number | Date | Amount |
|---|---|---|
| 1007 | 10/06 | 18,625.00 |



**Zion STD 0031**

A division of Zions Bancorporation, N.A. Member FDIC

0050310-0000001-01301102

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0032

0050310-0000001-01301102

## NATIONAL BANK OF ARIZONA®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
October 30, 2020
TOOL & DESIGN GROUP LLC
5793979807

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 10/06 | 25,705.05 |



A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0033

0050310-0000002-01130103

Page 4 of 4

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0034

0050310-0000002-0130103



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: November 30, 2020
Last Statement: October 30, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0049938        2136-06-0000-NBA-PC0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.

The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $25,705.05 | |

## BUSINESS INSPIRE CHECKING 5793979807                       151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 25,705.05 | 0.00 | 0.00 | 0.00 | 25,705.05 |

**0  DEPOSITS/CREDITS**
There were no transactions this period.

**0  CHARGES/DEBITS**
There were no transactions this period.



Zion STD 0035

A division of Zions Bancorporation, N.A. Member FDIC        0049938-0000001-0128343

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0036

0049938-0000001-0128343

**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
November 30, 2020
TOOL & DESIGN GROUP LLC
5793979807

...........................................................................................................................................................

**0 CHECKS PROCESSED**

There were no transactions this period.

...........................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

...........................................................................................................................................................

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 11/30 | 25,705.05 |



Page 4 of 4

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

## This page intentionally left blank

Zion STD 0038

0049938-0000002-0128344

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: December 31, 2020
Last Statement: November 30, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0057730                    1801-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

---

Effective January 1, 2021, we are revising our policy in the "Restrictions on Number of Transfers" subsection in Section 7 in our Deposit Account Agreement. We will no longer be converting Savings and Money Market accounts to non-interest bearing account types due to excessive transfers or withdrawals; however, excessive transaction fees may still be charged, if applicable. Please refer to the applicable fee schedule for more information.

The Bank is adding account closure provisions to the Deposit Account Agreement. If you close your account, you are responsible to notify the Bank of pending transactions that have not cleared and to cancel any electronic/ACH transactions. Debit or credit transactions received after account closure may be processed at the Banks discretion, which may involve reopening the account and triggering service fees, including charges for insufficient funds, overdraft services, and the return of unpaid items. (It may take up to 10 business days before existing relationship rates and/or benefits are applied to reopened accounts, if applicable.) Interest on closed accounts is forfeited if an account is closed before interest is scheduled to be posted. Fees and forfeited interest will not be reversed if your closed account is later reopened by request or post-closure transaction.

Change Notice: Effective March 19, 2021, availability of future dated ACH credit transactions will be modified. If the effective date of an ACH credit falls on a weekend or holiday, funds will be available on the following business day. For questions, please visit your local branch, or contact us at (800) 497-8186.

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $3,706.85 | |

---

### BUSINESS INSPIRE CHECKING 5793979807
151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 25,705.05 | 0.00 | 0.00 | 21,998.20 | 3,706.85 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.



A division of Zions Bancorporation, N.A. Member FDIC          EQUAL HOUSING LENDER

Zion STD 0039

0057730-0000001-0146873

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0040

**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
December 31, 2020
TOOL & DESIGN GROUP LLC
5793979807

---

**0 CHARGES/DEBITS**

There were no transactions this period.

---

**1 CHECK PROCESSED**

| Number | Date | Amount |
|--------|------|--------|
| 1008 | 12/16 | 21,998.20 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance |
|------|---------|
| 12/16 | 3,706.85 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0041

0057730-0000002-0146874

◎ **NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0042

0057730-0000002-0146874

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: January 29, 2021
Last Statement: December 31, 2020

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0051074                1822-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

Change Notice: Effective March 19, 2021, availability of future dated ACH credit transactions will be modified. If the effective date of an ACH credit falls on a weekend or holiday, funds will be available on the following business day. For questions, please visit your local branch, or contact us at (800) 497-8186.

National Bank of Arizona has revised several provisions of the Deposit Account Agreement, which agreement sets forth the terms governing your accounts and any safe deposit box leases. The revised Agreement may be found under "Deposit Account Agreement" or "Deposit Agreement" in the Bank's online Agreement Center. The Agreement Center link is found at the bottom section of the Bank's web site (www.nbarizona.com). The Agreement Center also includes a disclosure entitled "Summary of Deposit Account Agreement Changes," which highlights the revisions made to the Agreement. We recommend that you review these revisions. The revised Deposit Account Agreement will become effective in 30 days on any of your existing accounts or safe deposit box leases (unless you have previously been supplied notice of or a copy of the revised Agreement). If you are not able to access the link online or would otherwise like a paper copy of these documents, you may contact the Bank to request these documents at National Bank of Arizona, P.O. Box 80440, Phoenix, AZ, 85060-0440 or by calling (800) 497-8168.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $23,628.61 | |

## BUSINESS INSPIRE CHECKING 5793979807                                        151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 3,706.85 | 97,200.00 | 0.00 | 77,278.24 | 23,628.61 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 01/04 | 97,200.00 | DEPOSIT  7878027567 |

**0  CHARGES/DEBITS**
There were no transactions this period.



**Zion STD 0043**

A division of Zions Bancorporation, N.A. Member FDIC

0051074-0000001-0129903

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

### Sign up for Online Banking at WWW.NBARIZONA.COM
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0044



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
January 29, 2021
TOOL & DESIGN GROUP LLC
5793979807

---

**5 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1009 | 01/15 | 1,800.00 | 1011 | 01/05 | 55,209.24 | 1013 | 01/25 | 5,859.00 |
| 1010 | 01/05 | 4,860.00 | 1012 | 01/08 | 9,550.00 | | | |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|--------|------|--------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/04 | 100,906.85 | 01/08 | 31,287.61 | 01/25 | 23,628.61 |
| 01/05 | 40,837.61 | 01/15 | 29,487.61 | | |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0045

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0046

0051074-0000002-0129904



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: February 26, 2021
Last Statement: January 29, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0056885                    1842-06-0000I-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

Change Notice: Effective March 19, 2021, availability of future dated ACH credit transactions will be modified. If the effective date of an ACH credit falls on a weekend or holiday, funds will be available on the following business day. For questions, please visit your local branch, or contact us at (800) 497-8186.

National Bank of Arizona has revised several provisions of the Deposit Account Agreement, which agreement sets forth the terms governing your accounts and any safe deposit box leases. The revised Agreement may be found under "Deposit Account Agreement" or "Deposit Agreement" in the Bank's online Agreement Center. The Agreement Center link is found at the bottom section of the Bank's web site (www.nbarizona.com). The Agreement Center also includes a disclosure entitled "Summary of Deposit Account Agreement Changes," which highlights the revisions made to the Agreement. We recommend that you review these revisions. The revised Deposit Account Agreement will become effective in 30 days on any of your existing accounts or safe deposit box leases (unless you have previously been supplied notice of or a copy of the revised Agreement). If you are not able to access the link online or would otherwise like a paper copy of these documents, you may contact the Bank to request these documents at National Bank of Arizona, P.O. Box 80440, Phoenix, AZ, 85060-0440 or by calling (800) 497-8168.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $30,628.61 | |

## BUSINESS INSPIRE CHECKING 5793979807                    151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 23,628.61 | 80,000.00 | 0.00 | 73,000.00 | 30,628.61 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 02/01 | 80,000.00 | DEPOSIT  7878029555 |

**0 CHARGES/DEBITS**
There were no transactions this period.



A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0047**

0056885-0000001-0143629

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0048

0056885-0000001-0143629

## NATIONAL BANK OF ARIZONA®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
February 26, 2021
TOOL & DESIGN GROUP LLC
5793979807

**5 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1014 | 02/02 | 23,000.00 | 1016 | 02/09 | 11,500.00 | 1019* | 02/03 | 4,000.00 |
| 1015 | 02/02 | 23,000.00 | 1017 | 02/22 | 11,500.00 | | | |
| *Not in check sequence* | | | | | | | | |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 103,628.61 | 02/03 | 53,628.61 | 02/22 | 30,628.61 |
| 02/02 | 57,628.61 | 02/09 | 42,128.61 | | |

Zion STD 0049

0056885-0000002-0143630

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0050

0056885-0000002-0143630



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: March 31, 2021
Last Statement: February 26, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0058022                1865-06-0000-NBA-PC0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

Change Notice: Effective March 19, 2021, availability of future dated ACH credit transactions will be modified. If the effective date of an ACH credit falls on a weekend or holiday, funds will be available on the following business day. For questions, please visit your local branch, or contact us at (800) 497-8186.

National Bank of Arizona has revised several provisions of the Deposit Account Agreement, which agreement sets forth the terms governing your accounts and any safe deposit box leases. The revised Agreement may be found under "Deposit Account Agreement" or "Deposit Agreement" in the Bank's online Agreement Center. The Agreement Center link is found at the bottom section of the Bank's web site (www.nbarizona.com). The Agreement Center also includes a disclosure entitled "Summary of Deposit Account Agreement Changes," which highlights the revisions made to the Agreement. We recommend that you review these revisions. The revised Deposit Account Agreement will become effective in 30 days on any of your existing accounts or safe deposit box leases (unless you have previously been supplied notice of or a copy of the revised Agreement). If you are not able to access the link online or would otherwise like a paper copy of these documents, you may contact the Bank to request these documents at National Bank of Arizona, P.O. Box 80440, Phoenix, AZ, 85060-0440 or by calling (800) 497-8168.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $16,332.61 | |

## BUSINESS INSPIRE CHECKING 5793979807

151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 30,628.61 | 86,920.00 | 0.00 | 101,216.00 | 16,332.61 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 03/01 | 86,920.00 | DEPOSIT  7878017417 |

### 0 CHARGES/DEBITS

There were no transactions this period.



A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0051**

0058022-0000001-0147180

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0052



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
March 31, 2021
TOOL & DESIGN GROUP LLC
5793979807

**6 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1020 | 03/01 | 4,346.00 | 1022 | 03/04 | 30,000.00 | 1024 | 03/08 | 15,000.00 |
| 1021 | 03/01 | 30,000.00 | 1023 | 03/05 | 15,000.00 | 1025 | 03/24 | 6,870.00 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 83,202.61 | 03/05 | 38,202.61 | 03/24 | 16,332.61 |
| 03/04 | 53,202.61 | 03/08 | 23,202.61 |  |  |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0053

0058022-0000002-0147181

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

Zion STD 0054

0058022-0000002-0147181



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: April 30, 2021
Last Statement: March 31, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0050243                1887-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.
Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $17,209.61 | |

## BUSINESS INSPIRE CHECKING 5793979807

151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 16,332.61 | 95,660.00 | 0.00 | 94,783.00 | 17,209.61 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 04/06 | 95,660.00 | DEPOSIT 7878007792 |

**0 CHARGES/DEBITS**

There were no transactions this period.

**5 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1026 | 04/06 | 30,000.00 | 1028 | 04/09 | 15,000.00 | 1030 | 04/09 | 4,783.00 |
| 1027 | 04/09 | 30,000.00 | 1029 | 04/12 | 15,000.00 | | | |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/06 | 81,992.61 | 04/09 | 32,209.61 | 04/12 | 17,209.61 |



**Zion STD 0055**

A division of Zions Bancorporation, N.A. Member FDIC

0050243-0000001-0114188

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0056

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: May 28, 2021
Last Statement: April 30, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0053123          1907-06-0000-NBA-PC0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $33,257.61 | |

## BUSINESS INSPIRE CHECKING 5793979807                                   151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 17,209.61 | 95,840.00 | 0.00 | 79,792.00 | 33,257.61 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 05/05 | 95,840.00 | DEPOSIT 7878016580 |

**0 CHARGES/DEBITS**

There were no transactions this period.

**4 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1031 | 05/05 | 30,000.00 | 1034* | 05/10 | 15,000.00 | 1035 | 05/05 | 4,792.00 |
| 1032 | 05/10 | 30,000.00 | | | | | | |

* Not in check sequence

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



Zion STD 0057

0053123-0000001-0118444

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*                 *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0058

0053123-0000001-0118444

# NATIONAL BANK OF ARIZONA®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
May 28, 2021
TOOL & DESIGN GROUP LLC
5793979807

**DAILY BALANCES**

| Date | Balance | | Date | Balance |
|------|---------|---|------|---------|
| 05/05 | 78,257.61 | | 05/10 | 33,257.61 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0059

0053123-0000002-0118445

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

0053123-0000002-0118445



## NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: June 30, 2021
Last Statement: May 28, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0057829                    1930-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $84,672.61 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                    151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 33,257.61 | 85,700.00 | 0.00 | 34,285.00 | 84,672.61 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 06/03 | 85,700.00 | DEPOSIT  7878008606 |

### 0 CHARGES/DEBITS

There were no transactions this period.

### 3 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1051 | 06/03 | 4,285.00 | 1052 | 06/03 | 20,000.00 | 1053 | 06/03 | 10,000.00 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

### DAILY BALANCES

| Date | Balance |
|---|---|
| 06/03 | 84,672.61 |



A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0061**

0057829-0000001-0124141

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0062



**NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: July 30, 2021
Last Statement: June 30, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0050083          1952-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $59,791.95 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                    151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 84,672.61 | 241,490.66 | 70.00 | 266,301.32 | 59,791.95 |

**3  DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 07/06 | 23,340.00 | DEPOSIT  7878025782 |
| 07/07 | 18,150.66 | RETURN SEQ # 007878083052  1703701777 |
| 07/07 | 200,000.00 | RETURN SEQ # 007878061638  1703701778 |

**1  CHARGE/DEBIT**

| Date | Amount | Description |
|---|---|---|
| 07/07 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM RT  1703701520 |

**5  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1036 | 07/06 | 200,000.00 | 1037 | 07/08 | 10,000.00 | 1039 | 07/14 | 18,150.66 |
| 1036* | 07/19 | 20,000.00 | 1038 | 07/06 | 18,150.66 | | | |

* Not in check sequence

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $70.00 | $70.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



Zion STD 0063

A division of Zions Bancorporation, N.A. Member FDIC

0050083-0000001-0117760

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0064

**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
July 30, 2021
TOOL & DESIGN GROUP LLC
5793979807

..........................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/06 | -110,138.05 | 07/08 | 97,942.61 | 07/19 | 59,791.95 |
| 07/07 | 107,942.61 | 07/14 | 79,791.95 | | |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0065

0050083-0000002-0117761

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

0050083-0000002-0117761

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: August 31, 2021
Last Statement: July 30, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0050185        1974-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
Sign up for Online Banking or login today at WWW.NBARIZONA.COM

National Bank of Arizona is amending the Deposit Account Agreement as follows: (1) Revising Section 7(b) on Overdraft Fees and Insufficient Funds Fees to clarify terms and reference the Insufficient Funds Fee in the Schedule of Fees, and to clarify that re-presentments of any previously returned debit items are treated as a new item and may trigger an Insufficient Funds Fee for each return for insufficient funds; (2) Adding Section 7(z) on Foreign Transaction Fees to clarify that a 3% Foreign Transaction Fee is charged on (a) debit card purchases where the merchant who processes the transaction (in U.S. Dollars or a foreign currency) is outside the United States, even if you are in the United States when making the transaction, and (b) ATM withdrawals made outside the United States; and (3) Adding Section 14(b)(iv) to clarify that business account customers must notify us of unauthorized/erroneous ACH debit transactions before 5 p.m. Mountain Time on the business day after the posting of the transaction. These revisions will formally become part of the Deposit Account Agreement in 30 days. A detailed Disclosure of these revisions is at "Summary of Deposit Account Agreement Changes" in the Bank's online Agreement Center link at the bottom section of the Bank's web site (www.nbarizona.com). To request a paper copy of these documents, contact the Bank at National Bank of Arizona, P.O. Box 80440, Phoenix, AZ, 85060-0440 or call (800) 497-8168.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $59,791.95 | |

## BUSINESS INSPIRE CHECKING 5793979807                    151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 59,791.95 | 0.00 | 0.00 | 0.00 | 59,791.95 |

**0 DEPOSITS/CREDITS**

There were no transactions this period.

**0 CHARGES/DEBITS**

There were no transactions this period.



Zion STD 0067

A division of Zions Bancorporation, N.A. Member FDIC        0050185-0000001-0130011

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0068



**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
August 31, 2021
TOOL & DESIGN GROUP LLC
5793979807

---

**0 CHECKS PROCESSED**

There were no transactions this period.

---

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $70.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 08/31 | 59,791.95 |



A division of Zions Bancorporation, N.A. Member FDIC

0050185-0000002-0130012

**NATIONAL BANK OF ARIZONA**

PO Box 30709 Salt Lake City, UT 84130-0709

This page intentionally left blank

0050185-0000002-0130012

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: September 30, 2021
Last Statement: August 31, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0057797          1996-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $22,278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                  151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 59,791.95 | 0.00 | 37,513.32 | 0.00 | 22,278.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**2  CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 09/07 | 15,000.00 | MOBILE XFER TO DDA KENNEY BARBA ID: 000000747  2308713933 |
| 09/07 | 22,513.32 | MOBILE XFER TO DDA KENNEY BARBA ID: 000002604  2308713937 |

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $70.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 09/07 | 22,278.63 |


A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0071

0057797-0000001-0133269

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

### Sign up for Online Banking at WWW.NBARIZONA.COM
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0072

# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: October 29, 2021
Last Statement: September 30, 2021

Primary Account 5793979807

0051176          2017-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $22,278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                                151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 22,278.63 | 0.00 | 0.00 | 0.00 | 22,278.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $70.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance |
|---|---|
| 10/29 | 22,278.63 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0073

0051176-0000001-0113962

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0074

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: November 30, 2021
Last Statement: October 29, 2021

Primary Account 5793979807

0050411                    2039-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ 85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper? Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $22,278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                        151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 22,278.63 | 0.00 | 0.00 | 0.00 | 22,278.63 |

**0 DEPOSITS/CREDITS**

There were no transactions this period.

**0 CHARGES/DEBITS**

There were no transactions this period.

**0 CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $70.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance |
|---|---|
| 11/30 | 22,278.63 |

**Zion STD 0075**

A division of Zions Bancorporation, N.A. Member FDIC 

0050411-0000001-0112849

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0076

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: December 31, 2021
Last Statement: November 30, 2021

Primary Account 5793979807

0057975       2057-06-0000-NBA-PC0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $22,278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                          151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 22,278.63 | 0.00 | 0.00 | 0.00 | 22,278.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $70.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance |
|---|---|
| 12/31 | 22,278.63 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0077

0057975-0000001-0123360

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*                                                      *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0078

0057975-00000001-0123360

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: January 31, 2022
Last Statement: December 31, 2021

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0050307              1827-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $22,278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                            151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 22,278.63 | 0.00 | 0.00 | 0.00 | 22,278.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 01/31 | 22,278.63 |



A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0079**

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0080



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: February 28, 2022
Last Statement: January 31, 2022

Primary Account 5793979807

0052829          1847-06-0000-NBA-PC0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $22,278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                          151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 22,278.63 | 0.00 | 0.00 | 0.00 | 22,278.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance |
|---|---|
| 02/28 | 22,278.63 |



A division of Zions Bancorporation, N.A. Member FDIC

**Zion STD 0081**

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*                                       *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices                   Zion STD 0082

# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: March 31, 2022
Last Statement: February 28, 2022

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0057326

1870-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $278.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                                                                   151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 22,278.63 | 0.00 | 0.00 | 22,000.00 | 278.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**0  CHARGES/DEBITS**

There were no transactions this period.

**2  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1041 | 03/03 | 20,000.00 | 1042 | 03/07 | 2,000.00 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/03 | 2,278.63 | 03/07 | 278.63 |

**Zion STD 0083**

A division of Zions Bancorporation, N.A. Member FDIC

0057326-0000001-0122127

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING ||
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE ||
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE ||
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*          *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices            Zion STD 0084

0057326-0000001-0122127

 **NATIONAL BANK OF ARIZONA** ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 2
This Statement: April 29, 2022
Last Statement: March 31, 2022

Primary Account 5793979807

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

0050775                1891-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $270.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                           151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 278.63 | 0.00 | 8.00 | 0.00 | 270.63 |

**0  DEPOSITS/CREDITS**

There were no transactions this period.

**1  CHARGE/DEBIT**

| Date | Amount | Description |
|---|---|---|
| 04/29 | 8.00 | MAINTENANCE FEE |

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 04/29 | 270.63 |



**Zion STD 0085**

A division of Zions Bancorporation, N.A. Member FDIC

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to line 9.*

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0086

0050775-0000001-0111708



# NATIONAL BANK OF ARIZONA ®

PO Box 30709 Salt Lake City, UT 84130-0709

**Statement of Accounts**

Page 1 of 4
This Statement: May 31, 2022
Last Statement: April 29, 2022

Primary Account 5793979807

0049436          1912-06-0000-NBA-PG0030-00000

TOOL & DESIGN GROUP LLC
BARBARA KENNEY
MICHAEL KENNEY
4343 E MAGNOLIA ST
PHOENIX AZ  85034-7307

**DIRECT INQUIRIES TO:**
1 (800) 497-8168
WWW.NBARIZONA.COM
Heber-overgaard
(800) 497-8168
2940 Arizona Hwy 260, P.o. Box 490
Overgaard, AZ 85933-0000

**Tired of all the paper?  Start receiving your statements electronically and view your account notices online.**
**Sign up for Online Banking or login today at WWW.NBARIZONA.COM**

In an effort to continue to provide competitive products and services, were excited to announce changes to our overdraft practices. Effective July 13, 2022, we are making revisions to section 7 of our Deposit Account Agreement and will implement the following:

The continuing overdraft fee will no longer be charged every consecutive 7-calendar day period that your account is overdrawn for up to 3 weeks
You will no longer receive an insufficient funds (NSF) fee when an item that overdraws your account is returned unpaid
We will not charge an insufficient funds fee if your account available balance is overdrawn $30 or less

Please refer to the applicable fee schedule for additional information. The Deposit Account Agreement and fee schedules can be located on www.nbarizona.com in the agreement center, requested at any National Bank of Arizona branch, or you can request a paper copy by calling (800) 497-8168. Thank you for your continued support.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 5793979807 | $262.63 | |

## BUSINESS INSPIRE CHECKING 5793979807                                          151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 270.63 | 0.00 | 8.00 | 0.00 | 262.63 |

**0  DEPOSITS/CREDITS**
There were no transactions this period.

**1  CHARGE/DEBIT**

| Date | Amount | Description |
|---|---|---|
| 05/31 | 8.00 | MAINTENANCE FEE |



**Zion STD 0087**

A division of Zions Bancorporation, N.A. Member FDIC          0049436-0000001-0124724

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the 'Checks Outstanding' column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS**
As soon as you can, please notify us if you think an electronic transfer or credit line transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

**For CREDIT RESERVE accounts:** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**For electronic transfers:** We will investigate complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-800-497-8168.

**Balance Subject to Interest Rate:** We use the method called 'average daily balance', (including current transactions) to calculate daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-497-8168.

**We may report information about your Credit Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: National Bank of Arizona, PO Box 25787, Salt Lake City, UT 84125-0787.

**Sign up for Online Banking at WWW.NBARIZONA.COM**
Review account balances • Review posted transactions • Pay bills • Transfer funds
Sign up for e-statements • View e-notices

Zion STD 0088

**NATIONAL BANK OF ARIZONA**®

PO Box 30709 Salt Lake City, UT 84130-0709

Page 3 of 4
May 31, 2022
TOOL & DESIGN GROUP LLC
5793979807

.........................................................................................................................................................

**0 CHECKS PROCESSED**

There were no transactions this period.

.........................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

.........................................................................................................................................................

**DAILY BALANCES**

| Date | Balance |
|---|---|
| 05/31 | 262.63 |

A division of Zions Bancorporation, N.A. Member FDIC

Zion STD 0089