```
 1               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2
 3     GWACS ARMORY, LLC,                )
                                         )
 4               Plaintiff,              )
                                         )
 5     v.                                )  Case No.
                                         )  20-cv-0341-CVE-SH
 6     KE ARMS, LLC, RUSSELL PHAGAN,     )  BASE FILE
       SINISTRAL SHOOTING                )
 7     TECHNOLOGIES, LLC, BROWNELLS,     )  Consolidated with:
       INC., and SHAWN NEALON,           )  Case No.
 8                                       )  21-CV-0107-CVE-JFJ
                 Defendants.             )
 9                                       )
       and                               )
10                                       )
       KE ARMS, LLC,                     )
11                                       )
                 Plaintiff,              )
12                                       )
       v.                                )
13                                       )
       GWACS ARMORY, LLC, GWACS          )
14     DEFENSE INCORPORATED, JUD         )
       GUDGEL, RUSSELL ANDERSON, DOES    )
15     I through X, and ROE              )
       CORPORATIONS I through X,         )
16                                       )
                 Defendants.             )
17     _____ )
18                 DEPOSITION OF KARL KASARDA
19                         Volume 1
                        Pages 1 - 105
20
                        Phoenix, Arizona
21
                        April 7, 2022
22
23
                            Prepared by:
24                          CINDY MAHONEY, RPR, RMR
                            Certified Court Reporter
25                          Certificate No. 50680
```

```
 1      Q.   Did you talk to Mr. Phagan about your deposition
 2   today?
 3      A.   We had a group call, knowing that this was going
 4   to happen today.
 5      Q.   Did you drive in with Mr. Phagan today?
 6      A.   I did.  Because it would have been difficult to
 7   find the location otherwise.  I carpooled from his
 8   location.  I came all the way from Marana.  The traffic
 9   today was quite extent.
10      Q.   I can imagine.  I'm sorry to hear that.
11      A.   It was bad.
12      Q.   Did you and Mr. Phagan talk about this deposition
13   today when you were carpooling?
14      A.   Actually, we did not.  We talked about just
15   general life stuff.
16      Q.   Did you have any conversation about Mr. Sperry's
17   deposition yesterday?
18      A.   No.
19      Q.   Who is your attorney?
20      A.   Sitting to my right.
21      Q.   Alex Calaway?
22      A.   Yes.
23      Q.   When did you hire Mr. Calaway?
24      A.   We are in a mutual defense agreement, I think is
25   the proper terminology.
```