```
 1              IN THE UNITED STATES COURT FOR THE
                  NORTHERN DISTRICT OF OKLAHOMA
 2
                                         )
 3  GWACS ARMORY, LLC, an Oklahoma       )
    limited liability company,           )
 4                                       )
                       Plaintiff,        )  Case No.
 5  v.                                   )  20-CV-0341-CVE-SH
                                         )
 6  KE ARMS, LLC, RUSSEL PHAGAN,         )  Consolidated with
    SINISTRAL SHOOTING TECHNOLOGIES,     )  Case No.
 7  LLC, BROWNELLS, INC. And SHAWN       )  21-CV-0107-CVE-SH
    NEALON,                              )
 8                                       )
                       Defendants,       )
 9  and                                  )
                                         )
10  KE ARMS, LLC,                        )
                                         )
11                     Plaintiff,        )
    v.                                   )
12                                       )
    GWACS ARMORY, LLC, GWACS DEFENSE     )
13  INCORPORATED, JUD GUDGEL, RUSSEL     )
    ANDERSON, DOES I through X, and      )
14  ROE CORPORATIONS I through X,        )
                                         )
15                     Defendants.       )
    _____)
16

17

18            DEPOSITION OF JOVAN BELTRAN

19                PHOENIX, ARIZONA
                   May 31, 2022
20

21

22

23
    Prepared by:
24  Deborah L. Tucker, RPR
    Certified Reporter
25  Certification No. 50464
```

**CERTIFIED TRANSCRIPT**

```
08:50:47   1      Q.   Did Russell Phagan tell you that you did not need
08:50:52   2   to appear for that deposition?
08:50:54   3      A.   No.
08:50:54   4           MR. CALAWAY:  Object to form.
08:50:55   5   By MR. BOGAN:
08:50:55   6      Q.   Did Mike Kenney tell you that you did not need to
08:50:57   7   appear for that deposition?
08:51:00   8           MR. CALAWAY:  Object to the form.
08:51:00   9           THE WITNESS:  No.
08:51:01  10   BY MR. BOGAN:
08:51:01  11      Q.   When did you hire Mr. Calaway to represent you in
08:51:04  12   this case?
08:51:04  13      A.   I did not hire him.  I -- Mike and Russell told
08:51:11  14   me to get in contact with him, that he will be
08:51:15  15   representing me.
08:51:16  16           MR. CALAWAY:  And I think he's asking when
08:51:17  17   did our engagement --
08:51:19  18           THE WITNESS:  Okay.
08:51:20  19           MR. CALAWAY:  -- like when did I send you my
08:51:22  20   engagement letter.
08:51:22  21           THE WITNESS:  It must have been last week.
08:51:24  22           MR. CALAWAY:  Yeah.
08:51:25  23   BY MR. BOGAN:
08:51:25  24      Q.   So last week was the first time you were
08:51:27  25   represented by the same counsel as KE Arms?
```

```
08:51:30   1       A.   Yes.
08:51:30   2       Q.   And who's paying for that representation?
08:51:31   3       A.   I don't know.  Must be KE Arms.
08:51:34   4       Q.   If the amended subpoena with a different address
08:51:42   5   had not been sent to you, would you have appeared for your
08:51:45   6   first deposition?
08:51:45   7       A.   There's supposed -- My understanding is that
08:51:48   8   there needs to be, I don't know if it's five days, I can't
08:51:52   9   recall, but there has to be a certain amount of days with
08:51:58  10   a -- for someone to appear.  It's like, I don't think if
08:52:04  11   they served me today and I have to be here tomorrow.  I
08:52:07  12   have to ask for days off, or whatever, need be.
08:52:11  13       Q.   And how many days was the first subpoena served
08:52:13  14   on you before the deposition was to take place?
08:52:15  15       A.   I can't recall.  It was definitely at least five
08:52:19  16   days ahead of time or more.
08:52:22  17       Q.   So you felt because the address needed to be
08:52:24  18   corrected that you didn't have to appear; is that your
08:52:26  19   testimony?
08:52:26  20       A.   Yes.
08:52:27  21            MR. CALAWAY:  Objection, asked and answered.
08:52:29  22   BY MR. BOGAN:
08:52:32  23       Q.   Did you have any discussions with Mr. Phagan
08:52:41  24   about your testimony today?
08:52:42  25       A.   No.
```