```
 1              IN THE UNITED STATES COURT FOR THE
                  NORTHERN DISTRICT OF OKLAHOMA
 2
                                         )
 3   GWACS ARMORY, LLC, an Oklahoma       )
     limited liability company,           )
 4                                        )
                         Plaintiff,       )  Case No.
 5   v.                                   )  20-CV-0341-CVE-SH
                                          )
 6   KE ARMS, LLC, RUSSEL PHAGAN,         )  Consolidated with
     SINISTRAL SHOOTING TECHNOLOGIES,     )  Case No.
 7   LLC, BROWNELLS, INC. And SHAWN       )  21-CV-0107-CVE-SH
     NEALON,                              )
 8                                        )
                         Defendants,      )
 9   and                                  )
                                          )
10   KE ARMS, LLC,                        )
                                          )
11                       Plaintiff,       )
     v.                                   )
12                                        )
     GWACS ARMORY, LLC, GWACS DEFENSE     )
13   INCORPORATED, JUD GUDGEL, RUSSEL     )
     ANDERSON, DOES I through X, and      )
14   ROE CORPORATIONS I through X,        )
                                          )
15                       Defendants.      )
     _____)
16

17

18              DEPOSITION OF IAIN HARRISON

19                   PHOENIX, ARIZONA
                       June 1, 2022
20

21

22

23

24   Prepared by:
     Deborah L. Tucker, RPR
     Certified Reporter
25   Certification No. 50464
```

**CERTIFIED TRANSCRIPT**

```
09:29:06   1      Q.   And how did you become aware yesterday that a
09:29:09   2   subpoena was sent to Tool & Design Group back in November
09:29:11   3   of 2021?
09:29:13   4           MR. CALAWAY:  You can answer.
09:29:15   5                He's looking at me because I told him, as
09:29:19   6   his counsel, and it is privileged.
09:29:20   7                But you can answer if you want.
09:29:22   8           THE WITNESS:  Counsel told me.
09:29:23   9   BY MR. BOGAN:
09:29:26  10      Q.   Mike Kenney didn't tell you that there was a
09:29:28  11   subpoena issued to Tool & Design Group last year?
09:29:30  12      A.   I understood there was many subpoenas flying back
09:29:38  13   and forth during the course of the last couple of years.
09:29:41  14   Whether or not that was that fact, I have no idea.
09:29:46  15      Q.   When did you learn of this lawsuit?
09:29:48  16      A.   I couldn't say for sure.  I couldn't say
09:29:57  17   specifically.
09:29:58  18      Q.   Can you give me an approximation, a range?
09:30:01  19           MR. CALAWAY:  Object to the form, asked and
09:30:04  20   answered.
09:30:04  21           THE WITNESS:  A range of somewhere in 2021,
09:30:12  22   perhaps.
09:30:13  23   BY MR. BOGAN:
09:30:13  24      Q.   Sometime in 2021 you learned that there was a
09:30:18  25   lawsuit between KE Arms and GWACS Armory?
```

```
09:30:23   1                MR. CALAWAY:  Object to the form.
09:30:24   2                THE WITNESS:  Yeah.
09:30:24   3   BY MR. BOGAN:
09:30:25   4       Q.   What were you told about that lawsuit?
09:30:27   5       A.   Simply that there was a lawsuit; no specifics.
09:30:31   6       Q.   Who told you about it?
09:30:33   7       A.   I believe it was Russell Phagan.
09:30:40   8       Q.   And so Russell Phagan told you that there was a
09:30:43   9   lawsuit relating to the KP-15 and that's all he told you?
09:30:46  10       A.   That's all the details that I can recall.
09:30:49  11       Q.   Did he tell you that it related to the CAV-15?
09:30:52  12                MR. CALAWAY:  Object to the form.
09:30:53  13                THE WITNESS:  Again, I don't recall.
09:30:54  14   BY MR. BOGAN:
09:31:01  15       Q.   And prior -- When did Tool & Design Group
09:31:05  16   retain -- Let me back up.  Strike that.
09:31:08  17                Who is Tool & Design Group's counsel?
09:31:11  18       A.   Could we get a --
09:31:11  19       Q.   What is that?
09:31:15  20                MR. CALAWAY:  For the record, Alex Calaway
09:31:19  21   is name.  We met yesterday.
09:31:23  22                THE WITNESS:  There you go.
09:31:24  23   BY MR. BOGAN:
09:31:25  24       Q.   When did Tool & Design Group retain Mr. Calaway?
09:31:28  25       A.   Perhaps Mr. Calaway can answer that question.
```