## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

GWACS ARMORY LLC       )
              )
      **Plaintiff,**     )
              )
**v.**              )
              )   **Case No.:20-cv-341-JDR-SH**
**KE ARMS, LLC,**       )   **BASE FILE**
              )   Consolidated with:
              )   Case No. 21-cv-107-JDR-SH
              )
      **Defendant.**    )

## JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE A REPLY TO RESPONSE TO THEIR MOTION FOR ATTORNEY FEES AND COSTS

Parties, by and through their counsel of record, hereby stipulate and agree to extend

KE Arms, LLC, Russell Phagan, Sinistral Shooting Technologies, LLC, Brownells, Inc.,

and Shawn Nealon's ("Defendants") deadline to file a Reply to Response to their Motion

for Attorney Fees and Costs from April 11, 2025, to **April 15, 2025**.

| | |
|---|---|
| Approved by:<br>Dated this 11th day of April, 2025 | Respectfully submitted by:<br>Dated this 11th day of April, 2025 |
| **JONES, GOTCHER & BOGAN, P.C.** | **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C** |
| By */s/ James E. Weger*<br> James E. Weger, Esq.<br> Todd J.P. Bogan, Esq.<br> JONES, GOTCHER & BOGAN, P.C.<br> 3800 First Place Tower,<br> 15 East Fifth St.<br> Tulsa, OK 74103<br> *Attorneys for Plaintiff, GWACS Armory LLC* | By */s/ Robert P. Fitz-Patrick*<br> Robert P. Fitz-Patrick, OBA #14713<br> 521 East 2nd Street, Suite 1200<br> Tulsa, OK 74120<br> *Attorneys for Defendant KE Arms, LLC*<br><br> AND |

MAC: 16075-001 (#5850107.2)

Dated this 11th day of April, 2025

**MARQUIS AURBACH**

:                                    By: */s/ Alexander K. Calaway*
    Brian R. Hardy, Esq.
    Nevada Bar No. 10068
    Admitted Pro Hac Vice
    Alexander K. Calaway, Esq.
    Admitted Pro Hac Vice
    Nevada Bar No. 15188
    10001 Park Run Drive
    Las Vegas, NV 89145
    *Attorneys for Defendant KE Arms, LLC*

## ORDER

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

2

MAC: 16075-001 (#5850107.2)