FILED
United States Court of Appeals
Tenth Circuit

June 24, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

GWACS ARMORY, LLC,

    Plaintiff Counterclaim Defendant - Appellant,

v.

KE ARMS, LLC,

    Defendant Counterclaimant - Appellee,

and

RUSSELL PHAGAN; SINISTRAL SHOOTING TECHNOLOGIES, LLC; BROWNELLS, INC.,

    Defendants - Appellees.

No. 25-5052
(D.C. Nos. 4:20-CV-00341-JDR-SH &
4:21-CV-00107-JDR-SH)
(N.D. Okla.)

---

## ORDER

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear its own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

# Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, June 24, 2025 12:23 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5052 GWACS Armory v. KE Arms, et al "Rule 33 case terminated" (4:20-CV-00341-JDR-SH) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was entered on 06/24/2025 at 11:22:26 AM Mountain Daylight Time and filed on 06/24/2025

| | |
|---|---|
| **Case Name:** | GWACS Armory v. KE Arms, et al |
| **Case Number:** | 25-5052 |
| **Document(s):** | Docket Entry #18 |

**Docket Text:**
[11191651] Rule 33 case terminated. FRAP 42. Procedural termination without judicial action. [25-5052]

**Notice will be electronically mailed to:**

Mr. Tadd J. P. Bogan: tbogan@jonesgotcher.com, ctaylor@jgbok.com
Mr. Alexander K. Calaway: acalaway@maclaw.com, chatfield@maclaw.com
Mr. Robert Paul Fitz-Patrick: rfitzpatrick@hallestill.com, zbrewer@hallestill.com
Mr. Brian R. Hardy: bhardy@maclaw.com, mmonkarsh@maclaw.com
Mr. James E. Weger: jweger@jgbok.com, blee@jgbok.com

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 25-5052 Dismissal Order.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/24/2025] [FileNumber=11191651-0]
[bdad63f00905f1bd74ded5c681c8043d9a53e446988319eca70e5e2d5ac7d4fa5e7a2b00176ec8b26f537
78f7f2e658a3d36d4bf7736a0abfe983408a2677ea9]]