UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                 Jane K. Castro
Clerk of Court                                                                    Chief Deputy Clerk

June 24, 2025

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

Tadd J. P. Bogan
James E. Weger
Jones, Gotcher & Bogan
15 East 5th Street, Suite 3800
Tulsa, OK 74103

Alexander K. Calaway
Brian R. Hardy
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Robert Paul Fitz-Patrick
Hall Estill - Litigation
521 East 2nd Street, Suite 1200
Tulsa, OK 74120

**RE:      25-5052, GWACS Armory v. KE Arms, et al**
        Dist/Ag docket: 4:20-CV-00341-JDR-SH, 4:21-CV-00107-JDR-SH

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's
mandate issued today, and the court's judgment takes effect. With the issuance of this
letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sls

# Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, June 24, 2025 12:27 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5052 GWACS Armory v. KE Arms, et al "Mandate issued" (4:20-CV-00341-JDR-SH) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 06/24/2025 at 11:23:03 AM Mountain Daylight Time and filed on 06/24/2025

| | |
|---|---|
| **Case Name:** | GWACS Armory v. KE Arms, et al |
| **Case Number:** | 25-5052 |
| **Document(s):** | Docket Entry #19 |

**Docket Text:**
[11191652] Mandate issued. [25-5052]

**Notice will be electronically mailed to:**

Mr. Tadd J. P. Bogan: tbogan@jonesgotcher.com, ctaylor@jgbok.com
Mr. Alexander K. Calaway: acalaway@maclaw.com, chatfield@maclaw.com
Heidi D. Campbell, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. Robert Paul Fitz-Patrick: rfitzpatrick@hallestill.com, zbrewer@hallestill.com
Mr. Brian R. Hardy: bhardy@maclaw.com, mmonkarsh@maclaw.com
Mr. James E. Weger: jweger@jgbok.com, blee@jgbok.com

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter - Case Dismissed
**Original Filename:** /opt/ACECF/live/forms/255052_11191652_165.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/24/2025] [FileNumber=11191652-0]
[83e4d0a5af0bef5c51a2e2887190e035bc613cea5cd4ef6537f27ef987a07a70675de938219f9d38278ab3

83e35f1bfc33f036dcb59553b598e2a76d87b41151]]
**Recipients:**

- [Mr. Tadd J. P. Bogan](#)
- [Mr. Alexander K. Calaway](#)
- [Heidi D. Campbell, Clerk of Court (oclk)](#)
- [Mr. Robert Paul Fitz-Patrick](#)
- [Mr. Brian R. Hardy](#)
- [Mr. James E. Weger](#)