**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GWACS ARMORY, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.:20-cv-0341-JDR-SH** |
| **KE ARMS, LLC, et al.** | ) | **BASE FILE** |
| | ) | Consolidated with: |
| | ) | Case No. 21-CV-0107-JDR-SH |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY FEES AND COSTS [DKT NO. 274] AND BILL OF COSTS [DKT NO. 273]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY FEES AND COSTS [DKT. NO. 274] AND BILL OF COSTS [DKT. NO. 273]

Defendants KE Arms, LLC, Russell Phagan, Sinistral Shooting Technologies, LLC, Brownells, Inc. and Shawn Nealon ("Defendants") hereby file their Notice of Withdrawal of Motion for Attorney Fees and Costs [Dkt. 274] filed on March 7, 2025, and Bill of Costs [Dkt. 273] filed on March 6, 2025.  A stipulation for dismissal has been filed and as such, these motions are no longer at issue.

Dated this 8th day of July, 2025.            Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

 */s/Robert P. Fitz-Patrick*
Robert P. Fitz-Patrick, OBA #14713
521 East 2nd Street, Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email:  rfitzpatrick@hallestill.com
**ATTORNEYS FOR DEFENDANTS**

**-AND-**

*/ / /*

2

**MARQUIS AURBACH**

*/s/ Brian R. Hardy*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
*Admitted Pro Hac Vice*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
*Admitted Pro Hac Vice*
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel: 702-382-0711
bhardy@maclaw.com
acalaway@maclaw.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 8th day of July, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

> James E. Weger, Esq.
> Todd J.P. Bogan, Esq.
> JONES, GOTCHER & BOGAN, P.C.
> 3800 First Place Tower, 15 East Fifth St.
> Tulsa, OK 74103
> ATTORNEYS FOR THE PLAINTIFF,
> GWACS ARMORY, LLC

_____ */s/ C. Hatfield* _____

4

MAC: 16075-001 (#5954718.1)